UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI



RECEIVED
JUN - 1 2022
PAIGE WYMORE-WANN, CLK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI
JB

JASON A JENSEN )
_____ )
Plaintiff )
 )
 vs. ) Case No. 22-3140-CV-S-BCW
Citibank, N.A. et al )
_____ )
Defendant )
 )

### APPLICATION FOR LEAVE TO FILE ACTION
### WITHOUT PAYMENT OF FEES
### WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT

I state that I am unable to pay the fees to file an action against the defendant(s) in this case

and that the actions of the defendant(s) have harmed me.

Attached is my Affidavit of Financial Status in support of my application to the court for

leave to file a civil action without payment of costs.

_____
Plaintiff