UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

JASON A JENSEN
Plaintiff

vs.

Citibank, N.A.
Defendant

Case No. 22-3140-CV-S-BCW

## AFFIDAVIT OF FINANCIAL STATUS

I, JASON JENSEN, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true. However, I had less than 1 hour to fill this out and get it notarized.

I. MARITAL STATUS AND PERSONAL DATA

A. Single: ☒  Married: ☐  Separated: ☐  Divorced: ☐

B. Name of Spouse _____

C. Age of plaintiff, petitioner or complainant: 40

D. Age of spouse: _____

E. Address of plaintiff, petitioner or complainant:
2188 JACKSON KELLER RD, STE 1097 SAN ANTONIO TX, 78213
Telephone: 602-598-1285

F. Address of spouse: _____
Telephone: _____

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

N/A

II. **EMPLOYMENT**

A. Name of employer: No Employment

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income: Monthly $_____ Weekly $_____

Gross Income: Monthly $_____ Weekly $_____

Does employer provide health insurance: Yes ☐ No ☐

If employer provides health insurance, describe coverage:_____

B. Previous employment (Answer only if presently unemployed).

Name of employer:_____

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income: Monthly $_____ Weekly $_____

Gross Income: Monthly $_____ Weekly $_____

C. Employment of spouse: N/A

Name of employer:_____

Address of employer: _____

Employer's telephone: _____ Length of employment: _____

Job title or description: _____

Net Income: Monthly $_____ Weekly $_____

Gross Income: Monthly $_____ Weekly $_____

(entire employer block crossed out with an X)

## III. FINANCIAL STATUS
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A. Owner of real property?  Yes ☐  No ☒

   If yes - Description: no if real property is

   Address: like a land/~~house~~ building

   In whose name? _____

   Estimated value: _____

   Total amount owed: _____

   Owed to: _____

   Annual income from property: _____

B. Owner of automobile:  Yes ☒  No ☐

   If yes - Number of automobiles owned: 2

   Make: Dodge ~~2015~~  Model: Dart ~~Dodge~~  Year: ~~9~~ 2015
   Make: Thor ~~2011~~  Model: Serrano ~~car~~  Year: 2011  Motorhome/Home

   In whose name registered? John JENSEN

   Present value: As is  $5000?  $30,000?

   Amount owed on the automobile(s): $3800

   Owed to: _____

   Monthly payment(s): $230/mo

Page 3

Case 6:22-cv-03140-BCW   Document 1-1   Filed 06/01/22   Page 3 of 6

C. Cash on hand: (Include checking and savings accounts)

$ 699

List names and addresses of banks and associations:

Please do not state account numbers: Navy Federal - Capital One -

D. Have you received within the past 12 months any money from any of the following sources:

|  | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | ☐ | ☒ |
| Pensions, trust funds, annuities or life insurance payments? | ☐ | ☒ |
| Gifts or inheritances? | ☐ | ☒ |
| Welfare payments? | ☐ | ☒ |
| ADC or other governmental child support? | ☐ | ☒ |
| Unemployment benefits? | ☐ | ☒ |
| Social Security benefits? | ☒ | ☐ |
| Other sources? | ☐ | ☒ |

E. If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

SSDI Benefits - $2085.03

IV. **OBLIGATIONS**

A. Monthly rental on house or apartment: RV Park $500-600/mo

B. Monthly mortgage payments on house:_____

Amount of equity in house:_____

Page 4

C. Monthly mortgage payments on other properties: $ N/A

Amount of equity in other properties: $ 0 or negative

D. Household expenses:

Monthly grocery expense: $600+ & rising daily

Monthly utilities:

Gas: $50-100/mo

Electric: $100-200/mo

Water: Usually included

Other: (Specify) Internet/Cell phone $147/mo

E. Other debts and miscellaneous monthly expenses:

| TO WHOM OWED AND FOR WHAT REASON INCURRED? | MONTHLY PAYMENTS | BALANCE DUE |
|---|---|---|
| MANY BAD Debts | $0 | ~$100,000+ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

V. **OTHER INFORMATION PERTINENT TO FINANCIAL STATUS**
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

Crypto Currency - $50? Very volital
Coinbase - not a bank? ~$200

RV Needs major work - new slideout floor which could cost $15,000. It is currently in shop needing new jacks & Roof fans which could cost $1500 in a few weeks.

Page 5

Case 6:22-cv-03140-BCW   Document 1-1   Filed 06/01/22   Page 5 of 6

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_____
Signature of Plaintiff

## VERIFICATION

State of **Missouri**  )
County of **Greene**  )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

_____
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this **1** day of **June**, 20 **22**

_____
Notary Public

**May 23, 2025**
My Commission Expires

> JO ANNE HAAS
> Notary Public – Notary Seal
> STATE OF MISSOURI
> Greene County
> My Commission Expires May 23, 2025
> Commission #13716128