# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| Jason A Jensen | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. |
| Citibank et al | ) | |
| *Defendant/Respondent* | ) | |

RECEIVED JUN - 1 2022 PAIGE WYMORE-WYNN, CLK U.S. DISTRICT COURT WEST DISTRICT OF MISSOURI

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

Not Employed, Collect Social Security Disability as Fixed Income

My gross pay or wages are: $ _____, and my take-home pay or wages are: $ _____ per *(specify pay period)*.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment  ☐ Yes  ☑ No
(b) Rent payments, interest, or dividends  ☐ Yes  ☑ No
(c) Pension, annuity, or life insurance payments  ☐ Yes  ☑ No
(d) Disability, or worker's compensation payments  ☑ Yes  ☐ No
(e) Gifts, or inheritances  ☐ Yes  ☑ No
(f) Any other sources  ☐ Yes  ☑ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

SSDI from the Social Security Administration in the Amount of $2,085.03 monthly.

4. Amount of money that I have in cash or in a checking or savings account:  $   699.00  .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

A 2015 Dodge Dart automobile held in Trust by Jensen's Father. Needs work, body damage 3 sides, $5000.
A 2011 Thor Serrano Motorhome held in Trust by Jensen's Father for Living in at discounted rates at parks. I chose to live in an RV to facilitate moving after discrimination by persons in the community regarding mental health. Needs work ~$30,000 ? may not be sellable.

The above items must be in trust or could be lost/abandoned during episodes of hospitalization.
Cryptocurrency - highly volatile, $100, Coinbase $200.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

RV Park ~$500-$600/mo plus electric, $100-200/mo, Propane, $50-100/mo, Internet $50/mo, Cell Phone $97/mo, Food $600/mo., Car $230/mo, insurance $200/mo. Maintenance on RV and Car, $100-500/mo.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

NOT APPLICABLE, MYSELF ONLY.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
Too many to list, over $100,000 in bad medical, loan, and credit card debt.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:   06/01/2022

*Applicant's signature*

Jason A Jensen
*Printed name*