# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

**U.S. Department of Justice**
United States Marshals Service

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JASON A JENSEN | 6:22-CV-03140-BCW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITIBANK, NA. | CIVIL SUMMONS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CEO SUNIL GARG
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
388 GREENWICH STREET, NEW YORK, NY 10013

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US DISTRICT CLERKS OFFICE
222 John Q Hammons Parkway
Springfield, MO 65806

Number of process to be served with this Form 285: 6 ~~5~~
Number of parties to be served in this case: 6 ~~5~~
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Service upon a BANK, see local banker hours or estimate 10am-2pm minus 2 hours for lunch..
REQUESTOR IS IFP COURT ORDER US MARSHALL SERVICE:
JASON A JENSEN
2186 Jackson Keller Rd
Ste 1097
San Antonio, TX 78213

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 402-598-1285
DATE: 10/11/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

OCT13'22 AM 9:31
RCVD USMS W/MO

Form USM-285
Rev. 03/21

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JASON A JENSEN | 6:22-CV-03140-BCW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITIGROUP INC | CIVIL SUMMONS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CEO Jane Fraser

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
388 GREENWICH STREET, NEW YORK, NY 10013

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US DISTRICT CLERKS OFFICE
222 John Q Hammons Parkway
Springfield, MO 65806

| Number of process to be served with this Form 285 | 6 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Service upon a BANK, see local banker hours or estimate 10am-2pm minus 2 hours for lunch..
REQUESTOR IS IFP COURT ORDER US MARSHALL SERVICE:
JASON A JENSEN
2186 Jackson Keller Rd
Ste 1097
San Antonio, TX 78213

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT

*(signature: Jason Jensen)*

TELEPHONE NUMBER: 402-598-1285
DATE: 10/11/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| | | | | |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

| Date | Time | [ ] am [ ] pm |

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

OCT 13 '22 AM 9:31
RCVD USMS W/MO

Form USM-285
Rev. 03/21

# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JASON A JENSEN | 6:22-CV-03140-BCW |
| DEFENDANT | TYPE OF PROCESS |
| DAVID R GAMACHE | CIVIL SUMMONS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DAVID R GAMACHE

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1000 CAMERA AVE SUITE A, ST. LOUIS, MO 63126

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US DISTRICT CLERKS OFFICE
222 John Q Hammons Parkway
Springfield, MO 65806

Number of process to be served with this Form 285: 6
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

REQUESTOR IS IFP COURT ORDER US MARSHALL SERVICE:
JASON A JENSEN
2186 Jackson Keller Rd
Ste 1097
San Antonio, TX 78213

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 402-598-1285
DATE: 10/11/2022

---

*SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE*

OCT 13 '22 AM 9:31
RCVD USMS W/MO

Form USM-285
Rev. 03/21

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**U.S. Department of Justice**
United States Marshals Service

| | |
|---|---|
| **PLAINTIFF**: JASON A JENSEN | **COURT CASE NUMBER**: 6:22-CV-03140-BCW |
| **DEFENDANT**: JH MET SUBSIDIARY B LIQUIDATING TRUST | **TYPE OF PROCESS**: CIVIL SUMMONS |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: C/O THE CORPORATION TRUST COMPANY
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1209 ORANGE ST, WILMINGTON, DE, 19801

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW**

US DISTRICT CLERKS OFFICE
222 John Q Hammons Parkway
Springfield, MO 65806

Number of process to be served with this Form 285: 6
Number of parties to be served in this case: 6
Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

REQUESTOR IS IFP COURT ORDER US MARSHALL SERVICE:
JASON A JENSEN
2186 Jackson Keller Rd
Ste 1097
San Antonio, TX 78213

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 402-598-1285
DATE: 10/11/2022

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

OCT 13 '22 AM 9:31
RCVD USMS W/MO

Form USM-285
Rev. 03/21

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JASON A JENSEN | 6:22-CV-03140-BCW |
| DEFENDANT | TYPE OF PROCESS |
| STATE OF MISSOURI | CIVIL SUMMONS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SECRETARY OF STATE JOHN R. ASHCROFT
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
600 West Main Street, Jefferson City, MO 65101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US DISTRICT CLERKS OFFICE
222 John Q Hammons Parkway
Springfield, MO 65806

Number of process to be served with this Form 285: 6
Number of parties to be served in this case: 5
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
REQUESTOR IS IFP COURT ORDER US MARSHALL SERVICE:
JASON A JENSEN
2186 Jackson Keller Rd
Ste 1097
San Antonio, TX 78213

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 402-598-1285
DATE: 10/11/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Costs shown on attached USMS Cost Sheet >>

REMARKS

OCT 13'22 AM 9:31
RCVD USMS W/MO

Form USM-285
Rev. 03/21

# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** JASON A JENSEN | **COURT CASE NUMBER** 6:22-CV-03140-BCW |
| **DEFENDANT** STONE COUNTY | **TYPE OF PROCESS** CIVIL SUMMONS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PRESIDING COMMISSIONER MARK MAPLES
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
108 E. 4th Street, P.O. Box 19, Galena, Missouri 65656

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

US DISTRICT CLERKS OFFICE
222 John Q Hammons Parkway
Springfield, MO 65806

Number of process to be served with this Form 285: 6
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
REQUESTOR IS IFP COURT ORDER US MARSHALL SERVICE:
JASON A JENSEN
2186 Jackson Keller Rd
Ste 1097
San Antonio, TX 78213

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 402-598-1285
DATE: 10/11/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

REMARKS

RCVD USMS W/MO
OCT 13,22 9:30

Case 6:22-cv-03140-BCW   Document 7   Filed 10/13/22   Page 6 of 6

Form USM-285
Rev. 03/21