# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JASON A JENSEN | 6:22-CV-03140-BCW |
| DEFENDANT | TYPE OF PROCESS |
| DAVID R GAMACHE | CIVIL SUMMONS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DAVID R GAMACHE
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1000 CAMERA AVE SUITE A, ST. LOUIS, MO 63126

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
US DISTRICT CLERKS OFFICE
222 John Q Hammons Parkway
Springfield, MO 65806

Number of process to be served with this Form 285: 6
Number of parties to be served in this case: 6
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
REQUESTOR IS IFP COURT ORDER US MARSHALL SERVICE:
JASON A JENSEN
2186 Jackson Keller Rd
Ste 1097
San Antonio, TX 78213

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 402-598-1285
DATE: 10/11/2022

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4 of 6
District of Origin No. A45
District to Serve No. 44
Signature of Authorized USMS Deputy or Clerk: Scarlet O'Farrell
Date: 10/13/22

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 10/31/22
Time: 2:34 [X] pm

Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy: KL

Costs shown on attached USMS Cost Sheet >>

REMARKS: 1ST ENDEAVOR 10/31/22 @ 1000 NOT THERE 26.4 MILES X .625 = $16.50
$65.00 FEE
2ND ENDEAVOR 26.4 MILES X .625 = $16.50 $65.00 FEE
TOTAL: MILEAGE $33.00 FEES: $130.00 + $8.00

OCT 13'22 AM 9:34
RCVD USMS W/MO

Form USM-285
Rev. 03/21



**U.S. Department of Justice**
United States Marshals Service

**Process 045-6:2022-CV-03140-4 | Cost Worksheet**
Printed on: 11/01/2022

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | W/MO - SPRINGFIELD | E/MO - SAINT LOUIS | Jason A. Jensen v. Citibank, NA, et al. |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Private | Summons | DAVID GAMACHE |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 10/13/2022 16:44 CDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 10/21/2022 07:32 CDT | Forward | | $0.00 | $8.00 |
| 10/26/2022 08:13 CDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 10/31/2022 11:00 CDT | In-person Endeavor | | $0.00 | $81.50 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $16.50 | | |
| 11/01/2022 11:01 CDT | Served | | $0.00 | $81.50 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $16.50 | | |

| **Total Costs** | | | **$0.00** | **$171.00** |
|---|---|---|---|---|

| **Remaining Balance** | $0.00 |
|---|---|
| **Amount Owed** | **$371.25** |

**Remaining Process to Serve:**

045-6:2022-CV-03140-1
045-6:2022-CV-03140-2
045-6:2022-CV-03140-3
045-6:2022-CV-03140-4
045-6:2022-CV-03140-5

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY
Printed By District: W/MO
Page 1 of 1

Civil Action No. 6:22-CV-03140-BCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAVID R. GAMACHE
was received by me on *(date)* 10/27/2022.

☒ I personally served the summons on the individual at *(place)* 1000 CAMERA STE A ST. LOUIS, MO. 63126 on *(date)* 10/31/22 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 33.00 for travel and $ 130.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/1/2022

K L
Server's signature

K CORSON DUSM
Printed name and title

111 SO. 10TH ST. LOUIS, MO. 63102
Server's address

Additional information regarding attempted service, etc: