# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** JASON A JENSEN | **COURT CASE NUMBER** 6:22-CV-03140-BCW |
| **DEFENDANT** STATE OF MISSOURI | **TYPE OF PROCESS** CIVIL SUMMONS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SECRETARY OF STATE JOHN R. ASHCROFT
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
600 West Main Street, Jefferson City, MO 65101

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US DISTRICT CLERKS OFFICE
222 John Q Hammons Parkway
Springfield, MO 65806

Number of process to be served with this Form 285: 6
Number of parties to be served in this case: 5
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

REQUESTOR IS IFP COURT ORDER US MARSHALL SERVICE:
JASON A JENSEN
2186 Jackson Keller Rd
Ste 1097
San Antonio, TX 78213

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 402-598-1285
DATE: 10/11/2022

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 5 of 6
District of Origin No. A45
District to Serve No. B45
Signature of Authorized USMS Deputy or Clerk: Scarlet O'farrell
Date: 10/13/22

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Jesus Osete, General Counsel
Date: 11/4/22
Time: 1:30 pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy: [signature]

Costs shown on attached USMS Cost Sheet >>

**REMARKS**
3 miles round trip @ $.625 per mile
1 DUSM @ $65 per hour for 1 hour

OCT 13 '22 AM 9:34
RCVD USMS W/MO

Case 6:22-cv-03140-BCW   Document 10   Filed 11/09/22   Page 1 of 3

Form USM-285
Rev. 03/21

| U.S. Department of Justice  United States Marshals Service | Process 045-6:2022-CV-03140-5 \| Cost Worksheet |
|---|---|
| | Printed on: 11/09/2022 |


Case 6:22-cv-03140-BCW   Document 10   Filed 11/09/22   Page 2 of 3

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | W/MO - SPRINGFIELD | W/MO - SPRINGFIELD | Jason A. Jensen v. Citibank, NA, et al. |
| Civil/Criminal | Attribute | Process Type | Party to be Served |
| Civil | Private | Summons | STATE OF MISSOURI, ATTN SECRETARY OF STATE JOHN R. ASHCROFT |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 10/13/2022 16:48 CDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 11/04/2022 09:41 CDT | Served | | $0.00 | $66.88 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $1.88 | | |
| **Total Costs** | | | **$0.00** | **$66.88** |

| Remaining Balance | $0.00 |
|---|---|
| Amount Owed | $438.13 |
| Remaining Process to Serve: | 045-6:2022-CV-03140-1 |
| | 045-6:2022-CV-03140-2 |
| | 045-6:2022-CV-03140-3 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

Civil Action No. 6:22-CV-03140-BCW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Secretary of State John R. Ashcroft**
was received by me on *(date)* **10/13/22**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Jesus Osete, General Counsel**, who is designated by law to accept service of process on behalf of *(name of organization)* **Secretary of State John Ashcroft** on *(date)* **11/4/22** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **1.88** for travel and $ **65.00** for services, for a total of $ **66.88** ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: **11/4/22**

*Server's signature*

**Erik Zumdome, Deputy U.S. Marshal**
*Printed name and title*

**80 Lafayette St., Jefferson City, MO 65101**
*Server's address*

Additional information regarding attempted service, etc:

3 miles roundtrip @ $.625 per mile
1 DUSM @ $65 per hour for 1 hour