| | |
|---|---|
| JASON ADAM JENSEN,<br>    Plaintiff,<br>v.<br>CITIBANK, N.A., et al.,<br>  Defendants. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding |

**PLAINTIFF'S MOTION FOR EMERGENCY INJUNCTIVE RELIEF AND ORDER TO SHOW CAUSE, HEARING**

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), under extreme duress and fear of defendants' intent and actions, and enormous power vested to them, specifically and especially, under Chapter 632 of Missouri Revised Statutes (Rev. Mo. Stat.) Titled "Comprehensive Psychiatric Services". JENSEN moves this Court under Rule 65 of the Rules of Civil Procedure Titled "Injunctions and Restraining Orders".

On 11/16/2022, STONE COUNTY did by way of attorney Matthew J. Gist, did file a response titled DEFENDANT STONE COUNTY, MISSOURI'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT.

Contained within this "response" to the issues, was paragraph 21. "Stone County affirmatively pleads that Plaintiff posed a direct threat to the health and safety of Plaintiff and/or others."

In conjunction with JENSEN's own admission of mental illness results in a prima facie loss of freedoms on JENSEN under Chapter 632 of Rev. Mo. Stat.

All such hearings in Chapter 632 are Ex Parte JENSEN in severe detrimental position to JENSEN due process and course here. At such a hearing are ANY of JENSEN's interests examined? Sticking JENSEN in a padded room for 100 days would just about default this case.

NOTICE ABOUT JURISDICTION:

While JENSEN is nearby this Federal Courthouse for the duration of this Case, JENSEN forsakes any resemblance of "residency" this long-drawn-out case. JENSEN hates MISSOURI with cause, such as https://youtu.be/AW6GAOhxP_M . If prosecuting this case can force JENSEN to become a resident, JENSEN moves for a change of venue.

WHEREFORE:

JENSEN hereby calls for a hearing.

JENSEN requests a restraining order and injunctive relief upon STONE COUNTY and MISSOURI from executing any provision of Chapter 632 of Rev. Mo. Stat. upon JENSEN without this Court's oversight with strict adherence to the absolute best of CLEAR AND CONVINCING. ORDER to be issued to MISSOURI, all political subdivisions of MISSOURI and any licensed MENTAL HEALTH FACILITY as defined in Chapter 632 of MISSOURI's Code. All such "confidentiality" contained in Chapter 632 of Rev. Mo. Stat. is hereby concisely and adamantly WAIVED. JENSEN would rather have a Court of INTEGRITY than SECRECY.

JENSEN requests an IMMEDIATE SHOW CAUSE ORDER of STONE COUNTY to the exact nature and how such "dangerousness" was calculated to exist.

JENSEN requests all EMERGENCY provisions of this COURT and any accommodations under the Reconstructions Act's incorporation of the American's with Disabilities Act.

Any and all relief this Court has the authority and duty to issue.

This motion having service requirements, and in forma pauperis status, if required, and order to serve these restraining and enjoining reliefs served upon the parties by the US Marshalls Service.

Sincerely and Respectfully Submitted,

//s/JasonAJensen///EMINREF1

Jason A Jensen