IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JASON JENSEN, | ) |
| Plaintiff, | ) )  Cause No.: 6:22-CV-03140-BCW |
| vs. | ) |
| DAVID R. GAMACHE, et al. | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE AND MOTION FOR EXTENSION OF TIME

COME NOW Mayer S. Klein and Frankel, Rubin, Klein, Payne & Pudlowski, P.C. and enter their appearance as counsel on behalf of Defendant DAVID R. GAMACHE ("Defendant Gamache") and for his Motion for Extension of Time to File Responsive Pleading, states as follows:

1. Plaintiff filed his Amended Complaint on June 30, 2022.

2. On or about September 23, 2022 this Court issued an Order granting in part and denying in part Plaintiff's Motion to Proceed In Forma Pauperis, denying Plaintiff's Motion for Hearing on June 15, 2022, requiring service of process on the remaining defendants and deeming the proposed complaint as properly filed as of the date of the Order.

3. On or around October 31, 2022, Defendant Gamache was served with a copy of the Complaint.

4. Defendant Gamache's responsive pleadings are currently due on November 21, 2022.

5. Upon being served, Defendant Gamache retained counsel who is reviewing the allegations contained therein. Due to the press of business and evidentiary hearings

during the week of November 14 and November 21, counsel for Gamache requires additional time to respond to Plaintiff's Complaint, specifically thirty (30) additional days up to and including December 21, 2022, to file the response to the Complaint.

6. This is the first extension requested by Defendant Gamache.
7. Plaintiff will not be prejudiced by granting these additional days.

WHEREFORE, Defendant DAVID R. GAMACHE respectfully asks this Court to grant this motion, grant an extension up to and including December 21, 2022, for his response to the Complaint, and grant any further relief this Court deems just and proper.

        Respectfully submitted,

        FRANKEL, RUBIN, KLEIN,
        PAYNE & PUDLOWSKI, P.C.

By: /s/ *Mayer S. Klein*
     MAYER S. KLEIN, MO#32605
     mklein@frankelrubin.com
     Attorney for Defendant
     231 South Bemiston Avenue, Suite 1111
     Clayton, Missouri 63105
     Telephone: (314) 725-8000
     Facsimile: (314) 726-5837

## CERTIFICATE OF SERVICE

      I hereby certify that, on November 21, 2022, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record. Additionally, a true and correct copy of the above and foregoing was sent via email transmission and U.S. Mail to the following:

JASON A. JENSEN
2186 Jackson Keller Rd., Suite 1097
San Antonio, Texas 78213
Telephone: 402-598-1285
E-mail(s): jasonjensen@gmail.com
**PLAINTIFF PRO SE**

                                                              /S Mayer S. Klein
                                                              Mayer S. Klein