# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:22-CV-03140-BCW |
| ) | |
| CITIBANK, N.A., et. al., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Assistant Attorney General Joyce Johnson hereby enters her appearance on behalf of Defendant the State of Missouri. The undersigned requests that the court and all counsel direct pleadings and other matters pertaining to this case to the address below.

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

*/s/ Joyce A. Johnson*
Joyce A. Johnson, Bar # 73778
Assistant Attorney General
Fletcher Daniels State Office Bldg.
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Phone: (816) 889-5023
Fax: (816) 889-5006
Joyce.johnson@ago.mo.gov
Attorneys for State of Missouri

## CERTIFICATE OF SERVICE

I hereby certify that on the day of November 22, 2022, the foregoing was filed electronically via the Court's electronic filing system and was served by operation of the e-filing system on all counsel of record and to Plaintiff at [jasonajensen@gmail.com](mailto:jasonajensen@gmail.com).

/s/ *Joyce A. Johnson*
Joyce A. Johnson
Assistant Attorney General