UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br>    Plaintiff,<br>v.<br>CITIBANK, N.A., et al.,<br>    Defendants. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding |

**RESPONSE IN SUPPORT OF THE STATE OF MISSOURI'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), in support of Miss Joyce A Johnson's Motion and request for an Extension of Time.

First, a bit of professional curtsey goes a long way, I think, with anyone. Such a thing should be encouraged. Especially whereas a Pro Se defendant is in opposition.

Second, the request was quite reasonable, a 14-day extension to the original 21-day deadline to respond, which is about a 67% increase in time. This would be in contrast to, say for example, a 30-day increase that would amount to 143% increase in time to respond.

Third, The Attorney General's Office, while amply staffed, has, perhaps, the greatest burden of any organization when it comes to caseloads. Unlike a Professional Corporation, the Attorney General's Budget is decided by the state and lags behind indicators of stress in those burdens. The Attorney General also has little choice in which cases they take on, whereas a Professional Corporation, has the ultimate decision to take on a client/case or not – which would seem to be due diligence to not take a case you are not staffed to handle within deadlines.

Fourth, the Attorney General Office didn't wait until the afternoon on day the response was due to request an extension.

WHEREFORE:

JENSEN respectfully request this Court give favorable due attention to the State of Missouri's request for an Extension of Time.

This response having service requirements, and in forma pauperis status, if required, and order to serve this document.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 22st of November 2022.

//s/JasonAJensen