UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br>    Plaintiff,<br>v.<br>CITIBANK, N.A., et al.,<br>    Defendants. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding |

**JENSEN'S MEMORANDUM ON HIS DISABILITY**

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), in reply to Stone County Response to JENSEN's First IFP Amended Complaint pursuant to Fed. R. Civ. P. 27(a)4. Since it is apparently customary for Lawyers in this Court to use blanket statements with vast implications, JENSEN also brings this Memorandum under every tenant, concept, principle, statue, rule, and precedent of all applicable Natural, Common, and Civil Law from every jurisdiction applicable. JENSEN requests leave to file exceeding the page limitation – 10 years of history cannot be easily summed up.

**SECTION I – STONE COUNTY HISTORY**

In 2008, within the 39th District of Missouri, Stone County, case number 18SN-CC00027 - BANK OF AMERICA NA V JASON A JENSEN, the following events occurred, which should have placed STONE and MISSOURI on notice of JENSEN's disability:

       09/04/2018          Hearing Held

Cause called. Plaintiff appears by Attorney Shredl. Defendant appears pro se. By agreement, Defeneant [sic] Jensen's Unopposed Motion for Extension of Time to File Response to Bank of America's Response to Defendant Jensen's Original Counterclaims is sustained. Defendant is granted through 9-25-2018 to file an answer or other responsive pleading to Plaintiff's Response to Defendant Jensen's original Counterclaims. Court review Defendant's response filed. Pending motions not addressed above are passed to 10-01-2018., at 9:00 am. So Ordered, Judge Jack A L Goodman.

Scheduled For: 09/04/2018; 8:58 AM ; JACK AARON LOUIS GOODMAN; Stone

09/05/2018 Motion to Stay

Bank of America, NAs Motion to Stay Discovery; Electronic Filing Certificate of Service.

Filed By: STEVEN ANDREW SHREDL

09/06/2018 Voluntary Dismissal Filed

Voluntary Dismissal. Signed with an encrypted signature, per the Defendant Pro se, Jason Jensen.

09/07/2018 Order

9/7/18 The court reviews and sustains Plaintiff's Motion to Stay further proceedings herein pending further order of this court. All proceedings herein are stayed pending further order of this court. SO ORDERED. /s/ Jack A. L. Goodman.

09/20/2018 Motion to Set Aside

Motion to Vacate Order.

10/04/2018         Judge Recuses

10/4/18 Court recuses to avoid any appearance of impropriety. Clerk to inform Supreme Court of need for judicial assignment. SO ORDERED. /s/ Jack A. L. Goodman.

Filed By: JACK AARON LOUIS GOODMAN

10/15/2018     Judge/Clerk - Note

Email sent to Mr. Jensen and counsel, Mr. Shredl, regarding the hearing held 9-4-2018. Court Reporter has responded to the question as to if there was a record made of the hearing held on 9-4-2018. Court Reporter has informed the Deputy Clerk that there was not a record made of the hearing held on 9-4-2018.

1/19/2018         Objections Filed

Notice of Objection to Hearing set November 29, 2018 and Refusal to Appear.

Filed By: JASON A JENSEN

11/29/2018         Sound Recording Log Sheet

Hearing held on the record in the Annex Court Room E.

Dismiss by Ct w/o Prejudice

Associated Entries: 09/07/2018 - Case Review Scheduled

Scheduled For: 09/27/2019;  4:00 PM ;  JESSICA LYNN KRUSE;  Stone

Hearing Held

Plaintiff appears by counsel Attorney Shredl. Defendant appears by his father. Third Party Defendant, Progressive Casualty Insurance Company, appears by Attorney

Harris. Cause is dismissed by Plaintiff without prejudice. All counterclaims dismissed by Defendant without prejudice. So Ordered, Judge Jessica Kruse.

Scheduled For: 11/29/2018; 10:00 AM ; JESSICA LYNN KRUSE; Stone

On 9/4/2018, during an undocumented and unrecorded hearing, Judge Goodman expressed "concern" for JENSEN's wellbeing, although JENSEN doubts the sincerity thereto, especially since Bank of America capitalized upon it to block Discovery, and seemingly converted a civil matter to a probate matter to decide "conservatorship" of JENSEN. On, 9/5/2018 Bank of America moved to block discovery of phone system code unlikely to present any real intellectual property, this would be code like press 1 to goto menu XYZ – etc. On 9/7/2018, Judge Goodman expanded the Motion by Bank of America to include more than requested by Bank of America, to deny JENSEN any access to discovery, to a General Stay of the Case. This was despite the Discovery request being severable, including JENSEN's own records in Bank of America's possession, on the Sole Basis of JENSEN's and Bank of America's unfounded and unformulated discriminatory position that JENSEN couldn't maintain "trade secrets" of Bank of America. This directly implicates the operation of this Court Mediation Program (MAP).

Most importantly to note, that despite the Court of STONE, intending to decide the freedoms of JENSEN, no attorney was ever appointed, JENSEN repeatedly objected to such a lack of Due Process. After over 6 years of struggling with the Social Security Administration, failure to find an attorney there, and finally being successful, JENSEN had significant backpay headed his way. Assigning a conservatorship over JENSEN in such a manner, would have been a very clever way to override Section 407 of the Social Security Act regarding garnishments. No garnishments would have been required if someone sympathetic to Bank of America's cause was appointed over control of JENSEN and his finances.

On 10/4/2018, Judge goodman recused himself, to "avoid the appearance of impropriety", then sent word to the Crisis Intervention Team of Missouri that JENSEN was a "danger to self or others". A mental health professional from Burrell Behavior Health and a Sheriff from STONE county was dispatched to JENSEN's then residence, his Father's and Mother's house, at 6 Arrowhead Rd, Kimberling City, MO, 65686 – STONE County. JENSEN believes that this was an attempt to place JENSEN in "protective custody", limiting his ability to engage in court.

This case was dismissed without prejudice, on 11/29/2018, most importantly to point out was this segment of the Order, "Defendant appears by his father." JENSEN's father is not a BAR licensed attorney, has no legal education or training, and cannot legally represent another person in any jurisdiction in the United State. Bank of America dismissed their claims despite JENSEN's 9/6/2018 Voluntary Dismissal and Offer of Judgement which awarded Bank of America everything they demanded and more. This was another case of "no harm no foul" because of dismissal. All these facts, and yet, somehow, JENSEN has never notified STONE County of his disability.

### SECTION II – ISSUES INTERACTING WITH STATE AGENTS, OFFICERS, and/or OFFICIALS

Since approximately 2012, JENSEN has been Involuntary Civilly Committed at least 8 times. Perhaps the recent was just before the COVID pandemic. This was in Pasco County Florida, on 2/17/2020. The bodycam of the Officer can be viewed at https://drive.google.com/file/d/1YWV_dlprr-NYsk8vGrYBHDC3J7Cqc_Gc/view?usp=sharing . THIS COURT WILL NOT CENSOR, REDACT, OR OTHERWISE LIMIT ACCESS TO THIS VIDEO. JENSEN IS KNOWINGLY, WILLINGLY, and ADMIATELY WAIVING ALL ELEMENTS OF PRIVACY TO THIS VIDEO. Officer Buchs, would later Baker Act JENSEN. The lawyer for that cause would never request this video for the hearing JENSEN was never allowed to see notice of, and his Writ of Habeas Corpus would be summarily denied despite not having any access to

this video, the police report, his Medical Records, hearing notices, or any type of Law Library. The largest RV Park system in the World, Owned and operated by Equity Lifestyle Properties, Thousand Trails, and Encore Resort Parks, would later attempt to have JENSEN's RV towed out of the park while locked in the mental ward, then would call the police on his release, and then ban him permanently from over 190 parks nation-wide.

The "behavior" you see here was my attempt to control anger. These people had discriminated against me as I had "bragged" about getting Social Security Benefits, purchasing an RV, and traveling attempting to use a lifestyle change to heal wounds that run deep. These people had assaulted me to the essence of my core being. The guy that never appears on camera, had "befriended" me the night before. Told me that he had been through hell and wanted to help. I spoke to him for over an hour, then each of us adjourned to our RVs. After about 20 minutes, I had given him paperwork for him to peruse. He placed that paperwork, with my name on almost every page, after I went to sleep, which blew all over the lot, and amazingly not 1 page left that lot, which I woke up from the noise at 6am, and then had to pick up and throw away. This was done deliberately to get me banned from the park. The next day, I attempted to take a show when my RV's grey tank was full. Unfortunately, I had already disrobed, so I put my underwear on, my jean shorts, and since I had lost a lot of weight, instead of putting my belt back on, decided to just hold my belt loop while I dumped the tank. After JENSEN exited JENSEN's RV, and JENSEN challenges anyone to exit JENSEN's RV with their pants around their ancles as report by others, you'll never make it and you will fall on your face. JENSEN's pants actually dropped when the person unvideoed, snuck up behind JENSEN yelling "Crisis Intervention Team" and JENSEN had just, about a month prior, been tasered, this was like the 7th time for various reasons but basically not following commands, so JENSEN removed his hands from his waist. This is when this self proclaimed "good Samaritan" started accusing me of "flashing" a little girl whom JENSEN didn't even know was there. Most of the neighbors chimed in. This type of embarrassment was a lot for JENSEN to handle.

At no time was JENSEN dangerous, nor was JENSEN incapable of self-care. As Usual, JENSEN was placed in impossible positions and then complained about for not handling those impossibilities correctly. The solution is always drugs so that JENSEN can accept that he isn't wanted, isn't allowed, and will forever be kicked down the road.

The hospital, Trinity in Pasco County, would later abuse JENSEN and violate his rights. So, all anyone wanting to subpoena more records regarding this issue- FAIR WARNING it is a minefield. Each and every, time JENSEN has been committed the facts around that detention amount to the same. Basically, STONE's sentiment in paragraph 21 that JENSEN can be excluded and taken out of his house under "possibly probable" standards instead of "Clear and Convincing". To date JENSEN has been "milked" of about one quarter of a million dollars in forced "treatment" costs.

## SECTION III – FORWARD ABOUT FORCED MEDICATION

JENSEN knows his deity is here, in this Court now. JENSEN thanks GOD everyday for the gifts of life, liberty (when he had it), and emotions. Emotions are a special Gift from God. Without Emotions, nothing has any value or meaning. What would it matter if you are cold? That murder or worse of a child, without compassion and other emotions – what would it matter? Just try to get a computer to care about such things.

Emotions are also much more godly than other forms of communication. No one will ever enter this Court that can define the emotions of love, hate, happy, sad, frightened, enraged, etc. And these emotions are the most powerful force on the planet as the Words of God. They can and will break you if you violate Natural Law.

JENSEN proclaims as the very essence of his being, that the State forcing him to take drugs that remove these emotions and the experience associated violate every right he has, especially the First Amendment to the Constitution.

JENSEN prays every day to God for the Sun to eject Neutrinos, bringing about another Carrington Event, destroying every electronic device on planet earth, including exploding lithium batteries, disabling cars, satellites, planes, trains, subways, all modern military and police equipment, and most importantly computers and their databases. Nothing is needed more than a clean slate which the databases of the world will never allow for.

WHEREFORE:

This response having service requirements, and in forma pauperis status, if required, and order to serve this document.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 25st of November 2022.

//s/JasonAJensen