UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br>　　　Plaintiff,<br>v.<br>CITIBANK, N.A., et al.,<br>　　　Defendants. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding |

**JENSEN'S SECOND MEMORANDUM ON HIS DISABILITY AND ADMINISTRATIVE PROCESSES FOR RELIEF**

　　COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), in reply to Stone County Response to JENSEN's First IFP Amended Complaint pursuant to Fed. R. Civ. P. 27(a)4. Since it is apparently customary for Lawyers in this Court to use blanket statements with vast implications, JENSEN also brings this Memorandum under every tenant, concept, principle, statue, rule, and precedent of all applicable Natural, Common, and Civil Law from every jurisdiction applicable. JENSEN requests leave to file exceeding the page limitation – 10 years of history cannot be easily summed up.

**SECTION I – STONE COUNTY DMV AND THE NHTSA**

　　Congruently with the Position of STONE COUNTY in this case, all administrative processes for relief follow the same response. JENSEN never notified the Regulated Entity of his disability.

　　Oh, and that branch of the Administration will "flip-flop" between accepting documents, the written word, by email or not depending if they want to hang up on you. The link for the audio in the attached exhibits – namely an email – is still active as a 11/27/2022.

This memorandum is to express the failure of the executive by forcing a person to continually beg for relief when no relief was ever intended. See paragraph 11 section 3 of STONE COUNTY'S response.

WHEREFORE:

This response having service requirements, and in forma pauperis status, if required, and order to serve this document.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 27st of November 2022.

//s/JasonAJensen