

**U.S. Department
of Transportation**

**National Highway
Traffic Safety
Administration**

**Civil Rights Office**
1200 New Jersey Ave., SE
Washington, D.C. 20590

## COMPLAINT CONSENT/RELEASE FORM

Your Name: JASON A JENSEN
Address: 6 ARROWHEAD RD
KIMBERLING CT, MO, 65686

Complaint number(s): (if known) 2018-0335

*Please read the information below, check the appropriate box, and sign this form.*

I have read the Notice of Investigatory Uses of Personal Information by the U.S. Department of Transportation (DOT). As a complainant, I understand that in the course of an investigation it may become necessary for DOT to reveal my identity to persons at the organization or institution under investigation. I am also aware of the obligations of DOT to honor requests under the Freedom of Information Act. I understand that it may be necessary for DOT to disclose information, including personally identifying details, which it has gathered as a part of its investigation of my complaint. In addition, I understand that as a complainant, I am protected by DOT's regulations from intimidation or retaliation for having taken action or participated in action to secure rights protected by nondiscrimination statutes enforced by DOT.

### CONSENT/RELEASE

[X] **CONSENT**– I have read and understand the above information and authorize DOT to reveal my identity to persons at the organization or institution under investigation. I hereby authorize DOT to receive material and information about me pertinent to the investigation of my complaint. I understand that the material and information will be used for authorized civil rights compliance and enforcement activities. I further understand that I am not required to authorize this release, and do so voluntarily.

[ ] **CONSENT DENIED**-I have read and understand the above information and do not want DOT to reveal my identity to the organization or institution under investigation, or to review, receive copies of, or discuss material and information about me, pertinent to the investigation of my complaint. I understand this is likely to impede the investigation of my complaint and may result in the closure of the investigation.

SIGNATURE: *[signed] Jason Jensen*

DATE: October 3rd, 2018




1200 New Jersey Avenue SE.
Washington, DC 20590

April 5, 2019

Jason A. Jensen
6 Arrowhead Road
Kimberling City, MO 65686

    RE:    DOT Complaint No. 2018-0335
              Jensen v. Missouri Department of Revenue, Driver's License Bureau

Dear Mr. Jensen:

The National Highway Traffic Safety Administration, Office of Civil Rights (NCR), has completed the investigation of your complaint of discrimination received on August 21, 2018 against the Missouri Department of Revenue, Driver's License Bureau (MO DOR). Your complaint was reviewed for possible violation under Section 504 of the Rehabilitation Act of 1973 and Title II of the Americans with Disabilities Act of 1990 (ADA), which prohibits discrimination on the basis of disability in services, programs, and activities provided by State and local government entities.

You alleged in your complaint that the MO DOR discriminated against you when it refused to modify its policies and practices to accommodate your disability, Autism, Bi-Polar Disorder, and Schizophrenia, when you went to the Branson West driver's license office to correct an issue with your vehicle title. You also alleged that the MO DOR refused to provide you with information on how to file an ADA complaint and the contact information for the ADA Coordinator.

Our investigation included a review of the pertinent policies and practices of the MO DOR, as well as a review of the information that you provided to us, including the audiotape of your August 9, 2018, interaction with the Branson West driver's license office, and the additional information obtained regarding the allegations raised in your complaint.

On August 9, 2018, you went to the Branson West driver's license office to correct an issue with your vehicle's title. Per the information that you provided, you originally went to the Branson West Driver's License Office on August 8, 2018, and you were told that you did not have the correct paperwork to complete your transaction. You were advised that you would need to call the MO DOR, and were given the appropriate contact information. The audiotape that you provided confirms this information and shows that you returned to the MO DOR for the second

time in two days and requested assistance with your transaction. After several minutes of back and forth interaction with the employee assisting you, the employee provided you with contact information to make an ADA complaint, asked you to leave the premises, and contacted the Branson West Police Department for disturbance of the peace. The officer on the scene attempted to assist you with your transaction while you spoke with Chief Dalton. After speaking with the driver's license office employee, the police officer informed you that in order to provide you with a letter that you could give to your lien holder to get the process moving forward, they would need your vehicle's VIN number. At this time, you told the officer that you wanted to leave the premises and were given back your driver's license.

The evidence and your motor vehicles record show that the MO DOR, Driver's License Bureau was never made aware of your disability, nor did you request an ADA accommodation for your disability. The Branson West Fee office provided you with the information that you need to complete your transaction and the Branson West Police Department confirmed that information and also attempted to provide that information to you. If you would like to complete the transaction, the MO DOR will need the VIN number of the vehicle that you would like to title in order to provide you with a letter to give to your lien holder. Once they provide you with the letter you should contact your lien holder and provide them with the letter so that the MO DOR may begin the process to title the vehicle.

The Branson West Fee Office is operated by License Offices Services, LLC, pursuant to a contract between it and the Missouri Office of Administration. Upon requesting the name of the ADA Coordinator and a copy of the ADA complaint procedures, you were provided with contact information for Donald Wright. Mr. Wright is the Revenue Field Coordinator for the MO DOR. Mr. Wright serves as the liaison between the MO DOR and the contract agencies, and is the appropriate contact for external ADA complaint procedures. His contact information is Missouri Department of Revenue, Truman State Office Building, 301 W. High Street, P.O. Box 475, Jefferson City, MO 65105 (573) 526-2407 D.C.Wright@dor.mo.gov. A copy of the MO DOR's Public ADA Grievance Policy is attached to this letter for your convenience. Although the Branson West Fee Office is not operated by the MO DOR, under Title II of the ADA and Section 504 of the Rehabilitation Act regulations, a public entity is responsible for ensuring nondiscriminatory access for a benefit or service that it provides "directly or through contractual, licensing, or other arrangements." 28 C.F.R. 35.130(b)(1), 41.51(b)(1).

Based upon a thorough review of the allegations and the information obtained during our investigation, the National Highway Traffic Safety Administration, Office of Civil Rights, has concluded that the evidence obtained during the investigation does not support the allegation(s) raised in your complaint. The National Highway Traffic Safety Administration remains committed to ensuring that all state Departments of Motor Vehicles comply with applicable Federal Civil Rights statutes, including the Rehabilitation Act of 1973 and the Americans with Disabilities Act of 1990. This letter does not address other potential claims of discrimination that may exist or arise from the activities of the MO DOR. Rather, it is limited to the allegation presented in DOT Complaint No. 2018-0335. Please note that if you are dissatisfied with our determination you may be entitled to file a private complaint in United States district court under Title II of the ADA.

Please be advised that no one may intimidate, threaten, coerce, or engage in discriminatory conduct against anyone because he or she has either taken action or participated in an action to secure rights protected by the civil rights laws that we enforce. Any individual alleging such harassment or intimidation may file a complaint with this office. We will investigate such a complaint if the situation warrants.

Under the Freedom of Information Act (5 U.S.C. § 552) and the Privacy Act (5 U.S.C. § 552a), it may be necessary to release this document and related correspondence and records upon request. In the event that we receive such a request, we will seek to protect, to the extent provided by law, personal information which, if released, could constitute an unwarranted invasion of privacy.

If you have any questions concerning this letter, please contact Danielle Keefer, Equal Opportunity Specialist, at (202) 366-9847 or Danielle.Keefer@dot.gov . Please reference the complaint number cited above in all correspondence or contact with this office.

This concludes the processing of this complaint by the National Highway Traffic Safety Administration, Office of Civil Rights. No further action will be taken.

Sincerely,

*Toni Pochucha*

Toni Pochucha
External Civil Rights Program Manager
NHTSA Office of Civil Rights

3

Case 6:22-cv-03140-BCW   Document 23-1   Filed 11/27/22   Page 4 of 14



## MISSOURI DEPARTMENT OF REVENUE
## ADMINISTRATIVE POLICY

| POLICY TITLE: | Public ADA Grievance | | |
|---|---|---|---|
| DATE OF ISSUANCE: | August 29, 2013 | PAGE | 1 OF 2 |
| REVISION DATE: | August 29, 2013 | AUTHORIZED BY: | John R. Mollenkamp |

## PURPOSE

This policy provides nondiscrimination and accommodation guidelines for members of the public who wish to file a complaint alleging discrimination on the basis of disability in the provisions of services, activities, programs, or benefits by the Department of Revenue. All employment-related complaints of disability discrimination should be handled as provided in Administrative Policy 2.30, Applicants and Employees with Disabilities.

## POLICY

1. All Department employees should make efforts to ensure that all members of the public, including individuals with disabilities, can access the services, programs, and activities the Department provides to the public.

2. All Department employees should make efforts to communicate effectively with all members of the public, including individuals with disabilities.

3. If a member of the public feels that he or she is or may be deprived of the Department's services, activities, programs or benefits due to a disability, that individual may file a complaint. The complaint should be in writing, although the Department will also respond to formal complaints made by phone or e-mail, and contain information regarding the alleged discrimination, including:

    A. name of the complainant,

    B. mailing address of complainant,

    C. phone number of complainant,

    D. date of the alleged discrimination,

    E. location of the alleged discrimination, and

    F description of the alleged discrimination.

4. The complaint should be submitted as soon as possible, but no later than 60 calendar days after the alleged violation to:

   > Department of Revenue
   > Personnel Services Bureau
   > Accessibility Coordinator

   Mailing Address: P.O. Box 475
   Jefferson City, MO 65105-0475

   Physical Address: Harry S Truman State Office Building
   301 West High Street
   Room 225
   Jefferson City, MO 65105

5. Upon receipt of any complaint, the Accessibility Coordinator will contact the Bureau Administrator and Division Director to determine possible resolutions and response.

6. Within 15 calendar days after receipt of the complaint, the Accessibility Coordinator or designee will contact the complainant to discuss the complaint and possible resolutions.

7. Within 15 calendar days of the contact or, if applicable, discussion, the Accessibility Coordinator or designee will respond in writing, and where appropriate, in a format accessible to the complainant. The response will explain the position of the Department and offer options for substantive resolution of the complaint.

8. If the response by the Accessibility Coordinator or designee does not satisfactorily resolve the issue, the complainant may appeal the decision within 15 calendar days after receipt of the response to the Director or designee. Additionally, if the Accessibility Coordinator believes he or she is unable to resolve the complaint in a way that provides the complainant with meaningful access to the Department's services, the Accessibility Coordinator shall automatically refer the matter to the Director.

9. Within 15 calendar days after receipt of the appeal, the Director or designee will contact the complainant to discuss the complaint and possible resolutions. Within 15 calendar days after the contact, the Director or designee will respond in writing, and, where appropriate, in a format accessible to the complainant, with a final resolution of the complaint.

10. All written complaints and appeals received by the Department and the Department's responses will be retained by the Personnel Services Bureau for three years.

# Branson West Police Department

110 Silver Lady Lane, Branson West, MO 65737

## Offense / Incident Report

| Report Date | Type of Incident | | Complaint No. | Case Status |
|---|---|---|---|---|
| 08/10/2018 1134 | PEACE DISTURBANCE | | 18-001775 | 18-1905 |
| Occurred on | 08/10/2018 0949 | to 08/10/2018 1012 | | |

**Incident Location**

| Street Address | | | City | State | Zip Code |
|---|---|---|---|---|---|
| 11016 E MO 76 | | | BRANSON WEST | MO | 65737 |
| Sector | Precinct | Geo | Ward | Latitude | Primary Location |
| NA | NA | NA | NA | | DEPT. OF REVENUE |
| Neighborhood | | Jurisdiction | | Longitude | Secondary Location |
| | | BRANSON WEST | | | |

**Dispatch Information**

| Received Date / Time | Call Received Via | Dispatched Date / Time | Call Dispatched As | | |
|---|---|---|---|---|---|
| 08/10/2018 0949 | DISPATCHER | 08/10/2018 0951 | | | |
| Arrived Date / Time | Departed Date / Time | Offense Category | TTY Ref.# | | TeleType Operator |
| 08/10/2018 0953 | 08/10/2018 1012 | | | | |

**Officers**

| ID | Name | Role | Primary | Arrived Scene | Departed Scene |
|---|---|---|---|---|---|
| 302 | Terrill Crockett 302 | REPORTING | ✓ | | |

**Offenses**

| Charge Cause Number | Local Code | Jurisdiction | State Statute | State Charge Code Type/Class | Category |
|---|---|---|---|---|---|
| PEACE DISTURBANCE | | | | 94010 | |
| | 210.210 | | | | |

**Offense / Incident Narrative**

On 08-10-18 at approximately 0949 hrs. I, Sgt. Terry Crockett was dispatched to 11016 E St. Hwy 76 (Dept. Of Revenue) in reference to a male subject causing a disturbance and refusing to leave.

When I arrived on scene I made contact with the suspect, Jason Jensen who was standing at the counter talking to one of the Dept. of Revenue staff. As soon as I walked up he asked if we could go out into the lobby and talk. I told him to stand over by the wall for a moment while I found out what the complaint was about from the reporting party. He moved away so I could talk to Dept. of Revenue staff. They advised that he came in wanting to title his vehicle but he did not have all of the information including title information with him in order for them to help him. I was told that they gave him the phone number to the Dept. Of Revenue to see if they could be of any assistance to him.

After talking to Dept. Of Revenue staff I spoke with Mr. Jensen out in the hallway. I asked him what he was having trouble with as far as titling his vehicle. He told me he moved from Georgia to Missouri and he went in to get his vehicle titled but they could not help him. I told him I was

| Reporting Officer | 302 | Terrill Crockett 302 | Approving Officer ( I ) | 301 | Chief Steven Dalton 301 |
|---|---|---|---|---|---|
| | | | ( Cover Pages Only ) | | |

Page 1 of 3   Printed 08/14/2018 1119

© 1994 - 2018 Omnigo Software St. Louis MO omnigo.com

Case 6:22-cv-03140-BCW   Document 23-1   Filed 11/27/22   Page 7 of 14

# Branson West Police Department

110 Silver Lady Lane, Branson West, MO 65737

## Offense / Incident Report

| Report Date | Type of Incident | Complaint No. | Case Status |
|---|---|---|---|
| 08/10/2018 1134 | PEACE DISTURBANCE | 18-001775 | 18-1905 |

informed by the DOR staff that they gave him a number to call and that they might be able to help him resolve the problem or tell him what he actually needs to do. Mr. Jensen dismissed all of the suggestions that were made to try to assist him and I finally told him he probably needs to call the number in Jefferson City to try and resolve the issue because the Dept. Of Revenue office cannot title a vehicle if they do not have all of the required information needed to do so. He became upset with me and saying something to the effect of Dept. Of Revenue is a Title 2 Agency and he wanted to talk to the person in charge of coordinating that. I informed him that the Dept. of Revenue Office cannot help him until he gets everything he needs to title the vehicle.

He became angry at me and asked for my card which I gave him and wrote my name on the back of the card and he started to leave. I asked him for his identification for my report and he initially refused. I informed him he was required to give me his identification in this case. He did finally give me his identification and continued to be upset with me. I contacted Chief Dalton by phone and asked him to come to my location. I ran his information through Central Dispatch. About that time Chief Dalton arrived on scene. I asked Chief Dalton to stand with Mr. Jensen while I went back into the DOR office to speak further with the staff there to find out exactly what he needed to do.

The staff informed me that his problem is he does not have a title and that the vehicle has a lien holder. I was informed that they offered to give him a letter to send to his lien holder to obtain a copy of the title that they could work with in order to title the vehicle. I asked them if they could go ahead and give him the letter so that he can get that part started. I was informed that they needed the VIN number off of the vehicle for the letter. I informed them I would go back out and attempt to get the Vin Number from Mr.Jensen so they could give him the letter.

I went back out and spoke to Mr. Jensen and informed him that they offered him the letter to send to his lien holder and asked for the VIN# of the vehicle he was trying to title. He showed no interest in cooperating with that and he eventually said he wants to go. He was given his drivers license back and he was free to leave.

It is believed that he does not understand what Dept. Of Revenue was trying to tell him and he had no interest in me trying to explain it to him.

No charges were filed by Dept. Of Revenue and he was not trespassed from the property.

**Suspect Information**

| Name (Last, First Middle Suffix) | Race | Sex | DOB | Age | Juvenile | SSN | Moniker |
|---|---|---|---|---|---|---|---|
| JENSEN, JASON ADAM | WHITE | M | /1982 | 36 | N | | |

| Reporting Officer | 302 | Terrill Crockett 302 | Approving Officer ( I ) | 301 | Chief Steven Dalton 301 |
|---|---|---|---|---|---|
| | | | ( Cover Pages Only ) | | |

# Branson West Police Department

110 Silver Lady Lane, Branson West, MO 65737

## Offense / Incident Report

| Report Date | Type of Incident | | Complaint No. | Case Status |
|---|---|---|---|---|
| 08/10/2018 1134 | PEACE DISTURBANCE | | 18-001775 | 18-1905 |

**Addresses**

| Type | Street Address | City | State | Zip Code | Country |
|---|---|---|---|---|---|
| | 6 ARROHEAD | KIMBERLING CITY | MO | 65737 | USA |

| Drivers License | Type | State | Expires | Restrictions | Marital Status | Resident Status | Ethnicity | Language |
|---|---|---|---|---|---|---|---|---|
| ~~[redacted]~~ | | MO | 06/29/2022 | | | RESIDENT | NON HISPANIC | |

**Physical Description**

| Height | Weight | Build | Skin Color | Complexion | Eyes | Type of Eyewear | Place of Birth | |
|---|---|---|---|---|---|---|---|---|
| 509 | 270 | AVERAGE | WHITE | FAIR | BLUE | | City | State |
| Hair | Hair Length | Hair Style | Beard | Mustache | Side Burns | Mannerisms | | |
| BROWN | COLLAR LENGTH | STRAIGHT | | | | | Country | |

| Voice | Teeth | Deformities |
|---|---|---|

☐ Drugs ☐ Alcohol ☐ Suspect Identified ☐ Suspect Located ☐ Suspect Near Scene ☐ Serious Repeat Offender

**Charges**

| Charge | Type Class | Jurisdiction |
|---|---|---|
| PEACE DISTURBANCE | | |

---

Reporting Officer  302  Terrill Crockett 302

Approving Officer ( I )  301  Chief Steven Dalton 301
(Cover Pages Only)

Page 3 of 3

Printed 08/14/2018 1119

© 1994 - 2018 Omnigo Software St. Louis MO omnigo.com

                                                            Jason Jensen <jasonajensen@gmail.com>

# Complaint Consent/Release Form Signed Complaint #2018-0335
4 messages

**Jason Jensen** <jasonajensen@gmail.com>                                Wed, Oct 3, 2018 at 10:15 AM
To: danielle.keefer@dot.gov

Please confirm receipt.

 **Scan10032018110942.pdf**
383K

**Keefer, Danielle (NHTSA)** <danielle.keefer@dot.gov>                   Wed, Oct 3, 2018 at 10:17 AM
To: Jason Jensen <jasonajensen@gmail.com>

Received, thank you.

  **Danielle Keefer**

Equal Opportunity Specialist

Office of Civil Rights

**U.S. Department of Transportation**

National Highway Traffic Safety Administration

1200 New Jersey Avenue SE., Washington, DC 20590

Office: 202-366-9847

  

**From:** Jason Jensen [mailto:jasonajensen@gmail.com]
**Sent:** Wednesday, October 03, 2018 11:15 AM
**To:** Keefer, Danielle (NHTSA) <danielle.keefer@dot.gov>
**Subject:** Complaint Consent/Release Form Signed Complaint #2018-0335

Please confirm receipt.

**Jason Jensen** <jasonajensen@gmail.com>                                Wed, Apr 3, 2019 at 12:25 AM
To: Danielle Keefer <danielle.keefer@dot.gov>

Please update me on the status of your investigation.

Assuming you ever did one..

[Quoted text hidden]

**4 attachments**


image002.png
2K


image004.png
2K


image001.png
6K


image003.png
2K

**Jason Jensen** <jasonajensen@gmail.com>  Thu, Apr 11, 2019 at 3:50 PM
To: Danielle Keefer <danielle.keefer@dot.gov>

I hereby appeal this decision.

The idea that I must post a sign upon my head that I am disabled and need special accommodations is to flip the ADA upon its head and make it a badge of shame.

Second, the coordinator for all affairs cannot be the ADA coordinator. To suggest that one person can just handle all affairs with the contracted entity is to deny the purpose of a coordinator. In addition, as soon as I said I wanted to make a complaint - under the ADA - the entity can reasonably understand that I am asserting I am disabled.

Furthermore, I was not provided with any information but a catch all contact FOR ALL ISSUES - which, to me, is to reasonably take this as a denial. As you said, she told me to leave the premises without a procedure specifically to the ADA complaint. This is a violation of the ADA - but I am not surprised all you government agencies do not enforce the law. Instead you collect a paycheck to pass paperwork around and frustrate those who complain until they give up.

Also, the forms provided were not until AFTER the police harassment. That is when the DEPARTMENT sent the forms. No response from them on the complaint either.

[Quoted text hidden]

Scan190411134751.pdf
2055K



    Jason Jensen <jasonajensen@gmail.com>

# ADA Complaint of Contracted Entity License Office Solutions LLC
5 messages

**Jason Jensen** <jasonajensen@gmail.com>                                         Tue, Aug 14, 2018 at 10:51 AM
To: Darlene.Robinett@dor.mo.gov

    Friday I sent a complaint to lob@dor.mo.gov but am not getting a response.

    Also, I need a copy of anything License Office Solutions LLC sent in response to my complaint. They claim to have a police report but the Branson West Police Chief says the police report has not went through their process and approval so I cannot have a copy and no one should have a copy.

**Robinett, Darlene** <DARLENE.ROBINETT@dor.mo.gov>                               Tue, Aug 14, 2018 at 11:47 AM
To: Jason Jensen <jasonajensen@gmail.com>

    I will contact the License Office Bureau to ensure they received your e-mail and ask that a response be sent to you.

    Thank you.

    *Darlene Robinett*
    *Human Resources Manager*
    *(573) 751-3473*

    [Quoted text hidden]

**Jason Jensen** <jasonajensen@gmail.com>                                         Tue, Aug 14, 2018 at 2:10 PM
To: "Robinett, Darlene" <DARLENE.ROBINETT@dor.mo.gov>

    I still consider your contracted entity in default.

    My intent is still to go to the Branson West location and file a ada complaint.

    Please let me know when the Department of Revenue has arranged my request.
    [Quoted text hidden]

**Jason Jensen** <jasonajensen@gmail.com>                                         Tue, Aug 14, 2018 at 6:33 PM
To: "Robinett, Darlene" <DARLENE.ROBINETT@dor.mo.gov>

    Here is the Police Report of the incident - I really think the Department of Revenue needs to send a communication to the Branson West Missouri Police Department as they seem grossly confused - that or I am.

    Is that property Department of Revenue property? If so, what business does anyone have telling a person, who is not creating a disturbance as depicted in the audio recording I have, to leave - at all. If that is Department of Revenue property then I have rights associated with Public Property - such as protesting that area and the service.

    Second, the police report references a few times that Department of Revenue staff work there. I don't believe this is the case at all. I am pretty sure that office is owned/leased/operated by License Office Services LLC and all the people that work there are employed by that for-profit corporation.

Case 6:22-cv-03140-BCW    Document 23-1    Filed 11/27/22    Page 12 of 14

I still need to see the contract to understand what authorizations and duties are delegated to License Office Services LLC - but at any rate the Department of Revenue should reach out to the Branson West Missouri Police Department and let them know that property is neither owned nor controlled by the Department of Revenue. They are no more the Department of Revenue than the Construction Company working on the roads is the Department of Transportation (MoDOT).

There definitely seems to be some clarification to the situation that is desperately needed.
[Quoted text hidden]


**Scan180814174625.pdf**
1296K

---

**Jason Jensen** <jasonajensen@gmail.com>	Wed, Oct 3, 2018 at 10:22 AM
To: Danielle Keefer <danielle.keefer@dot.gov>

[Quoted text hidden]


**Scan180814174625.pdf**
1296K



Jason Jensen &lt;jasonajensen@gmail.com&gt;

**Audio recording of event**
1 message

**Jason Jensen** &lt;jasonajensen@gmail.com&gt;                                         Wed, Oct 3, 2018 at 10:27 AM
To: Danielle Keefer &lt;danielle.keefer@dot.gov&gt;

As I have been diagnosed schizophrenic I use recordings as a disability assistance device to make up for apparent hallucinations and delusions.

Here is the audio recording of the second encounter with the dmv.

https://drive.google.com/file/d/0Bz-FlGg__OCMNWY4anA0bm9lRnNqNmJNMHh0TDRWVGtseHhn/view?usp=drivesdk