UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br>    Plaintiff,<br> v.<br> CITIBANK, N.A., et al.,<br> Defendants. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding |

**REPLY TO RESPONSE IN OPPOSITION TO "PLAINTIFF'S NOTICE OF OBJECTIONS, MOTION TO VACATE, MOTION FOR DEFAULT, HEARING"**

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), in reply to Stone County Response to JENSEN's REPLY TO RESPONSE IN OPPOSITION TO "PLAINTIFF'S NOTICE OF OBJECTIONS, MOTION TO VACATE, MOTION FOR DEFAULT, HEARING" pursuant to Fed. R. Civ. P. 27(a)4. Since it is apparently customary for Lawyers in this Court to use blanket statements with vast implications, JENSEN also brings this Memorandum under every tenant, concept, principle, statue, rule, and precedent of all applicable Natural, Common, and Civil Law from every jurisdiction applicable. JENSEN requests leave to file exceeding the page limitation – 10 years of history cannot be easily summed up.

The Court's purpose, under Natural Law, which leads to Common Law under Study of the Former, is to maintain Peace and Tranquility. This is why the Court is given so much leniency and Authority in its Command with Orders. About case precedence and the History of the Court. You will find much debate on if the Constitution is a Living Breathing Document. Well, the Purpose of words in a Contract of any type is to affix the Rules to a Common. So this Constitution, a unique Document that sits at the intersection of Common and Civil Law – has authority here. But Common Law has more authority. Whereas this Court has "codified" and then made Static the use and access of Common Law, Plaintiff

believes all subsequent Precedence is Corrupted. Under the Rule, JENSEN has 7 days to submit this reply. But the urgent nature JENSEN feels on submitting this reply is a form of Damage.

JENSEN is still waiting on his "emergency" filings yet this time extension was granted in hours.

If JENSEN cannot get a FAIR trial then this Court should summarily dismiss this case as all the others have done.

### SECTION I – THE THURGOOD THOUGHBREAD's "Proposed Scheduling and Jury Trial Order"

If a person googles "Judge Brian Wimes Missouri Western Federal Court", they would be likely to find this Court's Proposed Scheduling and Jury Trial Order. Paragraph/Section 11 is clearly labeled "Motions for Extension of Time".

If this document is to mean anything of importance, in bold is a requirement of "**three (3) days before** the deadline". Followed by d. "whether opposing council consents or objects to the requested extension."

Finally, for this section, let's note JENSEN was never given any time to respond or reply to the motion for extension of time.

### SECTION II – Line by Line/Paragraph by Paragraph Reply to Response

1. JENSEN believes is accurate – without checking.
2. JENSEN believes this is accurate. NOTICE JENSEN's excluded response.
3. JENSEN will enforce all rights and privileges under the 14th Amendment, to say the least.
4. JENSEN will continually plead for a hearing until one is provided in every area and aspect of this case.

5. Parks v Thompson has nothing to do with a Disabled Man seeking Justice or the petitioner for an extension of time granted by the vast authority this Court has over decorum, case management, and scheduling.

6. If GAMACHE had any good faith, why not confer with JENSEN to see if opposition existed? Why wait until the last minute breaking the rules? As far as the Defendants repeated declaration of "will not prejudice Plaintiff" – well JENSEN feels otherwise. NOTHING COULD PREJUDICE AGAINST JENSEN MORE THAN TO SIGNAL HE IS NOT EQUAL UNDER THE LAW IN THIS COURT.

7. JENSEN contends the way the Order was granted, at the very least, violated the 14th Amendment. It confirms to GAMACHE and his Lawyer that common convention of rules do not apply when interacting with JENSEN. Why not call JENSEN? JENSEN may have given consent had he been asked. This Court will never know now. JENSEN will endeavor to follow all the conventions of this Court – but whereas JENSEN is unequal he will demand with every fiber of his existence, for equality. However, since he was not and no opportunity was given for JENSEN to even reply – this is guaranteed to be a clear error. The real question is if JENSEN is entitled to JUSTICE and EQUITY under the Law. At present it appears unlikely.

8. This Court can modify deadlines to its liking, but this Court shall be subservient to Natural, Common, and Constitutional Law – while JENSEN includes the entirety of the aforementioned – with specific mention, reference, and invocation of the 14th Amendment. Apparently, the Americans with Disabilities Act and Restructuring – have no place, spirit, life, effect, or authority in Federal Courts. To whatever extent they may, JENSEN invokes.

9. If this Court can send message that JENSEN is less than and not entitled to the purposes, functions, and intent of this Court – then by all Natural Laws of the Multiverse this Court has no Authority. It, however, cannot. This Court does have authority. JENSEN presupposes that

what this Court must do is weigh interests and equities in this matter, find fact, and rule in equity.

JENSEN is looking forward to learning early on in this endeavor – what the true integrity of this Court is.

WHEREFORE:

JENSEN prays to the Judge of Natural Law that these Words Carry Weight.

JENSEN prays that this Court restore JENSEN's Equity under the Law.

JENSEN prays for his subsequent Motion, subject of this pleading, to be found to have Merit, that JENSEN's Interests Outweigh that of GAMACHE's, and GRANT Document 17.

This response having service requirements, and in forma pauperis status, if required, and order to serve this document.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 29st of November 2022.

//s/JasonAJensen