IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JASON ADAM JENSEN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 6:22-CV-03140-BCW |
| CITIBANK, N.A., et. al., | ) ) ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Assistant Attorney General Anna Connelly hereby enters her appearance on behalf of Defendant the State of Missouri. The undersigned requests that the court and all counsel direct pleadings and other matters pertaining to this case to the address below.

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

*/s/Anna Connelly*
Assistant Attorney General
Missouri Bar No. 67428
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Telephone: (816) 889-5000
Fax: (816) 889-5006
E-Mail: Anna.Connelly@ago.mo.gov
*Attorney for State of Missouri*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, the foregoing was filed electronically via the Court's electronic filing system and was served by operation of the e-filing system on all counsel of record and to Plaintiff at jasonajensen@gmail.com.

*/s/ Anna Connelly*
Assistant Attorney General
