UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:22-CV-03140-BCW |
| CITIBANK, N.A., et al., | ) |
| Defendants. | ) |

## DEFENDANT STATE OF MISSOURI'S MOTION TO DISMISS

COMES NOW, Defendant State of Missouri, by and through the undersigned attorney, and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully moves this Court to dismiss Plaintiff's First Amended Complaint (Doc. 5-1). In support of this Motion, Defendant states the following:

1. Plaintiff has failed to state a claim under Fed. R. Civ. P. 12(b)(6) for a violation of Tile II of the American's with Disabilities Act ("ADA").

2. Plaintiff's First Amended Complaint is conclusory and fails to comply with the pleading requirements under Fed. R. Civ. P. 8(a)(2).

3. Plaintiff failed to establish how the State of Missouri excluded him from participating in a service or denied him services due to his disability and his First Amended Complaint should be dismissed.

4. Defendant has contemporaneously filed Suggestions in Support of this Motion to Dismiss.

WHEREFORE, Defendant State of Missouri requests that this Court dismiss Plaintiff's First Amended Complaint due to his failure to state a claim for an ADA violation.

Respectfully submitted,

**ERIC S. SCHMITT**
Attorney General

*/s/ Anna Connelly*
Assistant Attorney General
Missouri Bar No. 67428
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Telephone: (816) 889-5000
Fax: (816) 889-5006
E-Mail: Anna.Connelly@ago.mo.gov
*Attorney for State of Missouri*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of December, 2022, a copy of the foregoing was filed through the Court's PACER system, which sent an electronic copy to all counsel of record, and to *Plaintiff Pro Se* at jasonjensen@gmail.com.

*/s/ Anna Connelly*
Assistant Attorney General