UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:22-CV-03140-BCW |
| | ) |
| CITIBANK, N.A., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Christopher M. Napolitano of the law firm of Ensz & Jester, P.C., and hereby enters his appearance as additional attorney of record in this case on behalf of Defendant Stone County, Missouri.

Respectfully submitted,

**ENSZ & JESTER, P.C.**

/s/ Christopher M. Napolitano
MATTHEW J. GIST           MO #54732
CHRISTOPHER M. NAPOLITANO MO #66610
1100 Main Street, Suite 2121
Kansas City, Missouri 64105
Telephone: 816-474-8010
Facsimile: 816-471-7910
E-mails: mgist@enszjester.com
cnapolitano@enszjester.com
**ATTORNEYS FOR DEFENDANT
STONE COUNTY**

# CERTIFICATE OF SERVICE

       I hereby certify that, on December 6, 2022, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

JASON A. JENSEN
2186 Jackson Keller Rd., Suite 1097
San Antonio, Texas 78213
Telephone: 402-598-1285
E-mail(s): jasonjensen@gmail.com
**PLAINTIFF PRO SE**

/s/ Christopher M. Napolitano
**ATTORNEYS FOR DEFENDANT STONE COUNTY**