UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br>    Plaintiff,<br>v.<br>CITIBANK, N.A., et al.,<br>  Defendants. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding |

### JENSEN'S OBJECTIONS TO APPEARANCE OF CHRISTOPHER NAPALITANO FOR STONE/MISSOURI

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN") with the following objections to the Appearance of Christopher Napolitano:

1. Pending is an In Forma Pauperis Motion to make counterclaims against ENSZ & JESTER, P.C. – including Christopher Napolitano representing a conflict of interest.

2. Christopher Napolitano is already in appearance with the signature of STONE's MOTION to STRIKE.

WHEREFORE:

JENSEN prays to the Judge of Natural Law that these Words Carry Weight.

This response having service requirements, and in forma pauperis status, if required, and order to serve this document.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 6th of December 2022.

//s/JasonAJensen