UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br>　　Plaintiff,<br>v.<br>CITIBANK, N.A., et al.,<br>　Defendants. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding |

**JENSEN'S MOTION TO COMPEL WITHDRAWAL APPEARANCE OF COUNCIL**

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN") with the following request in equity.

Much of this duality of the STONE and MISSOURI arguments are only possible as the State has two representatives. Both made argument that JENSEN didn't sufficiently attach to them and so the State should be dismissed for the political subdivision STONE to be prepared to say, MISSOURI was responsible for yadda yadda but the most of it, and they were dismissed.

Two lawyers representing two entities can make that argument as long as that wasn't the whole reason for the double effort and private expense.

The Attorney General's appearance on this matter can and should cover all MISSOURI's interests.

**WHEREFORE:**

JENSEN prays to the Judge of Natural Law that these Words Carry Weight.

JENSEN prays the words moved this Court to grant the relief sought by forcing the withdrawal of ENSZ & JESTER, P.C., and its primaries, principles, members, associates, and legal aid in regards to any matter relating to the interests of STONE and/or MISSOURI, to restore the principles of ethics as published.

This response having service requirements, and in forma pauperis status, if required, and order to serve this document.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 8th of December 2022.

//s/JasonAJensen