U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JASON A JENSEN | 6:22-CV-03140-BCW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JH MET SUBSIDIARY B LIQUIDATING TRUST | CIVIL SUMMONS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
C/O THE CORPORATION TRUST COMPANY

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1209 ORANGE ST, WILMINGTON, DE, 19801

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| US DISTRICT CLERKS OFFICE<br>222 John Q Hammons Parkway<br>Springfield, MO 65806 | Number of process to be served with this Form 285 | 6 |
| | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
REQUESTOR IS IFP COURT ORDER US MARSHALL SERVICE:
JASON A JENSEN
2186 Jackson Keller Rd
Ste 1097
San Antonio, TX 78213

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *[signature]* | | 402-598-1285 | 10/11/2022 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 of 6 | No. A45 | No. 015 | *Scarlet O'farrell* | 10/13/22 |

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | |
|---|---|---|---|---|
| Nadia Bellamy, Intake Specialist | | 12/7/2022 | 11:52 | ☑ am ☐ pm |
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |
| | | *[signature]* Jerel Mitchell | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

OCT13'22 AM9:34
RCVD USMS W/MO

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**Process 045–6:2022–CV–03140–3 | Cost Worksheet**
Printed on: 12/09/2022

**PROCESS INFORMATION**

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | W/MO - SPRINGFIELD | D/DE - WILMINGTON | Jason A. Jensen v. Citibank, NA, et al. |
| Civil/Criminal | Attribute | Process Type | Party to be Served |
| Civil | Private | Summons | JH MET SUBSIDIARY B LIQUIDATING TRUST |

**SUMMARY**

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 10/13/2022 16:40 CDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 10/21/2022 07:20 CDT | Forward | | $0.00 | $8.00 |
| 10/21/2022 08:01 CDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 12/07/2022 10:52 CST | Served | | $0.00 | $65.63 |
| | Personnel Charges | $65.00 | | |
| | Mileage Charges | $0.62 | | |

| **Total Costs** | | | **$0.00** | **$73.63** |

| **Remaining Balance** | **$0.00** |
|---|---|
| **Amount Owed** | **$503.76** |

| **Remaining Process to Serve:** | 045-6:2022-CV-03140-1 |
|---|---|
| | 045-6:2022-CV-03140-2 |

UNCLASSIFIED//FOR OFFICIAL USE ONLY



**U.S. Department of Justice**
United States Marshals Service

**SERVICE ACTION LOG REPORT**

| Date/Time of Action | Service Action | District | District Office | Performed By | Expense Total |
|---|---|---|---|---|---|
| 10/13/2022 16:40 CDT | Assigned for Personal Service | W/MO | SPRINGFIELD | O'FARRELL, SCARLET DIANNE | $0.00 |
| 10/21/2022 07:20 CDT | Forward | W/MO | SPRINGFIELD | O'FARRELL, SCARLET DIANNE | $8.00 |
| 10/21/2022 08:01 CDT | Assigned for Personal Service | D/DE | WILMINGTON | DUNGEE, JESSICA | $0.00 |
| 12/07/2022 10:52 CST | Served | D/DE | WILMINGTON | MITCHELL, JEREL | $65.63 |

Confidentiality Notice: This report contains unclassified information which may be protected by the Privacy Act of 1974. The data it contains may be exempt from disclosure under the Freedom of Information Act. Any further dissemination of this information containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 551a.
**UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE**