UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br>　　Plaintiff,<br>v.<br>CITIBANK, N.A., et al.,<br>　Defendants. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding |

### JENSEN'S MOTION FOR LEAVE TO AMEND SERVICE OF PROCESS ON STATE OF MISSOURI

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN") with request under In Forma Pauperis to amend Service of Process of the State of Missouri.

JENSEN made a bona fide error in Service the Secretary of State instead of the Governor of Missouri. JENSEN was confused by law as the Secretary seemed Authoritative in the Service of Process for Missouri – and Missouri law has the Secretary of State accepting Service of Process on behalf of others.

See https://www.sos.mo.gov/serviceofprocess

"At the Business Services Division of the Office of the Secretary of State we play a role in overseeing the processing and delivery of notices, summons and petitions to defendants involved in any number of legal proceedings that fall within the jurisdiction of the State of Missouri. This statutory legal requirement is referred to as service of process."

Attached is the Notice provided by the Missouri Department of Insurance and Commerce, drafted on December 12, 2022 and received by JENSEN on December 17, 2022.

JENSEN CONTESTS THE DEPARTMENT EVER CALLED HIM.

**WHEREFORE:**

JENSEN prays to the Judge of Natural Law that these Words Carry Weight.

JENSEN prays the words moved this Court to grant the relief sought accepting the already filed new USM-285 and Summons Forms with the Clerk of Court.

This response having service requirements, and in forma pauperis status, if required, and order to serve this document.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 17th of December 2022.

//s/JasonAJensen