

**IN THE 39TH JUDICIAL CIRCUIT, STONE COUNTY, MISSOURI**

20513397

| Judge or Division: MARK A. STEPHENS | Case Number: 21SN-AC00123 |
|---|---|
| Plaintiff/Petitioner: JH MET SUBSIDIARY B LIQUIDATING TRUST <br><br> vs. | Plaintiff's/Petitioner's Attorney/Address: EDWARD J. MYERS <br> GAMACHE & MYERS PC <br> 1000 CAMERA AVE, SUITE A <br> SAINT LOUIS, MO 63126 <br> (314) 835-6600 |
| Defendant/Respondent: JASON A JENSEN | Date, Time and Location of Court Appearance: 03-JUN-2021, 09:00 AM <br> FIRST FLOOR COURTROOM B <br> 110 F SOUTH MAPLE <br> P O BOX 18 <br> GALENA, MO 65656 |
| Nature of Suit: AC Suit on Account | |

(Date File Stamp)

## Associate Division Summons

**The State of Missouri to:** JASON A JENSEN
                     **Alias:**

6 ARROWHEAD RD
KIMBERLING CITY, MO 65686



**COURT SEAL OF STONE COUNTY**

You are summoned to appear before this court on the date, time, and location above to answer the attached petition. If you fail to do so, judgment by default will be taken against you for the relief demanded in the petition. You may be permitted to file certain responsive pleadings, pursuant to chapter 517, RSMo. Should you have any questions regarding responsive pleadings in this case you should consult an attorney.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

      03/30/2021                        /s/Paula Ahnert
         Date                                         Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Service must not be made less than 10 days nor more than 60 days from the date the defendant/respondent is to appear in court.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to:
_____ (name) _____ (title).
☐ other: _____.
Served at _____ (address) in
_____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____        _____
                           Date                     Notary Public

**Sheriff's Fees, if applicable**
Summons              $_____
Non Est               $_____
Sheriff's Deputy Salary
Supplemental Surcharge   $ 10.00
Mileage               $_____ (____ miles @ $.____ per mile)
**Total**                 $_____
A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (01-21) SM20 (ADSM) *For Court Use Only*: Document ID# 21-ADSM-317    1 of 1            517.041 RSMo

IN THE CIRCUIT COURT OF STONE COUNTY
ASSOCIATE JUDGE DIVISION
STATE OF MISSOURI

| | |
|---|---|
| JH MET SUBSIDIARY B LIQUIDATING TRUST ) ) ) ) ) ) Plaintiff, ) vs. ) ) JASON A JENSEN ) ) ) ) ) ) Defendant(s). ) | Cause No. 21SN-AC00123<br><br>Div/Team No. |

*Summons Served*

*Per a phone call to Jennifer at the Stone County Sheriffs Office, the attached summons was served on May 18, 2021. The summons was accepted by Jack, the defendants father, at 10:30 am. Upon receipt in our office, the signed copy will be filed with the court.*

GAMACHE & MYERS, P.C.

BY: _____
DAVID R. GAMACHE, MBE 34112
Attorneys for Plaintiff
1000 CAMERA AVENUE STE A
CRESTWOOD (ST LOUIS) MO 63126
(314) 835-6602
FAX (314) 835-6604

"THIS COMMUNICATION IS FROM A DEBT COLLECTOR, IN AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE."