#20513397　　　　　IN THE CIRCUIT COURT OF STONE COUNTY, MISSOURI
　　　　　　　　　　　　　ASSOCIATE CIRCUIT DIVISION

**FILED**

**JAN 0 7 2022**

**STONE CO. CIRCUIT CLERK**

JH MET SUBSIDIARY B LIQUIDATING TRUST

　　　　　　　　　PLAINTIFF(s)　　　　　　　　　DATE:
　　　　　　　Case Number 21SN-AC00123 Div/Team __

JASON A JENSEN
　　　　　　　　　　DEFENDANT(s)

**CIVIL JUDGMENT**

Now on this 7th day of January, 2022 the case is called for hearing on Plaintiff(s) Petition; and Plaintiff(s) appears ___ in person ___ by counsel.

___ Defendant(s) _____ appears in person.

___ Defendant(s) by attorney.

_X_ Although duly summoned and called, Defendant(s) _____ does not appear and is in default.

___ Defendant(s) consent in open Court to Judgment.

　　　　　Case is taken up and heard.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED AS FOLLOWS:**

Judgment is ordered in favor of Plaintiff(s) and against Defendant(s) for

$6,715.91 in damages

$.00 in pre-judgment interest

$.00 in attorneys fees

$6,715.91 Total　　　　　PLUS Court Costs
　　　　　　　　　　　　PLUS Process Server fees of $ ___0___

_____ (Check if applicable) Stay of Execution is ordered as follows: $_____ shall be paid by Defendant(s) to Plaintiff(s) by the _____ day of _____ and on that date each month thereafter until paid in full.

Post Judgment interest to be earned at the rate of 9% per annum as called for by contract or statute.

In default thereof, let execution lie.

[SEAL: OFFICE OF THE CIRCUIT CLERK, STONE COUNTY, MO]

　　　　　　　　　　　　　　　　　　　　_____ 01/07/22
　　　　　　　　　　　　　　　　　　　　　　　Judge

P527/jms

"THIS COMMUNICATION IS FROM A DEBT COLLECTOR IN AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE."