UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br> Plaintiff and super duper counterclaim plaintiff,<br> v.<br>CITIBANK, N.A., et al.,<br> Defendants.<br>v.<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>DEPARTMENT OF INSURANCE AND COMMERCE,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant.<br>v.<br>DAVID R. GAMACHE,<br>The Most Iconicly Representative of the Lawyer and Counterclaim Defendant,<br>GAMACHE & MYERS, P.C.,<br>Counterclaim Defendant,<br>FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C.,<br>Crossclaim Defendant,<br>MAYER S. KLEIN, MO#32605,<br>Crossclaim Defendant,<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant.<br><br>[RESERVED SPACE FOR MORE DEFENDANTS] | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding<br><br>**JURY TRIAL DEMANDED BY RIGHT AND PRIVILEGE**<br><br><br><br>**DEFAULT OPPOSED JENSEN'S MOTION FOR AN EXTENSION OF TIME, 30 DAYS, TO RESPOND TO GAMACHE'S CONSTRUCTIVE BLANKET DENIAL, MOTIONS, RESPONSES AND AFFIRMATIVE DEFENSES, ETCETERA FOR PURPOSES OF POSSIBLE MOTION TO STRIKE IF NOT FRUITLESSLY MERITLESS** |

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN") pursuant to Rule 6(b)(1)(A) of the Federal

Rules of Civil Procedure, and hereby moves the Court for an Order extending the time, after attempting to

speak with Mr. Klein at 11:49 AM on December 22, 2022, about pending filings and case management issues, for:

1. GAMACHE did file a Compound Response to JENSEN's Amended Complaint on December 21, 2022.
2. This Response included a blanket denial except for explicit admissions with very few actual admissions and none really relevant to the proceedings or Amended Complaint.
3. This response includes Affirmative Defenses referring to Affirmative Defense Torts and Common Law legal doctrines and law that offsets calculations of amounts owed. To explain what JENSEN means, instead of citing Rev Mo Stat 101.9(f)(m).radio, the pleader in this document stated a subsection of the law by right granted or offset calculation obtained. This makes the understand of this Response, more complicated, and requires more thought process to fully complete analyses in order to even determine if there is a response warranted, such as AFFIRMATIVE DEFENSE AFFIRMATIVE CLAIMANT REASSERTION DEFENSES TO AFFIRMATIVE DEFENSES.. … and other such minutia of properly affording the taxation of being trolled with legal ramifications in this Court.
4. Quite frankly, I don't have the experience to assert that GAMACHE will or will not be prejudiced by this request. In layman's evaluation, I don't see how. Also, since JENSEN thinks GAMACHE seeks to obstruct the progress of this case, might very well benefit. No proof here, just the paranoid fueled delusions of a Bipolar schizophrenic person. However, in light of the aforementioned jabbering, or maybe despite, JENSEN certifies to the "best of his understanding and ability" that this should not prejudice GAMACHE. Furthermore, despite banter fueled by having to respond to nonsense instead of merits, JENSEN is not filing this for anything that could be considered an improper purpose. Given that be so, JENSEN recertifies that he is genuinely concerned what the Response to his Amended Complaint means. JENSEN is further concerned he is "missing something" and is concerned he may

"miss the boat" before it departs in terms of deadlines to file in opposition/support/whatever and Motions to Strike, Motion for Judgements on the Pleadings, etc etc. This pleader does not have to explain Court functions and such to this Juris.

5. JENSEN googled the Definition of Sua Sponte at 10:17PM on December 22, 2022. Interesting concept in the present mindframe.

WHEREFORE:

- JENSEN prays to the Judge of Natural Law that these Words Carry Weight.
- JENSEN prays the words moved this Court to grant an Extension of Time to include a valid response, under whatever legal theory permissible as invocated by the filing of GAMACHE's compound Response in relation to JENSEN rights, duties, and obligations of his pleading and obligation to prosecute, this Court such as decorum or otherwise, its Rules, and other expectations formed by whatsoever tradition of American Jurisprudence, by January 22, 2022.
- JENSEN prays for any further relief this Court deems Just and Proper.
- This response having service requirements, and in forma pauperis status, if required, and order to serve this document.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 22th of December 2022.

//s/JasonAJensen