UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br> Plaintiff and super duper counterclaim plaintiff,<br> v.<br>CITIBANK, N.A., et al.,<br> Defendants.<br>v.<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>DEPARTMENT OF INSURANCE AND COMMERCE,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant.<br>v.<br>DAVID R. GAMACHE,<br>The Most Iconicly Representative of the Lawyer and Counterclaim Defendant,<br>GAMACHE & MYERS, P.C.,<br>Counterclaim Defendant,<br>FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C.,<br>Crossclaim Defendant,<br>MAYER S. KLEIN, MO#32605,<br>Crossclaim Defendant,<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant.<br><br>[RESERVED SPACE FOR MORE DEFENDANTS] | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding<br><br>**JURY TRIAL DEMANDED BY RIGHT AND PRIVILEGE**<br><br><br><br>**NOTICE OF ATTEMPT TO COMPLY WITH ORDER DATED NOVEMBER 23rd, 2022** |

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN") pursuant to General Rules, and Common Law, surrounding Notices.

This Notice serves as purpose to entered into Court JENSEN's efforts in compliance with ORDER dated November 23, 2022. JENSEN incorporates all opposition papers, presently before this Court and filed in this Docket, specifically whereas JENSEN complains of no effort on parties to comply with said Order. Further, JENSEN would like to Outline and Illustrate how, when something is needed from JENSEN, JENSEN responds within hours to the case and the duties thereto and therefrom.

Despite this, JENSEN's requests and/or calls are not responded to at all. Furthermore, where it is Just to do so under the Rules of Ethics and Decorum, JENSEN is not included.

Finally, it was a mistake to for said ORDER to include "Defendant's counsel, after consultation with Plaintiff, shall take the lead in preparing the proposed plan." It is indicative of the wrong conclusion.

So, JENSEN called, on December 28, 2022 the following numbers to attempt to setup this conference. The "parties" were responsible for this meeting, but JENSEN would presuppose that the "parties" will attempt to assign JENSEN the bulk of the liability here. Perhaps, something along the lines of "failure to prosecute". But, your Honor, should place his ORDERS wherefrom on my voicemail. I mean sure, someone answers the phone, for you to be directed to voicemail. To rely on such a machine as notice is foolhardy. Anyways, I always ask the receiver of the call to transcribe a message.

I would also like to note that one defendant through council claimed JENSEN was a crazy "direct threat" to where no show cause order was issued as of yet, moreover, these lawyers will more than seize advantage of inexperience.

Jensen called 314-725-8000 at 1:08 PM, 816-889-5016 at 1:22 PM, 816-474-8010 at 1:22PM, 314-340-7803 at 1:24PM; all on December 28, 2022.

"Pursuant to Fed. R. Civ. P. Rule 26(f) and Local Rule 26.1(a), the parties shall meet to discuss settlement make or arrange for Fed. R. Civ. P. Rule 26(a)(1) disclosures, [SIC] and develop a proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f). This meeting shall take place no later than December 28, 2022. Discovery shall commence immediately after this conference is held."

JENSEN copied the Director of the MAP Program on my invitation to discuss settlement, which no reply was ever made by any other party. "Also, while this suspension [of MAP] proves I need relief beyond that of monetary provisions - such a truth doesn't preclude settlement." Sent at 6:23AM on November 29th, 2022. That would have been step 1 of the Order directed to "parties".

JENSEN also started disclosure as soon as possible, and sent Mr. Gist and the Attorney General's Office emails, video, and other items, trying to trigger interaction by parties. JENSEN even responded to direct examination and questioning by Mr. Gist as to the location and date of when a video was recorded. No equal response was ever made. Around November 17th, 2022 was the Conversation with Mr. Gist, Miss Quinlan was November 22nd, 2022.

**WHEREFORE:**

- ALL IN RECEIPT TAKE NOTICE AND NO MORE DUTY IS IMPOSED.
- JENSEN prays to the Judge of Natural Law that these Words Carry Weight.
- This response having service requirements, and in forma pauperis status, if required, and order to serve this document.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 28th of December 2022.

//s/JasonAJensen