# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| JASON A JENSEN | 6:22-CV-03140-BCW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CITIBANK, NA. | CIVIL SUMMONS |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CEO SUNIL GARG
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
388 GREENWICH STREET, NEW YORK, NY 10013

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

US DISTRICT CLERKS OFFICE
222 John Q Hammons Parkway
Springfield, MO 65806

Number of process to be served with this Form 285: 6 ~~5~~
Number of parties to be served in this case: 6 ~~5~~
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Service upon a BANK, see local banker hours or estimate 10am-2pm minus 2 hours for lunch..
REQUESTOR IS IFP COURT ORDER US MARSHALL SERVICE:
JASON A JENSEN
2186 Jackson Keller Rd
Ste 1097
San Antonio, TX 78213

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 402-598-1285
DATE: 10/11/2022

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1 of 6
District of Origin No.: A45
District to Serve No.: ___
Signature of Authorized USMS Deputy or Clerk: Scarlet O'farrell, I.A.
Date: 10-13-22

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 1/9/22  Time: 300 [X] pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Citibank legal refused to accept personal service on behalf of CEO SUNIL GARG

OCT 13 '22 AM 9:35
RCVD USMS W/MO

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**Process 045-6:2022-CV-03140-1 | Cost Worksheet**
Printed on: 01/10/2023

## PROCESS INFORMATION

| Case Type | Origin District | Serving District | Case Caption |
|---|---|---|---|
| CV - Civil | W/MO - SPRINGFIELD | S/NY - NEW YORK | Jason A. Jensen v. Citibank, NA, et al. |
| **Civil/Criminal** | **Attribute** | **Process Type** | **Party to be Served** |
| Civil | Private | Summons | CITIBANK, NA, ATTN: CEO SUNIL GARG |

## SUMMARY

| Date/Time of Action | Service Action | Subtotal | Deposit Total | Expense Total |
|---|---|---|---|---|
| 10/13/2022 16:28 CDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 10/21/2022 07:15 CDT | Forward | | $0.00 | $8.00 |
| 10/21/2022 08:40 CDT | Assigned for Personal Service | | $0.00 | $0.00 |
| 01/10/2023 08:34 CST | Return Unexecuted | | $0.00 | $0.00 |
| **Total Costs** | | | **$0.00** | **$8.00** |

| | |
|---|---|
| **Remaining Balance** | $0.00 |
| **Amount Owed** | **$503.76** |
| **Remaining Process to Serve:** | 045-6:2022-CV-03140-1 |
| | 045-6:2022-CV-03140-7 |

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its contents may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.
UNCLASSIFIED//FOR OFFICIAL USE ONLY

Printed By District: W/MO                                           Page 1 of 1


**SERVICE ACTION LOG REPORT**

| Date/Time of Action | Service Action | District | District Office | Performed By | Expense Total |
|---|---|---|---|---|---|
| 10/13/2022 16:28 CDT | Assigned for Personal Service | W/MO | SPRINGFIELD | O'FARRELL, SCARLET DIANNE | $0.00 |
| 10/21/2022 07:15 CDT | Forward | W/MO | SPRINGFIELD | O'FARRELL, SCARLET DIANNE | $8.00 |
| 10/21/2022 08:40 CDT | Assigned for Personal Service | S/NY | NEW YORK | GONZALEZ, MICHAEL | $0.00 |
| 01/10/2023 08:34 CST | Return Unexecuted | S/NY | NEW YORK | FERRARA, DOMINICK JOSEPH | $0.00 |

Case 6:22-cv-03140-BCW   Document 50   Filed 01/10/23   Page 3 of 3

Confidentiality Notice: This report contains unclassified information of a sensitive, proprietary, health data or personally identifiable information (PII) which must be protected against release to unauthorized individuals and is the property of the U.S. Marshals Service. All emails, including all attachments, containing PII must be encrypted. Neither it nor its content may be disseminated outside the agency or personnel to which loaned without prior U.S. Marshals Service Authority. It is to be maintained, distributed, secured and disposed of in a manner that will protect the information against unauthorized disclosure and in accordance with The Privacy Act of 1974, 5 USC § 552a.

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

Printed By District: W/MO
Page 1 of 1