UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br>     Plaintiff,<br>v.<br>CITIBANK, N.A., et al.,<br>     Defendants. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER, SHOW CAUSE ORDER FOR CITIBANK AND CITIGROUP**

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), under Fed. R. Civ. Procedure 65 and 18 U.S. Code § 1501:

> *Whoever knowingly and willfully obstructs, resists, or opposes any officer of the United States, or other person duly authorized, in serving, or attempting to serve or execute, any legal or judicial writ or process of any court of the United States, or United States magistrate judge; or*

To the prejudice and detriment of JENSEN's cause, the latest filing from the CLERK as RETURN OF SERVICE NON-ESTABLISHED, does not include the actual summons. So, it appears that the US MARSHALLS office is using the UMC-285 Form as controlling as to the designation and nature of the SERVICE instead of the SUMMONS issued, commanding CITI and CITIGROUP to appear, this was after this COURT ORDERED Service of Process by the US Marshalls in this Matter.

Since the SUMMONS AS TITLED IN THIS FORMAT:

CORPORATION NAME

ATTN: CEO

ADDRESS, City, State Zip

Was, apparently interpreted as summons for CEO and not CORPORATION NAME. ATTN or Attention is like C/O or CARE OF, and in CORPORATE SENSE, C/O usually dictates a process server and ATTN would dictate a PRINCIPLE.

**WHEREFORE:**

JENSEN requests this Court grant a temporary restraining order on CITI and CITIGROUP, and representation, officers, agents, or employees, from refusing service whatsoever and ORDER the US Marshalls service to SERVE THESE SUMMONS DOCUMENTS using WHATEVER FORCE IS NECESSARY TO PERFECT.

JENSEN request an ORDER TO SHOW CAUSE be delivered with the SUMMONS expedited.

JENSEN requests all judgment just and proper.

JENSEN prays to the God of Natural Law that such actions have consequences from a higher power since JENSEN is helpless to do anything about this situation.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 10th of January 2023.

//s/JasonAJensen