UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:22-CV-03140-BCW |
| ) | |
| CITIBANK, N.A., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT STONE COUNTY'S SUGGESTIONS IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL WITHDRAWAL APPEARANCE OF COUNCIL [SIC] [DOC. 37]

COMES NOW Defendant Stone County, Missouri, by and through undersigned counsel, pursuant to Local Rule 7.0(a), and for its Suggestions in Opposition to Plaintiff's Motion to Compel Withdrawal Appearance of Council [sic] [Doc. 37], states as follows:

On December 8, 2022, Plaintiff Jason Jensen filed his Motion to Compel Withdrawal Appearance of Council [Doc. 37]. However, Jensen failed to apprise the Court of any basis in law for compelling the withdrawal of Defense Counsel in his Motion [Doc. 37]. To the extent Jensen attempts to allege some equitable basis upon which his request may be considered, Jensen failed to articulate any such basis, and it is unclear from the text of Doc. 37 exactly what Jensen is attempting to request, as he did not request relief therein. Accordingly, the Court should give no cognizance to Jensen's Motion [Doc. 37], and overrule Jensen's Motion [Doc. 37].

WHEREFORE, Defendant Stone County respectfully requests the Court enter an order overruling Plaintiff Jason Jensen's Motion to Compel Withdrawal Appearance of Council [Doc. 37], and for such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

**ENSZ & JESTER, P.C.**

_____
MATTHEW J. GIST         MO #54732
CHRISTOPHER M. NAPOLITANO MO #66610
THOMAS H. OSBORN     MO #72953
1100 Main Street, Suite 2121
Kansas City, Missouri 64105
Telephone: 816-474-8010
Facsimile: 816-471-7910
E-mails: mgist@enszjester.com
          cnapolitano@enszjester.com
          tosborn@enszjester.com
**ATTORNEYS FOR DEFENDANT
STONE COUNTY, MISSOURI**

## CERTIFICATE OF SERVICE

I hereby certify that, on January 11, 2023, the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record. Additionally, a true and correct copy of the above and foregoing was sent via email transmission to the following:

JASON A. JENSEN
2186 Jackson Keller Rd., Suite 1097
San Antonio, Texas 78213
Telephone: 402-598-1285
E-mail(s): jasonjensen@gmail.com
**PLAINTIFF PRO SE**

_/s/_

**ATTORNEYS FOR DEFENDANT
STONE COUNTY, MISSOURI**