IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JASON ADAM JENSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:22-CV-03140-BCW |
| | ) | |
| CITIBANK, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Before the Court is Defendant the State of Missouri's Motion to Stay Rule 26 Deadlines and Discovery. (Doc. #47). The Court, being duly advised of the premises, grants said motion.

On September 23, 2022, the Court granted Plaintiff's motion for leave to proceed in forma pauperis against Defendants J.H. Met, David Gamache, Citibank N.A., Citigroup, Inc., the State of Missouri, and Stone County. (Doc. #6).

On December 5, 2022, the State of Missouri filed a motion to dismiss. (Doc. #31). On December 27, 2022, Missouri filed a Motion to Stay Rule 26 Deadlines and Discovery, pending the Court's ruling on the motion to dismiss. (Doc. #47).

Under the circumstances presented here, and in light of Missouri's motion to dismiss (Doc. #31), as well as Plaintiff's (1) motion for emergency injunctive relief, order to show cause and hearing (Doc. #12); (2) motion to vacate and for default (Doc. #17); (3) motion to compel (Doc. #37); (4) motion for leave to amend service of process (Doc. #41); (5) motion for extension of time (Doc. #45); (6) motion for temporary restraining order and show cause order (Doc. #51); and (7) motion for leave to file amended trial order (Doc. #56), the Court grants the State of Missouri's motion to stay. The deadlines set forth in the Court's November 21, 2022 Order Setting Deadlines

1

for Filing of Joint Proposed Scheduling Order and for Rule 26(f) Conference (Doc. #13) are vacated. After the Court rules on the pending motions referenced above, this case may be set for initial scheduling conference and the Court will schedule amended deadlines for the parties' conference requirements. Accordingly, it is hereby

ORDERED Defendant the State of Missouri's Motion to Stay Rule 26 Deadlines and Discovery (Doc. #47) is GRANTED. This case is STAYED pending ruling on the motion to dismiss. (Doc. #31). It is further

ORDERED the initial pretrial conference set on January 25, 2023 is VACATED AND CANCELED, and will be rescheduled as necessary after the Court rules on the motions to dismiss.

IT IS SO ORDERED.

Date: <u>January 20, 2023</u>           <u>/s/ Brian C. Wimes</u>
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT