Presiding Judge
David Cole

110 S. Maple
P.O. Box 18
Galena, Mo 65656



Stone County
39th Judicial Circuit Court
*Mechelee Lebow*
Circuit Clerk

Associate Circuit Judges
Alan Blankenship
Mark Stephens

Phone: 417-357-6114 or 6511
Fax: 417-357-6163
*court.schedule@courts.mo.gov*

May 4, 2022

Mr. Jason Jensen

Email address:
jasonajensen@gmail.com
Mailing or Residential address:
2185 Jackson Keller Rd Suite 1097
San Antonio, Tx 78213

Re: 21SN-AC00123-01
Complaint of Discrimination, Request for Special Accommodations, and Violations, brought to my attention by the emails you sent to the courts email address on May 2, 2022 and the phone calls you made on the same day.

Mr. Jensen,
This letter is in response to your Complaint of Discrimination, Request for Special Accommodations and the Violation accusation. I am also responding to you regarding the phone call that we had on May 3, 2022.

In the matter of the Complaint of Discrimination and Special Accommodations.

**Issue:** I believe your complaint was referring to how the court sets hearings for motions when they are noticed up to be heard. When we set hearings, we set one hearing and have multiple motions heard at the same time. Attorneys and parties will ask and/or agree as to which motions should be heard first. I understand that this is not the way you requested your case to be heard as you noticed up your motions to be heard two minutes apart. That is not a practice that our office follows, making separate hearings for different motions.
**Resolution:** I have put in a note from clerk to inform the Judge and parties to the case, that the Defendant's Motion to Dismiss is to be heard before the Motion to Stay. While I was on the phone with you, it seemed that you felt better about that entry I made than you did before I made the entry.

**Deputy Court Clerks:** Stacy Williams - Paula Ahnert - Beth Thompson – Casaundra Maier - Misty Smith
Stephane Pickering - Brittinei Grizzle – Denise McHaffie – Candice Rausch – Kendall Maier – Brenda Henry

Case 6:22-cv-03140-BCW   Document 63-1   Filed 03/23/23   Page 1 of 2

**Issue:** You had a question as to why the notices were treated differently. The text was more specific on one that the other was.
**Resolution:** Looking over one of your emails, I fixed that issue today, May 4, 2022. I added some text to the Notice of Hearing that was setting the Motion to Dismiss. Now they look more consistent.

**Issue:** You had requested that the clerks in my office not yell at you. You have called multiple times in one day upset and frustrated.
**Resolution:** I believe we all received that message and are willing to remain calmer when you call. I would like to request that you not call our office in such an upset manner that you use profanity and yell at the people answering the phone, when they are trying to tell you something about your case or that someone will call you back at another time.

In the matter of the Violation you told me about regarding the Americans with Disability Act.

**Issue:** You put the information in your email that I was in violation of the same Act by not providing the procedure for requesting such accommodations as required by law, which you now demand to employ to complain of discrimination.
**Resolution:** I am currently trying to get that information typed up as to have that posted in the building and on the count's web page. Once I am able to finish typing the Notice and the Grievance Procedure to specify our office, I will have the County's IT Coordinator post that on the portion of the web page that they have built for our office.

Mr. Jensen, I am not sure if this corrects all of the issues you have with my office here in Galena, Missouri, but I do hope that this letter helps with the situations you have brought to light.

Thank you for your attention to these matters and make sure to ask for me if you need to contact our office by phone or in person in the future.

Sincerely,

*Mechelee Lebow*

Mechelee Lebow
Stone County Circuit Clerk / ADA Coordinator for the Stone County Circuit Clerk's Office