

Jason Jensen <jasonajensen@gmail.com>

**Phone calls to the Circuit Court Office**

**Mechelee.Lebow@courts.mo.gov** <Mechelee.Lebow@courts.mo.gov>  Mon, May 23, 2022 at 5:12 PM
To: jasonajensen@gmail.com

Mr. Jason Jensen,

I have received information that you have called multiple times to the Circuit Court Office. The clerks in the office are working clerks, they are taking calls and working on filings, and are generally busy quite a large part of the day. We work for the public and will assist the public to the best of our ability. If you call in and would like some assistance, we will do our best to assist you, if we can.

We will not, however, be yelled or screamed at, we will not listen to people being belligerent to us or calling us names. The calls will be ended when this activity starts.

You have been given information regarding your appeal regarding how to contact me, and/or, the Judge. I will again tell you how to make contact for your appeal.
**Please send correspondence to the courts email address, court.schedule@courts.mo.gov, with information on what specific issue(s) you are appealing. Any requests can also be emailed to the same address.

The emails that you send to our court email will be forwarded to the Presiding Judge.

If there is something that we can assist you with, we will do our best to help you. Please remember, we will not be yelled at or listen to profane or belligerent language.

Thank you and have a good day.

Mechelee Lebow
Stone County Circuit Clerk
PO Box 18
Galena, Mo 65656

417-357-6511
417-357-6163 fax