Jason Jensen <jasonajensen@gmail.com>

# Resolution letter to complaint dated May 2, 2022
5 messages

**Mechelee.Lebow@courts.mo.gov** <Mechelee.Lebow@courts.mo.gov>                              Thu, May 5, 2022 at 2:04 PM
To: jasonajensen@gmail.com

Mr. Jensen,

Please see the letter below in reference to your complaint filed with the
courts and the phone call regarding the complaint.

Thank you,
Mechelee Lebow
Stone County Circuit Clerk
PO Box 18
Galena, Mo 65656

417-357-6511
417-357-6163 fax
(See attached file: Resolution letter dated May 4, 2022.pdf)

 **Resolution letter dated May 4, 2022.pdf**
106K

**Jason Jensen** <jasonajensen@gmail.com>                                                   Fri, May 6, 2022 at 11:33 AM
To: Mechelee.Lebow@courts.mo.gov

I think you missed some points especially about the return of service.

I am looking for a copy of the dismissal filled 21sn-ac00123-01 May 5th, 2022..
[Quoted text hidden]

**Jason Jensen** <jasonajensen@gmail.com>                                                   Thu, Nov 17, 2022 at 2:59 PM
To: mgist@enszjester.com

[Quoted text hidden]

 **Resolution letter dated May 4, 2022.pdf**
106K

**Jason Jensen** <jasonajensen@gmail.com>                                                   Tue, Nov 22, 2022 at 4:35 PM
To: "Quinlan, Brittany" <Brittany.Quinlan@ago.mo.gov>

[Quoted text hidden]

 **Resolution letter dated May 4, 2022.pdf**
106K

**Jason Jensen** <jasonajensen@gmail.com>                                                   Tue, Dec 27, 2022 at 1:07 PM
To: "Murray, Ryan" <Ryan.Murray@ago.mo.gov>

Not prejudicial at all that I have already started compliance on my end.

[Quoted text hidden]

---

**Resolution letter dated May 4, 2022.pdf**
106K

Case 6:22-cv-03140-BCW    Document 63-3    Filed 03/23/23    Page 2 of 2