


Jason Jensen <jasonajensen@gmail.com>

## Recording of that "Meeting" setup under the ADA
5 messages

---

**Jason Jensen** <jasonajensen@gmail.com>      Thu, Nov 17, 2022 at 3:08 PM
To: mgist@enszjester.com

https://photos.app.goo.gl/yrUinSqekjwFaJYU6

That would just about sum up the "Gist" of that meeting..

Yeah I know it is funny because it isn't the first time you've heard it.

---

**Matthew Gist** <mgist@enszjester.com>      Thu, Nov 17, 2022 at 3:17 PM
To: Jason Jensen <jasonajensen@gmail.com>

Thank you.  Would mind telling me the date(s) in the video?

**Matthew J. Gist**



1100 Main Street, Suite 2121
Kansas City, MO 64105
Main: 816.474.8010
Direct: 816.743.7951
Facsimile: 816.471.7910

Email: mgist@enszjester.com

Web: www.enszjester.com

This message contains confidential information which is (a) attorney–client privileged, attorney work product, proprietary in nature, and/or otherwise protected by law from disclosure. This message is intended only for the use of the addressee(s) named herein. If you are not an addressee or the person responsible for delivering this to an addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this message in error, please reply to the sender and take the steps necessary to permanently delete the message completely from your computer system.

[Quoted text hidden]

---

**Jason Jensen** <jasonajensen@gmail.com>      Thu, Nov 17, 2022 at 4:00 PM
To: Matthew Gist <mgist@enszjester.com>

I sent the entire link to google photos, the location and timestamp data is encoded under information.

I will be looking into information from (you/your client) on the final disposition of this appeal. My guess is no procedures were followed at all.

You can clearly see that this was a "meeting" under the ADA to discuss grievances of discrimination.

610.011. Liberal construction of law to be public policy. — 1. It is the public policy of this state that meetings, records, votes, actions, and deliberations of public governmental bodies be open to the public unless otherwise provided by law. Sections 610.010 to 610.200 shall be liberally construed and their exceptions strictly construed to promote this public policy.

  2. Except as otherwise provided by law, all public meetings of public governmental bodies shall be open to the public as set forth in section 610.020, all public records of public governmental bodies shall be open to the public for inspection and copying as set forth in sections 610.023 to 610.026, and all public votes of public governmental bodies shall be recorded as set forth in section 610.015.

[Quoted text hidden]

---

**2 attachments**


**Notice Under the Americans with Disabilities Act.pdf**
11K


**ADA Greivence procedures.pdf**
10K

---

**Jason Jensen** <jasonajensen@gmail.com>  Tue, Nov 22, 2022 at 4:34 PM
To: "Quinlan, Brittany" <Brittany.Quinlan@ago.mo.gov>

[Quoted text hidden]

---

**2 attachments**


**Notice Under the Americans with Disabilities Act.pdf**
11K


**ADA Greivence procedures.pdf**
10K

---

**Jason Jensen** <jasonajensen@gmail.com>  Tue, Dec 27, 2022 at 1:07 PM
To: "Murray, Ryan" <Ryan.Murray@ago.mo.gov>

Not prejudicial at all that I have already started compliance on my end.
[Quoted text hidden]

---

**2 attachments**


**Notice Under the Americans with Disabilities Act.pdf**
11K


**ADA Greivence procedures.pdf**
10K