# NOTICE OF APPEAL SUPPLEMENT

## MISSOURI WESTERN DISTRICT - SPRINGFIELD

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| Case Caption: USA v. Jason Adm Jensen | Case No.: 22-3140-CV-S-BCW |
|---|---|
| Appellant: **Jason Adam Jensen** | Appellee: **Citibank, N.A., et al.** |
| Pro Se:<br>**Jason Adam Jensen**<br>2186 Jackson Keller Road<br>Suite 1097<br>San Antonio, TX 78213<br>402-598-1285<br>Email: jasonajensen@gmail.com | Appellee's Attorney(s):<br>**Mayer S Klein**<br>Phone Number: 314-725-8000<br>Email: mklein@frankelrubin.com<br><br>**Anna Elizabeth Connelly**<br>Phone Number: 816-889-5016<br>Email: anna.connelly@ago.mo.gov<br><br>**Matthew Justin Gist**<br>(816) 474-8010<br>Email: mgist@enszjester.com<br><br>**Thomas Harold Osborn**<br>816-474-8010<br>Email: tosborn@enszjester.com<br><br>**Christopher M Napolitano**<br>816-474-8010<br>Email: cnapolitano@enszjester.com |
| Court Reporter(s): N/A | Please return files and documents to:<br><br>**United States District Court**<br>**222 N. John Q. Hammons Parkway; Suite 1400**<br>**Springfield, MO 65806**<br><br>Contact Person for Appeal:<br>**spfdgen@mow.uscourts.gov** |

| Length of Trial:<br>**NA** | Fee Paid:<br>**No** | IFP:<br>**Yes for Complaint** | Pending IFP Motion:<br>**No** |
|---|---|---|---|
| Counsel:<br>**Pro Se** | Pending Motions?<br>**Yes** | Local Interest?<br>**No** | Simultaneous Release?<br>**No** |

**Criminal Cases / Prisoner Pro Se Cases Only:**

| Defendant incarcerated? | Where? | Multiple defendants? If so, please list. |
|---|---|---|
| | | |