UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br> Plaintiff,<br> v.<br>CITIBANK, N.A., et al.,<br> Defendants.<br>v.<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>DEPARTMENT OF INSURANCE AND COMMERCE,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant.<br>v.<br>DAVID R. GAMACHE,<br>Defendant and Counterclaim Defendant,<br>GAMACHE & MYERS, P.C.,<br>Counterclaim Defendant,<br>FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C.,<br>Crossclaim Defendant,<br>MAYER S. KLEIN, MO#32605,<br>Crossclaim Defendant,<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding<br><br>**JURY TRIAL DEMANDED BY RIGHT AND PRIVILEGE**<br><br><br><br>**NOTICE OF FILING OF WRITTEN OBJECTIONS** |

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), with NOTICE OF OBJECTIONS TO THE ACTIVITIES BY THE COURT CLERK ON 3/23/2023.

TAKE NOTICE OF THE FOLLOWING DOCKET ENTRIES:

| 03/22/2023 | 62 | SUGGESTIONS in support re 61 MOTION to join *Defendant State of Missouri's Motion to Dismiss Plaintiff's Amended Complaint and Suggestions in Support only insofar as the Joinder*, MOTION TO DISMISS REBUTTAL SUGGESTIONS, EXPRESSION OF INTENT TO APPEAL DISMISSAL AS DENIAL IS ONGOING on behalf of Plaintiff Jason Adam Jensen. (Attachments: # 1 Exhibit STONE COUNTY RESP TO REQ ACCOM WITH STATE SEAL LETTERHEAD AND SIGNATURE OF LEBOW, # 2 Exhibit EMAIL FROM LEBOW REITERATING HANGUP IS POLICY FOR BIPOLAR BEHAVIOR, # 3 Exhibit EMAIL OF DISCLOSURE OF EVIDENCE TO STONE AND MO OF LEBOW ADA RESPONSE, # 4 Exhibit EMAIL OF MORE DISCLOSURE OF TIME AND DATE OF COMPLAINED ACTIVITY BY STATE)(Related document(s) 61 ) (Jensen, Jason) (Entered: 03/22/2023) |

VERSUS THE DOCKET ENTRY AFTER THE COURT CLERK DELETED DOCKET ENTRY #62.

| 03/23/2023 | 63 | PRO SE RESPONSE to motion re 61 MOTION to join *Defendant State of Missouri's Motion to Dismiss Plaintiff's Amended Complaint and Suggestions in Support* on behalf of Plaintiff Jason Adam Jensen. Reply suggestions due by 4/6/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit letter to Jensen from Lebow 5/4/22, # 2 Exhibit email to Jensen from Lebow dated 5/23/22, # 3 Exhibit email to Jensen from Lebow 5/5/22, # 4 Exhibit email to Gist from Jensen 11/17/22)(Siegert, Karen) (Entered: 03/23/2023) |

Changed is the Document Title, Attachment Descriptions, and most Importantly, now includes language giving defendants until 4/6/2023 to reply to Suggestion supporting the Joinder of Stone County to Join MISSOURI's Motion to Dismiss. The rationale for such was as follows:



> **22-cv-03140-BCW Jensen v. Citibank, N.A. et al**
> Inbox
>
> **Karen Siegert**    10:18 AM (6 hours ago)
> to me
>
> Dear Mr. Jensen, the document and exhibit attachments you filed yesterday (Doc. 62) in above case titled "Plaintiff's Suggestions in Support of Defendant Stone County Missouri's Motion to Join…." has been deleted from ECF and a Notice of Docket Modification will be docketed. The incorrect ECF event was used when filing the document (Suggestions in Support). The Suggestions in Support event is used by the party who filed the motion. The correct ECF event to use is under **Responses/Replies/Suggestions – Response to Motion**. This event is used when responding to the opposing parties motion when you do not oppose the motion but want to respond. If you object to the motion, please use **Responses/Replies/Suggestions – Suggestions in Opposition to Motion** . Please reach out to the Clerk's Office if you have any questions.
>
> Thank you,
>
> Karen Siegert
> Courtroom Deputy
> 417-865-3869

However, JENSEN did support the Motion to Join which is what Docket Entry #61 was titled, "Motion to Join" which JENSEN wholeheartedly supported for the reasons stated in his Suggestions in Support. JENSEN should have been able to support the Motion to Join the Motion to Dismiss while explaining why after such Joinder the Motion to Dismiss should still fail.

JENSEN OBJECTS TO ANY OPPORTUNITY PROVIDED TO THE DEFENDANTS TO RESPOND BASED ON THESE ACTIONS OF THE COURT CLERK.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court via the EDSS System, upon submission of the Court

Clerk all parties will get a copy of the document as filed with the ECF/CM system, on this day the 23nd of March 2023.

//s/JasonAJensen