# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 24, 2023

Mr. Jason Adam Jensen
Suite 1097
2186 Jackson Keller Road
San Antonio, TX  78213

RE:  23-1570  Jason Jensen v. Citibank, N.A., et al

Dear Mr. Jensen:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Please contact us if you have any questions about the case.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc: Ms. Anna Elizabeth Connelly
    Mr. Matthew J. Gist
    Mr. Mayer Simcha Klein
    Mr. Thomas Harold Osborn
    Ms. Paige A. Wymore-Wynn

District Court/Agency Case Number(s):   6:22-cv-03140-BCW

**Caption For Case Number: 23-1570**

Jason Adam Jensen

        Plaintiff - Appellant

v.

Citibank, N.A., a Corporation; Citigroup Inc., A Delaware Corporation; JH Met Subsidiary B. Liquidating Trust, A Legal Trust Type Corporation; David R. Gamache, individual capacity as an attorney; State of Missouri; Chief Justice Paul C. Wilson, in his official capacity as Courts Administrator; Missouri Office of Court Administration, a State entity; Kathy Lloyd, official capacity as State Court Administrator; Stone County, Missouri, a State entity; Mechelle Lebow, official capacity as Stone County Court Clerk; Judge David A. Cole, official administrative capacity as Presiding Judge of Stone County; Sheriff Doug Radar, official capacity Stone County Sheriff; Gamache & Myers, P.C.; Frankel, Rubin, Klein, Payne, Pudlowski, P.C.; Esq. Mayer Simcha Klein; In Re Judge Alan Mark Blankenship, in his Exercise of Judgment of Federal Law capacity

        Defendants - Appellees

**Addresses For Case Participants:   23-1570**

Mr. Jason Adam Jensen
Suite 1097
2186 Jackson Keller Road
San Antonio, TX  78213

Ms. Anna Elizabeth Connelly
ATTORNEY GENERAL'S OFFICE
Suite 401
615 E. 13th Street
Kansas City, MO  64106

Mr. Matthew J. Gist
ENSZ & JESTER
2121 City Center Square
1100 Main Street
Kansas City, MO  64105-0000

Mr. Mayer Simcha Klein
FRANKEL & RUBIN
Suite 1111
231 S. Bemiston
Saint Louis, MO  63105-0000

Mr. Thomas Harold Osborn
ENSZ & JESTER
2121 City Center Square
1100 Main Street
Kansas City, MO  64105-0000

Ms. Paige A. Wymore-Wynn
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
Suite 1400
222 N. John Q. Hammons Parkway
Springfield, MO  65806-0000