# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 03/24/2023

**Case Name:** Jason Jensen v. Citibank, N.A., et al
**Case Number:** 23-1570

**Docket Text:**
Civil case docketed. [5258444] [23-1570]

**The following document(s) are associated with this transaction:**
Document Description: None

**Notice will be mailed to:**

Mr. Jason Adam Jensen
Suite 1097
2186 Jackson Keller Road
San Antonio, TX  78213

**Notice will be electronically mailed to:**

Ms. Anna Elizabeth Connelly: anna.connelly@ago.mo.gov
Mr. Matthew J. Gist: mgist@enszjester.com, jwright@enszjester.com
Mr. Mayer Simcha Klein: mklein@frankelrubin.com
Mr. Thomas Harold Osborn: tosborn@enszjester.com
Ms. Paige A. Wymore-Wynn: