UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:22-CV-03140-BCW |
| CITIBANK, N.A., et al., | ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

COME NOW Louis Bonacorsi and Benjamin Ford of Bryan Cave Leighton Paisner LLP, and hereby enter their appearances on behalf of Defendant Citibank, N.A. Citibank, N.A., has not been served with summons and reserves its rights to challenge insufficient service of process.

Dated: March 28, 2023  Respectfully Submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ Benjamin A. Ford
Louis F. Bonacorsi MO28331
lfbonacorsi@bclplaw.com
Benjamin A. Ford MO70962
ben.ford@bclplaw.com
211 N. Broadway, Suite 3600
St. Louis, MO 63102-2750
Telephone: (314) 259-2000
Fax: (314) 259-2020

*ATTORNEYS FOR DEFENDANT CITIBANK, NA.*

## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 28, 2023, the foregoing was served on all counsel of record via this Court's electronic filing system.

/s/ Benjamin A. Ford