UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br> Plaintiff,<br> v.<br>CITIBANK, N.A., et al.,<br> Defendants.<br>v.<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>DEPARTMENT OF INSURANCE AND COMMERCE,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant.<br>v.<br>DAVID R. GAMACHE,<br>Defendant and Counterclaim Defendant,<br>GAMACHE & MYERS, P.C.,<br>Counterclaim Defendant,<br>FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C.,<br>Crossclaim Defendant,<br>MAYER S. KLEIN, MO#32605,<br>Crossclaim Defendant,<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding<br><br>**JURY TRIAL DEMANDED BY RIGHT AND PRIVILEGE**<br><br><br><br>**MOTION TO STRIKE CITIBANK NOTICE OF APPEARANCE ENTERED MARCH 28th, 2023; MOTION FOR DEFAULT** |

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), with Motion to Strike Citibank, N.A,

Notice of [Limited] Appearance entered March 28, 2023.

On or about, January 10th, 2023 the Clerk of Court entered Citibank's refusal Service of Process as attempted by the US Marshall's Service based on the Legal Determination by its "Legal Department" Citibank's Legal Department didn't represent:

> CITIBANK, N.A.
>
> ATTN: CEO

Citibank is now claiming it lacked a reasonably calculated attempt by JENSEN to give CITIBANK an opportunity to respond.

This is despite the Trademark law requiring Citibank, N.A., by Duty to protect the marketability of that MARK.

This is despite Court rules addressing such requiring a response and federal law making it unlawful to interfere with Service of Process.

A right not employed is a right waived and abandoned.

WHEREFORE:

JENSEN prays this Court strike any limited appearances and enter a Default Judgement for lack of response.

JENSEN prays this Court enter a Judgement of Default for failure to respond in a timely fashion.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court via the EDSS System, upon submission of the Court Clerk all parties will get a copy of the document as filed with the ECF/CM system, on this day the 28nd of March 2023.

//s/JasonAJensen