# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-1570

_____

Jason Adam Jensen

Plaintiff - Appellant

v.

Citibank, N.A., a Corporation; Citigroup Inc., A Delaware Corporation; JH Met Subsidiary B. Liquidating Trust, A Legal Trust Type Corporation; David R. Gamache, individual capacity as an attorney; State of Missouri; Chief Justice Paul C. Wilson, in his official capacity as Courts Administrator; Missouri Office of Court Administration, a State entity; Kathy Lloyd, official capacity as State Court Administrator; Stone County, Missouri, a State entity; Mechelle Lebow, official capacity as Stone County Court Clerk; Judge David A. Cole, official administrative capacity as Presiding Judge of Stone County; Sheriff Doug Radar, official capacity Stone County Sheriff; Gamache & Myers, P.C.; Frankel, Rubin, Klein, Payne, Pudlowski, P.C.; Esq. Mayer Simcha Klein; In Re Judge Alan Mark Blankenship, in his Exercise of Judgment of Federal Law capacity

Defendants - Appellees

------

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:22-cv-03140-BCW)

------

**JUDGMENT**

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

March 29, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
  /s/ Michael E. Gans