# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1570

Jason Adam Jensen

Appellant

v.

Citibank, N.A., a Corporation, et al.

Appellees

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:22-cv-03140-BCW)

---

**MANDATE**

In accordance with the judgment of March 29, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 19, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit