No: 23-1570

Jason Adam Jensen

Appellant

v.

Citibank, N.A., a Corporation, et al.

Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:22-cv-03140-BCW)

_____

**ORDER**

The motion to stay the mandate is denied.

April 28, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans