UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br> Plaintiff,<br> v.<br>CITIBANK, N.A., et al.,<br> Defendants.<br>v.<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>DEPARTMENT OF INSURANCE AND COMMERCE,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant.<br>v.<br>DAVID R. GAMACHE,<br>Defendant and Counterclaim Defendant,<br>GAMACHE & MYERS, P.C.,<br>Counterclaim Defendant,<br>FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C.,<br>Crossclaim Defendant,<br>MAYER S. KLEIN, MO#32605,<br>Crossclaim Defendant,<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding<br><br>**JURY TRIAL DEMANDED BY RIGHT AND PRIVILEGE**<br><br><br><br>**MOTION FOR LEAVE UNDER RULE 15(d) TO FILE SUPPLEMENTAL THIRD-PARTY COMPLAINT** |

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), under 15(d), which states:

(d) Supplemental Pleadings. On motion and reasonable notice, the court may, on just

terms, permit a party to serve a supplemental pleading setting out any transaction,

occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense. The court may order that the opposing party plead to the supplemental pleading within a specified time.

JENSEN requests to be able to file the attached Supplemental Third-Party Complaint.

JENSEN reincorporates all elements, facts, issues, claims, assertions, and other commentary or statement of the attached proposed Supplemental Third-Party Complaint and does so by incorporation as to avoid repetition and redundancy in this Court as per his interpretation of the Rules.

WHEREFORE:

JENSEN prays this Court grants this motion and allows JENSEN to file the attached Proposed Supplemental Third-Part Complaint as is or with amendments as Justice should require.

JENSEN prays this Court grant any and all relief it deems just and proper.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court via the EDSS System, upon submission of the Court Clerk all parties will get a copy of the document as filed with the ECF/CM system, on this day the 7th of May 2023.

//s/JasonAJensen