# Fax

**To:** US MARSHALS INTERNAL AFFAIRS **From:** Jason Jensen

**Fax:** 703.603.7029 **Fax:** 888.639.1778

**Date:** Jan 13 2023 **Pages:** 15 (Including Cover)

Notes:

Wow you people make this impossible.. yes email this form with the email address below.. oh, oops.. no email address.. call this number to be transferred to another to be hung up on, to have your calls unreturned.

If you represent the United States, then shame is upon it.

Powered by

redfax.com



**SUBMIT FORM**

# U.S. Department of Justice
United States Marshals Service

## Complaint Regarding United States Marshals Service (USMS) Personnel or Programs

*Required Field*

**Your Name:** Jason A Jensen

**Email Address:** jasonajensen@gmail.com

**Phone Number:** 402-598-1285

**Other Number:**

**Street Address:** 2186 Jackson Keller RD, STE 1097

**City:** San Antonio

**State:** TX

**ZIP Code:** 78213

**County:** Bexar County

✔ *I certify that the information contained herein is true and correct to the best of my knowledge.*

**\* COMPLAINT DETAILS** - Please provide a description of the facts and circumstances surrounding the reported activities, such as the evidence forming the basis of this report, the names of the individuals involved, dates, location, and their involvement:

First, after requesting Accommodations with the Marshals Service on 1/13/2023 under the Rehabilitation Act, the US Marshals Office has blocked my phone number in calling (202) 307-9100. Second, on 1/10/2023 @ 08:34 CST Dominick Joseph Ferrara did refuse to deliver two Service of Process Orders by Judge Brian C Wimes in the Southern Division, Western District of Missouri, Case # 6:22-cv-03140-BCW . According to the Conversation with Mr. Ferrara, his determination of whether to perform service was the UMS-285 form and not the SUMMONS issued by the Clerk of Court. This is inaccurate, and the UMS-285 form was correctly filled out. Each form has a different and specific "Defendant" of the case and designation SERVE AT. Mr. Ferrara seems to be trying to prejudice my case with an unlawful delay.

*/s/ Jason Jensen*

**Privacy Act Statement:** The USMS is authorized to collect this information from you pursuant to 28 C.F.R. § 0.111(n) and 28 C.F.R. § 0.113. The USMS will use the information you provide to investigate your complaint regarding USMS personnel and/or programs, and may contact you for more information. The information may be shared within the USMS, or to other components of the Department of Justice. In addition, the USMS may share the information with law enforcement agencies investigating a violation of law (whether criminal, civil, and/or administrative), or agencies implementing a statute, rule, or order. The contents of your complaint may be shared with Congressional offices. Additionally, the USMS may disclose relevant portions of the information to appropriate parties engaged in litigation and for other routine uses as specified in the Federal Register. You are not required by law to provide the requested information, but if you do not provide data in the fields listed, the USMS may not be able to properly address your complaint.

OMB Control Number 1105-0108 (Exp. 08/31/2023)



# U.S. Department of Justice
United States Marshals Service

SUBMIT FORM

## Complaint Regarding United States Marshals Service (USMS) Personnel or Programs

*\* Required Field*

**Your Name:** Jason A Jensen

**Email Address:** jasonajensen@gmail.com

**Phone Number:** 402-598-1285

**Other Number:**

**Street Address:** 2186 Jackson Keller RD, STE 1097

**City:** San Antonio

**State:** TX

**ZIP Code:** 78213

**County:** Bexar County

✔ **\* I certify that the information contained herein is true and correct to the best of my knowledge.**

**\* COMPLAINT DETAILS** - Please provide a description of the facts and circumstances surrounding the reported activities, such as the evidence forming the basis of this report, the names of the individuals involved, dates, location, and their involvement:

First, after requesting Accommodations with the Marshals Service on 1/13/2023 under the Rehabilitation Act, the US Marshals Office has blocked my phone number in calling (202) 307-9100. Second, on 1/10/2023 @ 08:34 CST Dominick Joseph Ferrara did refuse to deliver two Service of Process Orders by Judge Brian C Wimes in the Southern Division, Western District of Missouri, Case # 6:22-cv-03140-BCW . According to the Conversation with Mr. Ferrara, his determination of whether to perform service was the UMS-285 form and not the SUMMONS issued by the Clerk of Court. This is inaccurate, and the UMS-285 form was correctly filled out. Each form has a different and specific "Defendant" of the case and designation SERVE AT. Mr. Ferrara seems to be trying to prejudice my case with an unlawful delay.

**Privacy Act Statement:** The USMS is authorized to collect this information from you pursuant to 28 C.F.R. § 0.111(n) and 28 C.F.R. § 0.113. The USMS will use the information you provide to investigate your complaint regarding USMS personnel and/or programs, and may contact you for more information. The information may be shared within the USMS, or to other components of the Department of Justice. In addition, the USMS may share the information with law enforcement agencies investigating a violation of law (whether criminal, civil, and/or administrative), or agencies implementing a statute, rule, or order. The contents of your complaint may be shared with Congressional offices. Additionally, the USMS may disclose relevant portions of the information to appropriate parties engaged in litigation and for other routine uses as specified in the Federal Register. You are not required by law to provide the requested information, but if you do not provide data in the fields listed, the USMS may not be able to properly address your complaint.

OMB Control Number 1105-0108 (Exp. 08/31/2023)

US Marshall  0:00
Hello.

Jason Jensen  0:01
Yeah. Is this the US Marshals in New York? New York?

US Marshall  0:05
Yes, this is how can I help?

Jason Jensen  0:08
Yeah, you guys did service a process on my behalf?

US Marshall  0:13
I'm not sure who am I speaking with

Jason Jensen  0:15
Jason Jensen?

US Marshall  0:17
Okay. What was your case? Sir?

Jason Jensen  0:20
It was out of the Western District in Missouri. You want the case number? Two, two dash c v. dash 03140.

Unknown Speaker  0:35
Hold on one second. To dash d v dash, what was the final number for

Jason Jensen  0:45
03140

US Marshall  0:50
03140?

US Marshall  0:51
And then who was the defendants on the case, sir?

Jason Jensen  0:54
Citibank na.

US Marshall  0:58
City Bank. Okay. Yeah. How can I help you?

Jason Jensen  1:00
Why was this returned? unestablished?

US Marshall  1:04
Oh, I know who I'm talking to. So your case is out a year the case out in Missouri that was forwarded to us? Am I correct?

Jason Jensen  1:12
 Yeah.

US Marshall  1:15
So Citibank refused to accept personal service on behalf of the CEOs?

Jason Jensen  1:19
No, it wasn't to the CEO.

US Marshall  1:22
You wrote it out directly to the CEOs?

Jason Jensen  1:25
Where at? Where are you referring to?

**US Marshall  1:29**
So on the 285 that we received for your service paperwork, it said that the service of Records was for two different CEOs. One was one CEO. One was the other CDL, both at the three ADA Greenwich Street.

**Jason Jensen  1:44**
at UMC 285 form, what does it list in the top left hand corner as the defendant,

**US Marshall  1:54**
it says, CEO, whatever the CEOs first now

**Jason Jensen  1:58**
that that's to the person to serve now, what does it say on the top left corner where it says

**US Marshall  2:04**
the top? Or has nothing to do with what how we serve it, sir? So when you looking at the 285 form, the form is the plaintiff versus defendant, right? So you're suing Citibank, but you're also suing multiple people within Citibank Corporation. When you put the address of service, that's the address we go by. And that is the defendant we are serving, not the corporation that's in the left corner. And that which is your case, numbers essentially, saw when we went to perform service, we perform service for the defendants that were on record, which was the CEOs, both of them.

**Jason Jensen  2:40**
Okay, so what is the summons say?

**US Marshall  2:45**
The summon says City Bank at all. And I correct because I don't have your paperwork in front of me. But I'm the one who served your went to serve your paperwork, so I can tell you exactly how it works. And regardless of what the summons says, if our 285 Come back, saying that we're starting at 388 Greenwich Street, and we need to serve Carl, whatever or whoever the person was that to where directed search, not the case, because you're talking about what

**Jason Jensen  3:13**
is this? What does that mean? SEO what is that?

**US Marshall  3:18**
The Oh, he's the person who runs Citibank.

**Jason Jensen  3:20**
No, no, what is the letters CEO mean?

**US Marshall  3:25**
Aaa- you can tell me, so I have no idea. That's the person who runs Citi Bank, who?

**Jason Jensen  3:29**
Chief Executive Officer. Right?

**US Marshall  3:33**
That was so happy with that.

**Jason Jensen  3:34**
So what personal notion? Is there of a chief executive officer? Do you are you a chief executive officer of your own affairs?

**US Marshall  3:45**
I don't know what you're implying, sir. So

**Jason Jensen  3:47**

how can i I'm very frustrated with what you're saying, because the UMC 285 form has nothing to do with the service of process as

US Marshall  3:56
the US it's the USM, not the UMC, whatever, you're not partial form. 285 is the paperwork you get from the court. And that's what the court directs us to for performance service. So what you're going to need to do is if you want service done against Citibank, you need to advise the Clerk of the Court to change the 285 paperwork.

Jason Jensen  4:18
No,

Jason Jensen  4:18
I filled out the 285 form.

US Marshall  4:21
I did, it needs to be referred

Jason Jensen  4:23
to the bank and and it says right at the top defendant, and then it says, to be served, because how do you serve Citibank? Sir? They're, they're a fictitious entity. They do not exist except for on paper.

US Marshall  4:41
So let me explain something to you. I'm here to help you out. Right. I'm here to perform the service on your behalf. The paperwork,

Jason Jensen  4:47
why did it take two months if you're here to help me out? Why did it why did that determination take two months to get back?

US Marshall  4:55
Because we're entitled to 90 days service and you're not the only case that we have Sir we are the busiest one of the busiest districts in America. And your paperwork goes in a queue. So if there's 200 cases in front of you, and the 200 cases go in order before it gets to yours.

Jason Jensen  5:14
And you don't think that's prejudicial at all?

US Marshall  5:18
Oh, because it goes in a queue system, that

Jason Jensen  5:21
you have up to 90 days to do service a process. You know, whereas I could get somebody to serve this in New York City by the end of the day?

US Marshall  5:31
Well, if that's an option, you're more than willing to take and by all means, please go ahead.

Jason Jensen  5:36
Know, what inform? Do you know what in forma pauperis is means? I do. Okay, well, this was granted under inform of poppers motion.

US Marshall  5:47
And form a proper still means that we're allowed up to 90 days to perform the service. Granted, there's no way

Jason Jensen  5:54
Have you I've ever seen 18 USC 1501.

US Marshall  6:00

Or I'm not here to argue with you, I'm here to help you. So how can I?

Jason Jensen  6:03
How are you gonna help me? Well, what am I supposed to do?

US Marshall  6:08
What I what I explained to you is go back to the court of clerk and tell them you want to switch who the defendant was,

Jason Jensen  6:15
I didn't fill out that piece of paper wrong, it is correct.

US Marshall  6:20
I can just fill it out there. So I only went based off the order that I received the order

Jason Jensen  6:25
and why wasn't it served?

US Marshall  6:28
 Excuse me,

Jason Jensen  6:29
 why wasn't it served, all you have to do is put it presented to them and walk away?

US Marshall  6:35
Not how that works. Citibank refuses to accept service on behalf of the CEO.

Jason Jensen  6:40
There is no CEO named anywhere. You know, what a Registered Agent is? I do? What's the difference between serving and on a registered agent serving and on the CEO?

US Marshall  6:58
You're gonna have to work.

Jason Jensen  7:02
Yeah. So in other words, you took two months to obfusticate and delay my case. And then you're like, trying to tell me you're trying to help me. There is no service of process in the world that would have taken that back. And we're like, well, they refused it because they don't want to take personal service, you know, for the CEO, when the summons states otherwise.

US Marshall  7:29
Sir, refile it with the court and let the judge make a determination of how they can continue on helping you with the case.

Jason Jensen  7:38
What if so, you don't want to talk about 18 USC 1501, that makes it a crime to obstruct service, a process?

US Marshall  7:50
Nobody disrupting service, sir.

Jason Jensen  7:52
They refused it. That's exactly what that law says. And then it wasn't me who issued the service the process through you. I have a court order, which is a writ.

US Marshall  8:04
It's not a Writ

Jason Jensen  8:08

yes, it is -a court order is definitely a writ.

US Marshall  8:12
But you have like a summons and complaint issued to the CEO,

Jason Jensen  8:15
yeah. And look at the last page of the packet, you'll see an order from Judge C Wimes in Springfield, Missouri.

US Marshall  8:25
We go based off the USM 285 285 form state of serve. So do

Jason Jensen  8:31
you go off of the UMC 285 as the service of process, I designated the defendant and who to serve on behalf of the defendant.

US Marshall  8:43
I went off the paperwork that we received with the order from the judge to serve the CEO of the CITIBANK

Jason Jensen  8:50
no, there's no do. They are receiving it

US Marshall  8:54
because I'm not fight with you. I

Jason Jensen  8:57
don't want your name. I want to help. What's your name?

US Marshall  9:00
I don't have to provide you that, sir.

Jason Jensen  9:04
What do you mean, you don't have to provide that to me.

Unknown Speaker  9:06
I provide that information to you.

Jason Jensen  9:10
Under what law what legal theory is that you did this you told me you did the service of process?

US Marshall  9:17
No, what I told you is I returned a Service of Process unexecuted because Citibank refuses to accept service on their behalf.

Jason Jensen  9:26
On behalf of a bunch of nonsense.

US Marshall  9:31
I agree with you 100%. I told Citibank the consequences I said Citibank, you are required to accept service on behalf of this plaintiff. I explained that to them. I said, law stipulates that if you do not accept service on behalf of this plaintiff, you are subject to penalty. And I wrote that in the notes.

Jason Jensen  9:51
I didn't get that.

US Marshall  9:52
I wrote that in the notes to the judge. I don't know who's explaining it. I wrote the city bank refused to accept it. service on behalf of the plaintiff, absolutely.

Jason Jensen  10:03

No, you wrote they refuse to accept personal service on behalf of the CEO, the CEO, the CEO is nowhere on any paperwork.

US Marshall  10:17
So that's, that's what I have. If we got to do it,

Jason Jensen  10:21
go back to it. Citibank is a non entity under law, they're a person, but in reality, they're not a person. They're a fictitious entity. So when you serve a corporation in the United States, you have to serve a responsible party.

US Marshall  10:41
Oh, how can I help you

Jason Jensen  10:43
serve my documents? I'm not refiling anything. Served my documents.

US Marshall  10:49
Closed out your case in our system.

Jason Jensen  10:51
Yeah. And I sent it and I sent that stuff right back to Springfield, who's sending it right back to you.

US Marshall  10:59
And that's fine. I told Missouri that they would need to resend it to us

Jason Jensen  11:03
No, sir. I'm not resending anything. Those forms are properly filled out.

US Marshall  11:09
Sir, I didn't say you. I never mentioned you. I said Missouri, because you filed it in Missouri, Missouri, their office would have to resend it to us is what I just said to you?

Jason Jensen  11:19
Yeah. So what you're saying is you want to start all over and get that 90 days to reset? No, sir. No, sir.

US Marshall  11:28
Sir. The case has already been closed out,

Jason Jensen  11:31
not close. It's not quite gonna listen, listen. You're subservient to the judge. You can say anything you want. But I have a writ in hand, and I have a properly formatted summons. Your UMS 285. Form is not controlling at all, in any way, shape, or form. And in fact, if I did have servers, a process done by anybody else, there would be a different cover page, you know, a request to fill out this form, from whoever maybe a personal process over in New York, there must be millions of them and I would fill out a form with them. I would fill out a form with them. I would tell them name, address and who to serve. And in no way would that be controlling. So that Citi Bank can say, oh, no, I'm not going to serve it. And then under 18 USC 1501, you are now a complicit in their crime and refusing service. And it's great that you won't tell me your name, but I'm guessing somewhere on that form is your signature.

US Marshall  12:47
That's absolutely correct. I did not refuse service, like I said to you, and I explained to you to the banks refuse

Jason Jensen  12:54
Did you? Did you complete service a process that the bank refused to accept? It's a yes or no question. Did you complete service of process?

US Marshall  13:06
The bank refused to accept

Jason Jensen  13:07
they can't refuse.

Jason Jensen  13:08
There's no refusal of service of process. There is no mechanism. There is no legal mechanism to refuse service a process. And that's exactly what 18 USC 1501 says.

US Marshall  13:22
I know what I would advise you was to explain that to the judge, explain to the

Jason Jensen  13:25
I already have I filed an emergency motion, you know, to restrain you know, Citibank and Citi Group from risotto refusing process. And then I ordered a show of cause order on both the US Marshals and everybody else involved on why this was refused service.

US Marshall  13:50
Ok. And once we've received, we'll continue on to help sir. We're here to help you.

Jason Jensen  13:56
It doesn't feel like that man. I waited 2 months thing here. Do you know what this case is about them in in Missouri, there's a service of process was done on me by an ABA instead of an affidavit, the lawyer attached a statement of hearsay about a phone call that he had on with the Stone County Sheriff's Department. So for me Service of Process is just some memo and I can't refuse service a process but everyone else can.

US Marshall  14:38
You know, I'm here to help you out. I understand that you're frustrated. I do understand trust me, because when I go to these corporations, and I explain to them the legal law, they refused. I explained to them that they're subject to penalty, but the notations is gonna reflect that you refuse service, you know, not you but the corporation, and I hope that a judge able to see that so that they can, you know, continue on if

Jason Jensen  15:03
you did your duty properly. Next time any person ever refuses service a process when you're the person trying to hand them documentation, you get their identification, you put their name down, because they obstructed you.

US Marshall  15:21
Thank you, sir.

Jason Jensen  15:23
Because I have no name. I just I just have this generic. Some group somewhere, refused service to process.

US Marshall  15:34
Citibank legal services, it was their legal unit they refused to

Jason Jensen  15:37
Yeah, who was it? What was their name?

US Marshall  15:41
It was multiple people that I spoke to. So it's not that I dealt with one person. If you're looking at the entity, it was their legal services. So City Bank legal services refused.

Jason Jensen  15:52

That doesn't give me a name. How many people you think work at Citibank legal services?

Unknown Speaker  16:00
Oh, it's plenty, plenty, but I'm sure it's the same thing. Okay.

Jason Jensen  16:04
So so when I go into court, and I ask this judge to hold a person responsible, he's gonna need an individual.

US Marshall  16:13
Like I said, I don't want to argue with you. I'm not here to argue with you. I don't understand your concern. I'm here to assist your concern. Even when I spoke to the district of Missouri, I expressed to them, Hey, what you need to do is have him refile this way. That way, we can get them properly served so that they can't have something.

Jason Jensen  16:32
When I already file it, everything starts over. That 90 days starts from the date that you get it right.

US Marshall  16:43
The 90 days starts from the day that the marshals in Missouri receives it.

Jason Jensen  16:48
But they received it two months ago. And this refusal of process is not valid. You can't do what you did.

US Marshall  17:00
File this with the court and let the judge make a determination of how they'd like to proceed.

Jason Jensen  17:06
I have to have the infor- you won't even give me your name.

US Marshall  17:11
I'm not required to sir.

Jason Jensen  17:15
Oh, are you not required to

US Marshall  17:18
do my name when we spoke? Well, I

Jason Jensen  17:20
mean, I'm gonna, I'm gonna submit a subpoena to the clerk to court on the US Marshal Service. And then are you gonna tell me you don't have to give me your name?

US Marshall  17:30
Absolutely. That's fine. I have no problem with that, sir. I went to perform my function in the best of the abilities that I could for you. I explained.

Jason Jensen  17:38
Well, listen, if I would have refused service, if you would have been serving this on me, and I told you to go fuck yourself or something. Right? You wouldn't arrest me?

US Marshall  17:51
No, I would not arrest you. You're entitled to tell somebody to go that. Do that, sir.

Jason Jensen  17:55
No, no, no, no, no, the fuck you was the referrer service a process? I'm not

talking about the freedom of speech. I'm talking about refusal of process.

US Marshall  18:05
I'm not going to arrest you for that, sir. If you refuse to accept services, I will notate to the court that services was refused for X y&z purpose.

Jason Jensen  18:15
And when XYZ purposes, do you accept

US Marshall  18:19
it, I'm sorry, if you're telling me one thing, and like I said, If the company does not, you know, accept service on behalf of the client, you know, then, you know, there's other mechanisms to go through that it's possible that they might use the registered agent like CG corporation to do that, which is something very common with Citibank that used to be C corporation a lot. Uh huh.

Jason Jensen  18:40
Yeah, I got this information from their S E C filings. Because if you do a search for say, Citi Bank, right, you don't get a registered agent anywhere. I the contract says that they operate at us, South Dakota. But if you search South Dakota, you don't find anything.

Unknown Speaker  19:05
Yeah, no, I will. Trust me. I'm 100%. We've had a lot of issues with that City Bank Group throughout the last two to three years when it comes to service a process you're not the first plaintiff who's had issues having

Jason Jensen  19:17
Am I the first plaintiff that was called you and asked you about 18 USC? 1501?

US Marshall  19:26
No, sir. But like I said,

Jason Jensen  19:28
well, that law says that law that says, if anybody refuses your service or process is performing a assault on you.

US Marshall  19:39
So Mike, what I'm saying to you is if if the judge makes a determination that that is unacceptable, then the judge will file an order instructing us how they would like us to proceed. We can go based on how the judge would like to proceed.

Jason Jensen  19:51
 The judge already told you to serve it and you didn't do that.

US Marshall  19:56
Now the judge, it was to perform the function which we Did we went out to perform the service? And the notation?

Jason Jensen  20:04
No, that's not that's not what the order says the order is directing you to serve the document.

US Marshall  20:11
But like I served, I can't serve the CEO, which was the paperwork had CEO on it. The bank refuses to accept service on behalf of the CEO,

Jason Jensen  20:21
it wasn't on behalf the CEO is accepting service on behalf of Citi Group.

US Marshall  20:29
Well, then what you need to do is change on the 285. However, the clerk

**Jason Jensen**  20:35
the 285 does not control anything of law. That is your internal form- has nothing to do with the summons or the service or process or anything.

**US Marshall**  20:49
Okay. So how can I help you, sir? Because I'm still trying to help you. But all you're doing here is yelling and arguing.

**Jason Jensen**  20:57
Okay. So you're not titled to in fact, the ADA doesn't apply to you at all, because you're a federal agent. But the restructuring Act does. I am unfunded, under the restructuring act as a disabled, I can request accommodations from you. You just said, You just said you, you don't like my tone of voice me yelling at you

**Unknown Speaker**  21:27
know, what I said is I'm not trying to argue with you. You are upset. And I'm amenable to your concern, I want to help you why I am struggling to see things as such, which is why when I spoke to the district of Missouri yesterday, I informed them, hey, let's try to go about this route so that we can get this guy taken care of meaning you and have have the bank, you know, overseeing service. So I want to help you out. I just, I need you to do your part to assist us in that help.

**Jason Jensen**  21:58
Okay, in law, in law everything is about timelines, deadlines, date. Okay. So like if you if you stole everything I had, but I waited seven years to file a complaint, then the statute of limitations makes my complaint moot.

**US Marshall**  22:18
Correct. I am aware of that. I understand that, like I said, we received your summons and complaint, it was forwarded from the district of Missouri.

**Jason Jensen**  22:26
Okay.

**Jason Jensen**  22:28
Let me rephrase. You're telling me I got to refill out this UMS 285. Form.

**Unknown Speaker**  22:36
Yes, and change it to Citibank group. And then that way we can assist you and they can get served on your behalf. And then that way, you can even do which I explained to Missouri, if you want to do as the defendant that the address and location with the defendant being city group. And then like you said, Registered Agent CEO, because that's what was on the paperwork initially, I'm sure that most likely, the bank will accept service on behalf of Citi Group, as long as the terminology on our keyboard is there, they'll accept it.

**Jason Jensen**  23:08
What is city? What is city group have anything to do with the 285 form?

**US Marshall**  23:14
Because what I'm saying is our documentation, we go by the address and the person that is on that paperwork.

**Jason Jensen**  23:21
Yeah, that's what you do. What does the 285 form have anything to do with Citi Group?

**US Marshall**  23:29
So if, if, if on our paperwork it says to serve CEO whoever, and that's where we're going to look to serve? If it does not, Citibank, and Citibank says they don't want to accept service because they're not representing or accepting service on behalf of that individual that's on the paperwork. Then, if you could

correct

Jason Jensen  23:51
The 285 It has nothing to do with them. This summons is what dictates Oh, my God, dude, I'm so glad I recorded this conversation. You're ridiculous.

US Marshall  24:05
I'm here to help you, sir.

Jason Jensen  24:06
No, you're not. You're here to obstruct

Jason Jensen  24:09
this, that's what you're doing.

US Marshall  24:12
Okay, sir. Well, like I said,

Jason Jensen  24:15
Do you know what

US Marshall  24:18
I do. And if you understand that we went based off the documentation that we received and the documentation

Jason Jensen  24:24
The 285 has nothing to do with court, nothing to do with a complaint, it has nothing to do with the defendants. It has nothing to do with the plane. It has nothing to do with anybody. All it is is your directions.

US Marshall  24:42
Okay. And my directions were to serve CEO, so and so and the other CEO

Jason Jensen  24:48
That is the person of responsibility do you look at the 285 form in the top left hand corner? It says DEFENDANT, DEFENDANT

US Marshall  24:59
At yell at you Sir, I'm not trying to get upset with you. I don't want you to be upset, sir.

Jason Jensen  25:04
I am upset.

US Marshall  25:07
No, I understand that, trust me, I'm here taking this cold wanting to help you, I want to assist you. But this is not the appropriate way for you to go about that, you know, I'm here showing you the respect that you deserve. Because this case is important to me. And it should be it's important to you is important to me. And you're not realizing that I want to help a lot want to assist you in whatever manner you need. I want to assist you. But I don't think you believe that and I understand your position, but I want to help you.

Jason Jensen  25:41
Okay, you want to help me, but you want me to fill out the form wrong. You don't serve any legal paperwork to a fictitious entity, you don't because a fictitious entity cannot be responsible.

US Marshall  25:58
Sorry, if I can advise you then or at least make a suggestion. This this case is out of Missouri, right? It's the Missouri case, right? Whatever Missouri, whatever paperwork Missouri received, and whoever the person that we were instructed to serve is something that we received from the district of Missouri. So we're going off what we received and received from them.

Jason Jensen  26:22
So I'm looking at your process receipt and return document 285. So at the top, left, top left hand corner, it says plaintiff Jason Jensen, then it says court case number, then it says defendant then it says type of process civil servant summons then it says serve at, serve at not serve to whom it says serve at Name of individual company Corporation except to serve or description of property to cease or condemn CEO, Sunil Garg CEO is a title a definition. She is the CEO of that corporation. So there's no personal service whatsoever. You've been duped

US Marshall  27:15
and maybe it's possible that might have been my error.

Jason Jensen  27:18
It's and and you are an officer of the federal government.

US Marshall  27:25
Sir Sir, I did not interrupt you when you

Transcribed by https://otter.ai