UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br> Plaintiff,<br> v.<br>CITIBANK, N.A., et al.,<br> Defendants.<br>v.<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>DEPARTMENT OF INSURANCE AND COMMERCE,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant.<br>v.<br>DAVID R. GAMACHE,<br>Defendant and Counterclaim Defendant,<br>GAMACHE & MYERS, P.C.,<br>Counterclaim Defendant,<br>FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C.,<br>Crossclaim Defendant,<br>MAYER S. KLEIN, MO#32605,<br>Crossclaim Defendant,<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding<br><br>**JURY TRIAL DEMANDED BY RIGHT AND PRIVILEGE**<br><br><br><br>**JENSEN'S MOTION TO WITHDRAWAL MOTION TO STRIKE APPEARANCE OF BENJAMIN FORD ET AL AND FOR JUDICIAL NOTICE OF THE PRESENTED ARGUMENTS AS OBJECTIONS OR AS MOOT** |

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), in what must be common law of this Court. On March 28th, 2023, in an act of ignorance to the rules of this Court, did so file a Motion to Strike the Appearance of Mr. Ford and another attorney.

It has come to JENSEN's attention that a Notice is not a pleading. Therefore, JENSEN's Motion is improper and its maintenance is a undue unlawful burden upon this Court and Parties.

In effort to preserve argument, JENSEN would like to attempt to preserve the arguments in said defunct Motion as objections. If that is inappropriate, JENSEN would ask this Court deny that motion or otherwise dispose of it. JENSEN still believe the conjoined motion for default and default judgement still has merit. JENSEN, by no way, seeks mootness of the MOTION FOR DEFAULT.

Insofar as this could be considered an "admission", JENSEN admits only to ignorance of the Rules, context of Court Grammar, and its application in operation, and under the "stair-keepers clause" of common torts, to repair a stairway after litigation of alleged injury of that staircase, cannot be used as indication of guilt.

JENSEN cannot think of a Rule that would allow this action but deems it proper in ethical discourse and operation in this Court.

JENSEN would like to add his due apologies for the misstep.

WHEREFORE:

JENSEN prays for Document 69 be partially stricken or otherwise disposed of as a Motion to Strike while preserving the Motion for Default and Default Judgement.

JENSEN prays for all other relief Just and Proper.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 23rd of May 2023.

//s/JasonAJensen