UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 6:22-CV-03140-BCW |
| CITIBANK, N.A., et al., | ) ) ) |
| Defendants. | ) |

**STATE OF MISSOURI'S UNOPPOSED MOTION FOR LEAVE TO FILE A RESPONSE OUT OF TIME**

Defendant State of Missouri[1] (State) submits the following in support of their Motion for Leave to File a Response out of Time:

1. On May 7, 2023, Plaintiff filed a Motion for Leave to File Supplemental Third-Party Complaint (Doc. 85).

2. The Supplemental Third Party Complaint attached to Plaintiff's Motion names a number of proposed State of Missouri related Defendants.

3. The Court's docket entry ordered responses to Plaintiff's Motion due May 22, 2023.

---

[1] Although he does not believe it is required and/or necessary, Governor Parsons – a non-Party – joins in this Motion and contemporaneously filed Response to Plaintiff's Motion.

4. A Stay is in place on this matter until the Court rules on various Motions to Dismiss filed by Defendants. Accordingly, a response to Plaintiff's Motion is not required.

5. However, because Plaintiff's Supplemental Third Party Complaint may impact a number of State of Missouri-related individuals and/or entities, the State has prepared a Response in Opposition to Plaintiff's Motion for this Court's review.

6. Due to a calendaring oversight and excusable neglect, counsel for the State failed to timely file a response.

7. The Court is able to modify this deadline as part of its inherent power to manage and control its docket. *Cottrell v. Duke*, 737 F.3d 1238, 1248 (8th Cir. 2013) (internal citations omitted).

8. This request is made in good faith, is not intended to hinder or delay this action, and will not prejudice the parties in this matter.

9. Counsel's office contacted Plaintiff and Plaintiff Consents to this Motion for leave.

For the foregoing reasons, the State respectfully requests this Court grant this Motion for Leave to File out of Time and accept its Response in Opposition to Plaintiff's Motion, and for such other further relief as is just.

Respectfully submitted,

**ANDREW T. BAILEY**
Attorney General

*/s/Anna Connelly*
Assistant Attorney General
Missouri Bar No. 67428
615 E. 13th Street, Suite 401
Kansas City, MO 64106
Telephone: (816) 889-5000
Fax: (816) 889-5006
E-Mail: Anna.Connelly@ago.mo.gov
*Attorney for State of Missouri*

CERTIFICATE OF SERVICE

I certify that on the 24th day of May, 2023, a copy of the foregoing was filed through the Court's PACER system, which sent an electronic copy to all counsel of record, and to *Plaintiff Pro Se* at jasonjensen@gmail.com.

*/s/ Anna Connelly*
Assistant Attorney General