UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br> Plaintiff,<br> v.<br>CITIBANK, N.A., et al.,<br> Defendants.<br>v.<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>DEPARTMENT OF INSURANCE AND COMMERCE,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant.<br>v.<br>DAVID R. GAMACHE,<br>Defendant and Counterclaim Defendant,<br>GAMACHE & MYERS, P.C.,<br>Counterclaim Defendant,<br>FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C.,<br>Crossclaim Defendant,<br>MAYER S. KLEIN, MO#32605,<br>Crossclaim Defendant,<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding<br><br>**JURY TRIAL DEMANDED BY RIGHT AND PRIVILEGE**<br><br><br><br>**JENSEN'S RULE 35 MOTION FOR EXAMINATION OF MENTAL FITNESS OF MICHAEL PARSON** |

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), under Rule 35 in Motion for a Mental Fitness Exam of Michael Parson.

1. By declaration of the same, Michael Parson, he is the Governor of Missouri.

2. By declaration of the same, Michael Parson, knows and understands he is not a party to this case. If this Court so requires Personal Jurisdiction by Service of Process to have authority, or whatever, to Judgement, then a non-party is outside of this Court's Jurisdiction by default. Consider a random name, say Mel Gibson.. does he need to file to Join as well? Now granted, JENSEN did have papers served to a "Michael Parson" which interestingly enough, do occupy the Governor's seat for the State of Missouri, moreover, Rule 4 requires that the Chief Executive be served on behalf of the State or by state law, from one fact to the next, logic follows that when the State rejected Service of Process on behalf of the State, JENSEN sought to remedy the deficiency. The direct result of the State's exercise of Sovereignty, and it is Sovereignty to accept then reject and then return a Service of Process. Put another way, if John Doe, or JENSEN even, had sent a "Notice of Rejection of Service" to anyone – it is doubtful that person would respond. Given that this Notice came from the State, and calls more due attention is apparent as Sovereignty.

3. So the Facts are:

    a. Michael Parson is the Governor who gets Service of Process on behalf of the State by Federal Rules of Civil Procedure.

    b. Michael Parson got paperwork indicating the State, Missouri, that Michael Parson is chief executive, got a copy of the complaint with a summons naming the STATE OF MISSOURI.

    c. Michael Parson is concerned his must defend interests in this case as a non-party, which is no interest as a non-party cannot receive judgement against.

    d. There is more evidence to what the document is and contains- this is the Docket Description of the Return of Service:

    RETURN OF SERVICE of complaint ***executed State of Missouri served on 1/11/2023***, answer due 2/1/2023. (Siegert, Karen) (Entered: 01/17/2023) (emphasis added) TAKE JUDICIAL NOTICE NO REFERENCE TO ANYTHING

EXECUTED ON MICHAEL PARSONS WAS INTERPRETED BY THIS COURT. FURTHERMORE, MICHAEL PARSONS IS STILL NOT A PARTY.

4. One possibility is Michael Parson is attempting to use the State of Missouri and its Sovereignty to overrule the Federal Rules of Civil Procedure orchestrated by a LEGAL MIND, another possibility is that Michael Parson is not capable of understanding the proceedings as required his duty the Governor of Missouri.

5. If Michael Parson has a mental disease or defect that affords him an irrational and illogical fear even after talking to the Attorney General of Missouri, perhaps this Court need be aware of such in its decision of matters and Motions by the Governor.

WHEREFORE:

JENSEN prays for a Rule 35 evaluation to ascertain, or solidify, the mental fitness of Michael Parson.

JENSEN prays for all other relief Just and Proper.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 23rd of May 2023.

//s/JasonAJensen