UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br> Plaintiff,<br> v.<br>CITIBANK, N.A., et al.,<br> Defendants.<br>v.<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>DEPARTMENT OF INSURANCE AND COMMERCE,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant.<br>v.<br>DAVID R. GAMACHE,<br>Defendant and Counterclaim Defendant,<br>GAMACHE & MYERS, P.C.,<br>Counterclaim Defendant,<br>FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C.,<br>Crossclaim Defendant,<br>MAYER S. KLEIN, MO#32605,<br>Crossclaim Defendant,<br>SECRETARY OF STATE John R. Ashcroft,<br>Crossclaim Defendant,<br>State of MISSOURI,<br>Counterclaim Defendant. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding<br><br>**JURY TRIAL DEMANDED BY RIGHT AND PRIVILEGE**<br><br><br><br>**JENSEN'S REPLY SUGGESTIONS TO DEFENDANTS CITIBANK, N.A. AND CITIGROUP, INC.'S OPPOSITION TO PLAINTIFF'S FIRST MOTION FOR ORDER TO SHOW CAUSE FOR OBSTRUCTION OF ORDERS, JUSTICE BY CITI, FIRST MOTION FOR TEMPORARY RESTRAINING ORDER AGAINST CITI FROM FILING MOTION TO COMPEL ARBITRATION WITHOUT MOTION TO STAY** |

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), with the following REPLY SUGGESTIONS:

1. Mr. Ford, in opposition suggestions, states that CITI is unaware of the conduct that obstructed the SUBPOENA, but apparently need not investigate the written instrument he opposes. In REFUSAL OF SERVICE OF PROCESS, also refused the required notice to all parties of a pending matter in order to deliver the SUBPOENA to the subject of the document. THIS WAS THE CONDUCT THAT IS STILL OBSTRUCTING SUBPOENAS had this case not entered Stay of Discovery. Is Mr. Ford suggesting that his actions would give rise to JENSEN not adhering to the Rules of Civil Procedure regarding Subpoenas? If JENSEN is still required to follow the rules despite CITI's actions, even this day, how does JENSEN provide the SUBPOENA to CITI for the required Notice? Keep in mind Mr. Ford and CITI are in limited capacity not for that issue.

2. The Injunctive relief is not premature. CITI has "Reserved the Right" to file a Motion to Compel Arbitration should this Court squash Service of Process. This Motion is based on that "Reservation of Right".

WHEREFORE:

JENSEN prays for the motion to succeed.

JENSEN prays for all other relief Just and Proper.


Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 25rd of May 2023.

//s/JasonAJensen