**MEDICAL CENTER OF TRINITY**

UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: JASON A JENSEN
Patient Name

CASE NO: 2020-CV-173
FLSC: SC20-54

_____
Petitioner/Patient

VS STATE OF FLORIDA ET AL

_____
Administrator, Designee

_____
Facility Respondent

## Petition for Writ of Habeas Corpus or for Redress of Grievances

1. This Court has jurisdiction pursuant to Section 394.459(8), Florida Statues **& or 18 USC 1983 under color of state law**
2. Petitioner is being held by: _____ (Administrator)
   at Medical Center of Trinity West Pasco Campus - Behavioral Health Service, (Facility), in New Port Richey (City), Florida.
3. Petitioner believes that he/she is being deprived of her/his freedom for invalid and illegal reasons. Petitioner believes that her/his confinement is illegal because: **Walking around in underwear not "Clear & Convincing" allegation of dangerousness**
   _____ and/or
4. Petitioner believes that he/she is being unjustly denied a right or privilege or that a procedure authorized by law is being abused. Petitioner believes that he/she is being unjustly denied a right or privilege or that a procedure authorized by law is being abused because: **7th Time Baker Acted pending case cannot proceed because Computer access is DENIED!**
5. ~~Petitioner is unable to afford counsel and would like the Office of the Public Defender or other counsel to be appointed to represent her/him in the above captioned matter.~~

**PRO SE**

Main Campus
9330 State Road 54
Trinity, FL 34655

West Pasco Campus
5637 Marine Parkway
New Port Richey, FL 34652

www.MedicalCenterTrinity.com
(727) 834-4000

Patient Label



*BHL* MCT00214 Petition for Writ/Grievance Rev. 05/10