
**MEDICAL CENTER OF TRINITY**

## Writ of Habeas Corpus or for Redress of Grievances

WHEREFORE: Petitioner respectfully requests that this Court:

☐ ~~Appoint the Office of Public Defender or other counsel to represent your petitioner in these proceedings;~~
~~and~~

*to Show Cause*

☒ Enter an Order setting a return hearing on this Petition for Writ of Habeas Corpus for respondent to show by what legal authority he/she holds petitioner.

And/or

☒ Set a hearing for the purpose of a judicial inquiry into the allegations of this Petition for Redress of Grievances and for ordering a correction of abuse of rights or privileges granted under Chapter 394, Part 1, F.S. + *18 USC 1983, 1982, 1986*

I HEARBY CERTIFY that the above stated matters In the Petition for Writ of Habeas Corpus and Redress of Grievances are true and correct to the best of my knowledge, and belief.

| Signature of Petitioner | Date (mm/dd/yyyy) | Time |
|---|---|---|
| *(signature)* | 2/22/2020 | 11:00 am **pm** |

*JASON A JENSEN*
Printed Name of Petitioner

There ☒ is or ☐ is not a petition involuntary placement pending.

The patient ☐ is or ☒ is not currently represented by counsel.

---

**Facilities must provide this form to any patient making a verbal request for access to the Court. The completed form must be filed with the Clerk of the Court no later than the next working day and a copy retained in the patient's clinical record. A copy of the completed Petition for Writ must be provided immediately to the patient and copies of the Petition provided to those listed below, as applicable.**

---

cc: Check when applicable and initial/date/time when copy provided

| Individual | Date Copy Provided (mm/dd/yyyy) | Time Copy Provided | Initials of Who Provided Copy |
|---|---|---|---|
| ☐ Patient | | AM PM | |
| ☐ Guardian | | AM PM | |
| ☐ Guardian Advocate | | AM PM | |
| ☐ Representative | | AM PM | |
| ☐ Attorney | | AM PM | |
| ☐ Health Care Surrogate | | AM PM | |

See s. 394.459(8). Florida Statues

CF-MH 3090, Jan 98 (obsoletes previous editions) (Recommended Form) **BAKER ACT**

**Main Campus**
9330 State Road 54
Trinity, FL 34655

**West Pasco Campus**
5637 Marine Parkway
New Port Richey, FL 34652

www.MedicalCenterTrinity.com
(727) 834-4000

Patient Label


*BHL* MCT002