# UNITED STATES DISTRICT COURT
for the
Central District of California

Western Division

| | |
|---|---|
| Alan Baker et al<br>*Plaintiff(s)*<br><br>-v-<br><br>Allstate Insurance Company et al<br>*Defendant(s)* | Case No. 2:19-CV-08024-ODW (JCx)<br><br>Jury Trial: ☒ Yes ☐ No |

## MOTION TO INTERVENE

COMESNOW, Jason A Jensen ("JENSEN"), Pro Se, moving pursuant Federal Rule of Civil Procedure 24 to intervene as a plaintiff in this action. Intervention is warranted by Right because of JENSEN's interest, as a mentally ill disabled man part of a Federally Protected Class, is not currently represented in this Court. In fact, JENSEN may have more Rights to this case than the original Plaintiffs. This case has attained National Attention, and the Past Actions and Orders of this Court, in this Case, severely negate and limit JENSEN's Rights, Privileges, Safety, and Pursuit of Happiness under the Law. Moreover, this case is titled Baker v Allstate whereas JENSEN desires such anonymity. JENSEN does not want his name memorial with Mental Illness irregardless of the potential for positive change. While JENSEN surely cannot represent the Class as JENSEN is not a classically educated bar licensed attorney, such as His Honor Judge Otis Dalino Wright II,

plus JENSEN does not have such stature to veil himself with such as nearly 30 years of public service including the Marines, Law Enforcement, and, now, Judiciary Service, but JENSEN should be able to represent himself as part of this Class against Allstate Insurance Company.

Let me just rant a bit- and please, this indulgence, as JENSEN is not as educated as the rest in this arena, JENSEN was watching this remarkable video posted on YouTube titled "Courtroom Audio! Judge Wright **ROASTS** Attorney Christopher G. Hook, Sends Him Packing" (oomph added) a YouTube™ channel managed by a Licensed Bar Attorney Leonard French called "Lawful Masses" at https://www.youtube.com/watch?v=f9SjMNOFMtM . Mr. French is a worthy Attorney as it seems wise that the average person can see inside a courtroom; but perhaps his judgement on wording, notions, and, most importantly, editing, needs some "adjustment"; let's see if this Court agrees.

At any rate, if the reader hasn't figured it out, over 12,000 people have already heard this Court's institution of Justice online.

And let me tell you- as a mentally ill person who has been "locked up" 6 times over nonsense without ever getting fair due process once, this Court restored my faith in our great republic in very few words. Now JENSEN won't quote this Court exactly because JENSEN is trying to abide by the Ethics of Law but if you apply this Court's concepts of abandoning all the mechanics and instrumentalities of the entire system known as the Rule of Law and, instead, employ some "street justice" because someone threatened the Court's Judge's Wife, or, excuse me, in Lawyer speak, apparently said something in which this Court perceived as threatening this Court's Judge's Wife; well JENSEN knew our great Republic was on stable ground. Mr. Wright is a credit to his profession, that's for sure. And to speak to that credit, let me quote Matt Damon in the powerhouse blockbuster The Rainmaker, where Matt brings more credit to the legal profession than any lawyer, and tell you my favorite Lawyer joke: "What is the difference between a hooker and a lawyer? The hooker stops screwing you when you are dead." Now if JENSEN had gone to law school or at least bothered reading anything on the Rules of Ethics in a Courtroom – well, JENSEN might be able to say for a Sitting Judge, of a Federal District Court, while seated in a Judges Chair in an Open Court of Record for the business of a Hearing, berating a

Licensed Attorney and threatening to remove him from the Profession, to then officially say that it is this Court's Judgement that the Law wouldn't be good enough for a Marine that would be Judge and that Marine would forsake the Law and take matters into his own hands and "find him"; then to put a cherry on top – broadcast such a hearing on YouTube. Well, had JENSEN gone to Law School and then completed the Bar Exam, JENSEN might just say that such words would be reckless. Hell had JENSEN gone to Law School, he might indicate that when Judge Wright mentioned that when Lawyer friends, or Lawyers from "around the country", called the Judge, Ex Parte I might add, to ask "what is wrong with you […] lawyers" the Judge could be indicating some malfeasance. Luckily, as a non-lawyer I have faith that such calls didn't unduly influence Mr. Wright in his disposition of Mr. Hook while dispensing Justice. But then one must consider appearances. Plus, even ignoring Judge Wright's admission he accepted such calls, it indicates a massive disregard for Ex Parte restrictions in the Profession.

You know, the Bible and God says, "Judge not, that ye be not judged." And I had a problem with this for years- how could a bunch of Christians setup a system of the Rule of Law with a man as a "Judge". It wasn't until I read enough case law that referenced the "trier of fact" that this became clear. A Judge with Honor doesn't Judge the Person, but the Facts, rather, then executes Justice under the Law. It is a beautiful system when it functions efficiently. Given Mr. Hook's dismal fate, I think it fair to throw all transgressors in one box and Judge them equally with Equity. Perhaps, in retrospect – someone may wish to help Mr. Hook while he is down..

Mr. Wright has Absolute Immunity – a legal concept JENSEN whole heartedly supports, with very few exceptions – none of which would apply here as Mr. Wright did not exceed Jurisdiction; and with that JENSEN trusts he has made his point toying with the concepts of contempt and prays for facts to be found going forward. Facts are hard to see but easy to test. Simplest method is the "all inclusive test" for a fact will be universally beneficial and applicable to all. In light of Mr. Wright's long-time service to his Country, JENSEN would say even more consideration than just Absolute Immunity is warranted. To this end, JENSEN would quote Ephesians 1:7 with "In Him we have redemption through His blood, the forgiveness of our trespasses, according

to the riches of His grace," even as I know the Bible is not binding Law here- funny enough Lawyers used to use the Bible to study the Laws of Equity. Perhaps this Court may one day adopt Grace. God knows this "gotcha" tyranny which has become this Court is destroying the fabric which is this Union.

Now to speak to Mr. Hook's frame of mind, I think I can relate and sympathize with Mr. Hook. First, as a person that used to manage computer code bases in the 100,000's of lines of code and in light of all the intricacies of computing – Computer Science doesn't hold a candle to the behemoth which is Law. Computing is more consistent than the Science of Justice. This massive "Blah" which is Law is enormous. While I can't accurately estimate the size of the body of law (and neither can the Government Accountability Office), suffice to say there are tens of thousands pages of Federal Statutes, just as many if not more Code of Federal Regulations, which even if you read all that – you still would not be equipped to address Law without the exponentially massive case codes that act as a decoder ring to all the aforementioned Civil Law. Now duplicate it for State Law. To this, Lawyers never seem to want to talk about the substance or equity of a case – instead they blather away endlessly about "Procedure". It is akin to, and just as annoying, as if someone taught a parrot to yelp "Procedure" endlessly. Not to mention, means seems to erode equity. Then some of it seems a sort of cruel. See Allstate is a fictitious entity that knows not the effects of time, whereas, people live a natural life, for a moment, then that moment passes with them – and that is all they get forever. The whole thing is quite maddening. But when a person succumbs to the failures of the mind, which are actually a measure of protection as no man would ever want to endure endless torment, should you discard the man or give him the much needed hug, rest, and assurance he needs that he will endure? Take rest, should you be "waterboarded", your mind will break, you will act strange, but such a state is a grace to protect you from the notion of eternal torment. God fearing, I fear not this life but the next, and no such mechanism seemingly exists there with the prospect of hell. Should you not believe in such things, the notion and effects of being Judged for all eternity in documented History seems like a similar fate.

So given the immense stress that is the Law, I can see how an Attorney would "lose it" get "imbalanced" and tell Allstate and their Attorneys to "eat a bag of dicks" and if you read until the end of this

Motion, you will understand why I enjoin Mr. Hook in sentiment even if I do dissent in Form.

To whatever end my words are deemed "inappropriate" or "disrespectful" to this Court, please take consideration for my Mental Illness as JENSEN has a aversion to authority; then know that a man does not read as much law as JENSEN without a profound respect for the Institutions of Law and the associated America constructed therefrom. The contempt JENSEN has is similar to the frustration this Court exhibited in the much spoken about Hearing. But let me (JENSEN) apologize to this Court anyways. Not to cheapen the words, but to give significance to how hard and depressing having to write this document became. Not only does JENSEN feel the need to redress this Court, and unwise action filled with peril, but JENSEN needs to thrust himself into the spotlight to get resolve. JENSEN needed to be empathetic with Mr. Hook to bring what JENSEN thinks would be Justice in this outrageous turn of events. To do this, JENSEN needed to remind this Court that no one is perfect but what this great Republic is known for is turning lemons into a palatable lemonade. Before this Court I will attempt to give it the Opportunity to make Good Law, and I don't mean outcome I refer to process, and pray it will show the World that it will address such issues and not hide away from them because it also failed to understand the needs of others. To this end, JENSEN submits:

## MOTION TO PROCEED IN FORMA PAUPERIS

JENSEN is going to break precedent here, and without stating actual amounts, to file for In Forma Pauperis is to initiate a "legal process", and Congress has forbidden the levy of Social Security Funds to "any legal process". Moreover, and my true reason for requesting such Status, is to see if this Court will Appoint Mr. Hook as JENSEN's attorney. Mr. Hook is the only attorney JENSEN will accept for his livelihood will be at stake and, more than money, this is the exact kind of motivation JENSEN would want to prosecute this Case. JENSEN states his constitutional challenge to the Court's ability to now dismiss his case where others it could not at this stage. JENSEN notes, that in order for Mr. Hook to accept this Case, under Ethics, he would have to release Allstate from any personal claims he might have from this faithful Hearing of much discussion. JENSEN will not sign any waiver of such conflict so it must be Mr. Hook that waives his own claims to

proceed. Since this Court will be appointing Council, Mr. Hook will not be entitled to a percentage of the Judgement should there be a positive Judgement. So this Court has a few options, it can: Grant this Motion with JENSEN as Pro Se where is can reasonably expect a unavoidable degree of contempt, alternatively it can Grant this Motion with Mr. Hook as JENSEN's attorney, or it can summarily Dismiss JENSEN's claims whereas JENSEN has preserved Appeal. What does it say that JENSEN calculates the last option to be the most likely?

**MOTION TO RECONSIDER**

It seems to me that Congress has addressed the issue of Federal Institutions discriminating against a person for/with Mental Illness. For the subservient portions of the Government and People, we have the Americans with Disabilities Act ("ADA"), including Title II and Title III, the latter which covers Allstate (and their Motions with this Court). Equally applied, although more complicated, the Rehabilitation Act of 1973 governs the application of the Instrumentalities of the Federal Government, such as this Court, similarly to the ADA. JENSEN likes that, Rehabilitation has a nice ring to the Order of the Day. It is in this regard, that JENSEN asks this Court to Reconsider the Orders previously handed to Mr. Hook – reflective of this NEW rehabilitation approach. JENSEN adds that this Court's response on the lunacy of Mr. Hook's assertion of privilege under the First Amendment and Litigation Privilege lends to the "delusions" of Mr. Hook. Allstate supports such a determination by calling Mr. Hook "unbalanced/imbalanced" which must be a reference to the Chemical Imbalance Theory of the Medical Profession Psychiatry. To "waterboard" seems like an apt description to the pain which is a Deposition. Plus, it isn't dangerous at all, the point of "waterboarding" is not to hurt the person but to make them miserable. JENSEN personally finds the statement funny and thinks the opposing council and Allstate should grow some resolve. To JENSEN's God, he prays, Amen (let it be so).

**MOTION TO AMEND/SUPPLEMENT CHARGES/CLAIMS AGAINST ALLSTATE INSURANCE COMPANY**

## Background

Mr. JENSEN was not a Professional at Law. JENSEN preferred consistent systems such as computing. At the height of JENSEN's career JENSEN was an Industrial Automation Engineer and worked, under contract, for some of the largest Corporations in the world on systems which controlled the entire factory. At one time JENSEN was trusted with safety systems in explosion class facilities with control of billions of dollars worth of hardware. JENSEN even interviewed with Intel and was once inside NASA on a project. That all changed the minute a psychiatrist diagnosed JENSEN bipolar in approximately 20 minutes. A lifetime of effort destroyed in an instant because it suited others. JENSEN is sure the $3000/day billed to be warehoused in a dump is no factor. It would have been better for JENSEN's mental state to stay at the Walldorf Astoria in New York for those costs. And there is no challenge nor due process in such a situation. If you have doubts, in Missouri, try to file Writ of Habeas Corpus with a rubber pencil because you were Civilly Committed and no help. So, when JENSEN heard Allstate, by their attorney, imply that because some mentally ill people are dangerous, all mentally ill people need to be Restrained by Order because of what Allstate, or agents/attorneys, saw on TV, that personally hit JENSEN hard and cruelly. Like, as in, to intentionally inflict emotional distress. Now JENSEN may never get that faithful day that Judge Wright spoke of regarding indoctrination into the Bar, and if Court rules are any indication – especially coupled with the fact JENSEN had to mail this document for non-lawyers are excluded from Courtroom conveniences such as electronic filing– JENSEN will never receive the respect his effort deserves from this Court. However, this Court has an opportunity to let JENSEN see if he can give such a forum Honor.

## First Amendment and Litigation Privilege

JENSEN must thank this Court for summarily dismissing both the First Amendment and Litigation Privilege against Mr. Hook. It is quite illustrative of how such things do not protect Allstate for their harsh, insensitive, self-serving, unlawful assertion that Mr. Hook is "imbalanced" and, therefore, is clearly dangerous.

## Libel, Slander, and Defamement of a Class

JENSEN states that most of the time, almost always, legal concepts such as Libel, Slander, and Defamement do not apply to a Class because the general indication is that no one would seriously think such a statement really applies to the entire Class. Here, this is overcome by multiple aspects of law; First, the Mentally Ill or "imbalanced" are part of a protected Class under the ADA. Mr. Hook should have been protected by the "Known to be Disabled" aspects of the ADA. Second, in this case, Allstate made Motion upon the position that because of Mr. Hook's "imbalance"- Allstate and its attorneys were entitled to a Dismissal of the Plaintiff's Claims and a Restraining Order. While I don't have access to such a Motion, the presentation on YouTube of this event moots the actual content of the Motion as nothing was stated by Allstate that "clearly and convincingly" would lead a reasonable person to believe that Mr. Hook was indeed dangerous at the recorded then broadcasted Hearing. The Record will show that the Court vowed to Grant such a Motion Irregardless of what the Motion said. Moreover, especially in the light that this Court has ruled, or stated otherwise, that it would forego the instrumentalities of Due Process in extreme circumstances and execute "street justice", to what end should a Mentally Ill person? Here Mr. Hook is about to be destroyed, JENSEN's life has been destroyed, and at any alarmist behavior results in severe summary judgement and other violations of Due Process for the Mentally Ill, what motivation does the Mentally Ill have to remain non-violent? Put another way, if a person is going to be treated as violent for foolish speech alone, what incentive do they have to remain non-violent?

## Allstate is Barred from Claiming No Responsibility for the Allstate Attorney

Due to the nature of Clean Hands, and other such legal concepts, coupled with Allstate's complete and through attempt to place responsibility of the late Mr. Hook's behavior on the Plaintiffs in this case, Allstate has effectively denied itself any disclaiming Allstate's actions though its Attorney.

## Aggravating Circumstances that Bring Rise to Punitive Damages

While, if given the "clear and convincing" standard, Allstate went to the State of California, in any regard for Sections 5150, 5151 and/or 5152 of the Welfare and Institutions Code, and made Motion to have, what they said in Court was a "imbalanced" man and was dangerous like the other Mentally Ill people who have committed mass murders in effort to preserve Due Process for Mr. Hook, Mr. Hook Committed the following point is moot.

But based on the Motion to Dismiss filed by Allstate, JENSEN will be alleging that Allstate did not actually fear for safety but instead attempted to profit from the situation and Mr. Hook's break. All for a mere $200,000 they would use such a Rights suppressing law implemented for only the most extreme cases. Libel, slandering, and defaming JENSEN as member of the same Federally protected Class in the process.

Moreover, promoting the notion that all Mentally Ill are "dangerous" is, in fact, dangerous to JENSEN's wellbeing. Such an advocation, especially by a Person as notorious as Allstate with their Trademark, serves to amplify the Public Fear for medical conditions they scarcely understand – or not at all. What is the difference between "all black people are violent", an assertion founded in statistics, and "all mentally ill people are violent", an assertion approximately equal in foundation in statistics?

While the Order of the Day is that the former is now unacceptable as the tyranny which brought about such infamous words as "nigger" and "cracker" is a forever stain upon the history of the Republic, the latter now seems to be making headway in affliction of the Mentally Ill. They need not carry such an additional burden and such sentiments negatively impacts treatment and recovery. Perhaps JENSEN is racist when he looks at this Court and its Representative; and thinks – this Court should be a champion of Civil Liberties and Rights. It saddens JENSEN beyond measure that such is not the case. Perhaps Allstate should consider the reason why the Mentally Ill get violent is because, just as the Declaration of Independence states, when you deny a person's Natural Rights violence always proceeds. Perhaps there is a lag to represent recognition, but you can't deny a man his essence without destroying the very reasons they have to act appropriately.

**Consent Not Obtained**

Due to the alarmist nature of Allstate's position regarding the Mentally Ill, such as myself, JENSEN did not attempt to contact Allstate or its attorneys for fear that such communication, coupled with JENSEN's presentation, would result in retaliation by Allstate. Given this absurd position that Allstate has put JENSEN in, JENSEN cannot comply with such element of the Federal Rules of Civil Procedure governing to Intervene. JENSEN will not attempt to contact Allstate until after this Motion is granted, should it be so granted, and Case Management Rules govern the communication with Allstate and JENSEN. This also impacts JENSEN's ability to provide service to and for Allstate – so he is not complying with such important and foundational implements of Due Process of Law. Would JENSEN attempting to locate Allstate to Service them not also imply he "knows where they live" and now put them in extreme fear with extraordinary resources?

## CONCLUSION

Wherefore, JENSEN respectfully moves this Court to grant Leave to Intervene and file a Civil Rights Claim against Allstate Insurance Company. Because of the seriousness of Allstate's violation, with punitive damages, JENSEN will be seeking in excess of $10,000,000.00 from a Jury.

Respectfully Submitted,

*[signature]*

Jason A Jensen, Pro Se
6 Arrowhead Rd
Kimberling City, MO 65686
Phone: 402-598-1285

# CERTIFICATE OF SERVICE

I, Jason A Jensen, do state as follows: Allstate's alarmist fear mongering has brought fear in JENSEN from indicating that he can "locate" the defendant in any way – so JENSEN is not going to personally provide service to Allstate. Instead, JENSEN will rely upon the electronic Court Management System that will alert all parties upon Clerk filing. JENSEN has mailed this Motion to the Court Clerk at 350 W 1st Street, Suite 4311 Los Angeles, CA 90012-4565 via the United State Postal Service, overnight.