IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JASON ADAM JENSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:22-CV-03140-BCW |
| | ) | |
| CITIBANK, N.A., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Assistant Attorney General Ryan Murray hereby enters her appearance on behalf of Defendant the State of Missouri. The undersigned requests that the court and all counsel direct pleadings and other matters pertaining to this case to the address below.

    Respectfully submitted,

    **Andrew Bailey**
    Attorney General

    */s/ Ryan M. Murray*
    Ryan M. Murray, #71395
    Assistant Attorney General
    815 Olive Street, Suite 200
    St. Louis, MO 63101
    Phone: (314) 340-7203
    Fax: (314) 340-7029
    Email: ryan.murray@ago.mo.gov
    *Attorney for State of Missouri*

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2023, the foregoing was filed electronically via the Court's electronic filing system and was served by operation of the e-filing system on all counsel of record and to Plaintiff at [jasonajensen@gmail.com](mailto:jasonajensen@gmail.com).

*/s/ Ryan Murray*
Assistant Attorney General
