# Ben Ford

| | |
|---|---|
| **From:** | Jason Jensen <jasonajensen@gmail.com> |
| **Sent:** | Thursday, May 11, 2023 11:33 AM |
| **To:** | Ben Ford |
| **Subject:** | Re: Questions |

Unfortunately, it is all ugly from here on out.

Please accept this email on behalf of BRYAN CAVE LEIGHTON PAISNER LLP as my request to upgrade lawyers and performance.

On Thu, May 4, 2023 at 9:56 AM Jason Jensen <jasonajensen@gmail.com> wrote:
> Watch the video link in my motion for injunctive relief against the state from 96-hour holds based on the affirmative defense presented by Stone County. Much is discussed about racism but no class is more discriminated against than the mentally ill. Therefore, I need proficiency at the pro se practice at law.
>
> I can read all I want about how law works. To that I have, since ~2000, read 100,000's of pages of law, including statutes, CFRs, and opinions.
>
> The analogy is reading how to ride a bike.
>
> Sure theory is grand but experience is controlling.
>
> So this case, while proper, also has the purpose of helping me get that experience. I believe as part of your education you exercised by mock trials and similar practices. Is it not true you were assigned my case for some "easy" experience? The other attorney with 6 pages of 50 cases each on pace surely doesn't need experience. Plus, before this case your experience centered upon settlement experience.
>
> I think you will agree that the practice of law is about more than the letter.. In court, timing and human factors play key roles. And with any adversary event with a "wordsmith" tips and tricks also applies. Holmes wrote that prediction of the court is Paramount in the practice of law.
>
> However, this case has turned into a turd. So the value of the experience going forward is suffering diminishing returns.
>
> Heads up: coming is a Motion for declaratory relief. The commerce clause doesn't authorize the federal government to form a corporation as part of regulating commerce, especially since the federal realm lacks a common law. Good news there is: you can represent every national association that risks losing their charter under a motion to intervene.
>
> I wonder if since all 50 States requires a registered agent, it is a form of common law.
>
> It is a cute trick.. Use federal preemption to operate in any state to avoid having a "registered agent" in an attempt to be impossible to serve papers upon. But unless you can demonstrate that I made error in designation the CEO of Citibank as a responsible party, the US Marshall's department failing to serve your CEO, especially since no attempt was even made, is not my failing. I think the judge took more than 90 days from the date my amended complaint to even grant IFP. At any rate, rule 4 requires the judge to allow remedy for failing to serve a defendant within 90 days having shown good cause.
>
> But ultimately, since the federal government has no registered agent law, the comptroller of currency has not provided a CFR for preemption of the registered agent, the federal law for National Associations violates the 10th amendment. Federal law therefore cannot preempt the registered agent laws since it is not in conflict with any federal law and is supported by Rule 4. Ie, your client is a pirate amongst the commercial seas.
>
> Also, I am considering sanctions since your use of the wrong codes violates the ECF/CM rules. Since your suspension of such system would impede your job performance, I was thinking about having the court order you to document the various filling codes and a description of when the code is appropriate.

On Thu, May 4, 2023, 9:09 AM Ben Ford <ben.ford@bclplaw.com> wrote:

Mr. Jensen:

I am unsure of what you mean by stating that you filed the case for the experience.

Ben

BENJAMIN A FORD
Associate
BRYAN CAVE LEIGHTON PAISNER LLP - St. Louis, MO USA
ben.ford@bclplaw.com
T: +1 314 259 2558  M: +1 314 471 3865

**From:** Jason Jensen <jasonajensen@gmail.com>
**Sent:** Wednesday, May 3, 2023 7:19 PM
**To:** Ben Ford <ben.ford@bclplaw.com>
**Subject:** Questions

Let's consider the following sentence in limited appearance.

"Additionally, Jensen's motion for default judgment fails because it is premature.  A motion for default judgment under Federal Rule of Civil Procedure 55(b) must Case 6:22-cv-03140-BCW   Document 79   Filed 05/03/23   Page 1 of 22 be preceded by an entry of default under Rule 55(a).  Johnson v. Dayton Elec. Mfg. Co., 140 F.3d 781, 783 (8th Cir. 1998) ("[E]ntry of default under Rule 55(a) must precede grant of a default judgment under Rule 55(b).").  No such default has been entered in this case."

That does not sound like a "Service of Process" Issue. Did you just waive Service of Process?

You can buy me off much cheaper than you can stick it to me.

2
Case 6:22-cv-03140-BCW   Document 109-1   Filed 06/06/23   Page 2 of 3

Make me a fair offer and you can be dismissed with prejudice forever.

Either way, I filed this case for the experience.

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at [www.bclplaw.com](www.bclplaw.com).