UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

JASON ADAM JENSEN,
 Plaintiff,
 v.
CITIBANK, N.A., et al.,
 Defendants.
v.
SECRETARY OF STATE John R. Ashcroft,
Crossclaim Defendant,
DEPARTMENT OF INSURANCE AND
COMMERCE,
Crossclaim Defendant,
State of MISSOURI,
Counterclaim Defendant.
v.
DAVID R. GAMACHE,
Defendant and Counterclaim Defendant,
GAMACHE & MYERS, P.C.,
Counterclaim Defendant,
FRANKEL, RUBIN, KLEIN, PAYNE &
PUDLOWSKI, P.C.,
Crossclaim Defendant,
MAYER S. KLEIN, MO#32605,
Crossclaim Defendant,
SECRETARY OF STATE John R. Ashcroft,
Crossclaim Defendant,
State of MISSOURI,
Counterclaim Defendant.

Case No. 6:22-CV-03140-BCW

Honorable Judge Wimes Presiding

**JURY TRIAL DEMANDED BY RIGHT AND
PRIVILEGE**

**OBJECTIONS**

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), with Objections to this Court's Service of

Process upon JENSEN's matters, Mr. Ford Presentation of JENSEN's Motives in concurrence with the

introduction of certain emails to this Court, the overall standing of this Court in this case.

1. SERVICE OF PROCESS – JENSEN OBJECTS TO THIS COURT'S LACK OF DUTY TO SERVICE OF PROCESS IN THIS IN FORMA PAUPERIS PROCEEDING. Why has the Service of paperwork not only remain uncompleted but NO ATTEMPT was ever made to actually deliver the paperwork to Sunil Garg. Based on notes and a conversation with the Process Server US Marshall, he went to the CITI complex, got redirected to a law firm, who rejected service based on they were CITI legal but not authorized to accept service on behalf of Sunil Garg, which is incorrect since Sunil Garg has listed them for personal service on SEC paperwork. The US Marshall then decided to give up and return the service unestablished. Finally, despite requests and starting administrative complaint procedures, the US Marshall Service has refused to make further attempts. In fact, Mr. Ford of CITI claims that Mr. Jensen had 90 days to perfect service of Process from September 23, 2022, whereas the Summons was issued on Oct 12, 2022, and the Failed Return of Service was on filed on January 10, 2023, which was exactly 90 days later, from October 12, 2022, according to dateandtime.com date difference calculator.

2. Turds – A turd is a smelly thing that no one wants to be around and so neglects. In this way, mentally ill people are like living turds. It is within this regard JENSEN sees this case as a "turd" but not at his own estimation but his inference of others. First, little care is given to reading the pleadings and paper-works of JENSEN. Then this lack of due care, due diligence, and negligence is used for reasons and justification for leniency and alteration of the Rules. However, any person reading this might have collected themselves to this point on this case, it is, or has turned into, JENSEN's everything. This is the hill JENSEN must die on. Failure here means that the ADA is a joke. That none of you believe that Mental illness is actually a medical condition, and really just use this "medical" aspect of behavior as a circumvention of due process and of human rights. That is what the double standard proves. JENSEN objects to a perceived description of this case, on appearance of a new party, and offer of settlement as just cause that JENSEN's intent is somehow an abuse of process or frivolous intent.

3. First, Mr. Ford presents that JENSEN has admitted that JENSEN has no claim against "CITIGROUP" which means CITI and CITIBANK as well. In arguendo, if this be true, and as his allegation, this demonstrates that JENSEN's purpose is not to waste the Court time. That is the point, purpose, and intent, of a "voluntary dismissal" – which is not available at this point to JENSEN as CITIGROUP has responded. Or perhaps, JENSEN does not know. JENSEN OBJECTS TO MR FORDS ATTEMPT TO USE THE PERCEPTION OF JENSEN AND INABILITY AS METHOD TO GAIN LEGAL ADVANTAGE IN THIS COURT PROCESS. Amazing how all Mr. Ford's misconceptions are in his clients favor.

4. Using a Case for Experience is the very noblest of uses of the Court. In order for a case to be frivolous or of an undue or unlawful purpose, motives are mostly at play. So regardless of if JENSEN has a motive of education in the exercise of this Court, the motives at issue with a Motion regarding Due Process must be based on the merits of the Claims. IF MR FORD THINKS THAT JENSEN IS ILL FATED ON THE IMPLEMENTS OF THE AMERICANS WITH DISABILITIES ACT, SOMEONE SHOULD CIVILALLY COMMIT HIM 9 TIMES OVER NONSENSE, SO THE STATE CAN DISMISS THE PROBATE HEARING AFTER 2 WEEKS AND THE GOVERNMENT AS A COLLECTIVE CAN ACT LIKE THE DISMISSAL MAKES THE FACTS ALLEGED ADJUDICATED AND THAT JENSEN WAS NOT HARMED. These disparities are so apparent, that in any CIVIL MATTER a person does have the right to oppose, or counter-claim, a claim. Just try doing that in a probate Court matter or a "civil commitment probate proceeding". Then, this 14th Amendment as accessed by JENSEN, and all disabled, exclusively through the ADA – quite simply never applies. Not for accommodations, not to prevent discrimination, just to control the presentation and verbiage used when doing so. You are not excluding a mentally ill person because you are prejudiced, you are excluding a dangerous person for safety. SEE SAFETY was said, so whatever fear used to drum that up is reasonable because the mentally ill person is scary. CITI is here because the concept of Common Law, which the implements

of Trademark law is the last and possibly only place federal law exercises Common Law, is a curiosity of JENSEN's. As those claims were denied at IFP application, they do not apply but much of the legal theory is intertwined. The fact that JENSEN considers Trademark law a curiosity, and so pursued CITI, demonstrates no ill intent since the CLAIM IS STILL SOUND. IT IS JENSEN's ultimate prerogative to dispose of matters as he sees fit. JENSEN objects to Mr. Ford's presentation that JENSEN is somehow abusing the Court for selectively prosecuting claims against corporations who abuse trademarks.

5. Federal Law and Questions are infinite. The average corporation acts just like what is being seen and demonstrated in this case – to dismiss this case without regards to the merits under any means. To practice law is to fine the line where process is an advantage. The average Corporation hides behind their attorney who they present and use like a mobster bully. From the cable company, cell phone company, social media, and the literally thousands of contracts that a person employ in a year – a person could file lawsuit after lawsuit until they die never having made a dent in the corruption that is the modern economy. JENSEN objects to Mr. Ford notion that JENSEN is lesser than. Such as, of course, everyone besides JENSEN is beyond contestation and is clearly and obviously mentally sound. JENSEN himself assumed that at first, but, the arguments made in this Court are ludicrous. Not only that, the notion is procedure prevails over merit of substance. The State had already waived SOP. Then everyone was apprised or should have been, in what had transpired on record and Docket. So how does the Governor of a State come to the conclusion that he was personally summoned to the case as a non-party? JENSEN even stated that. But as far as that goes, JENSEN would find more merit in that motion than any motion filed by CITI. So, the state and its agents can request a "Evaluation and Treatment" of a person which is a mere citizen, can do so with a police officer with a mere 40 hours of training in a medical field, but a citizen requesting the same, is just an abuse of process. Jensen supposes this explains the current President and the Congressman that cannot congress. This Court's main mandate is independence and

impartiality. The function of the Court is enforcement of property laws and Rights, dispute resolution, and societal issues such as probate matters. But those processes have been selected and tailored for the purpose of providing Peace and Tranquility in the United States. How does mentioning the name of a filing show an impartiality of the rules at play? Look here is proof of misconduct by name of document. JENSEN objects to the lack of impartiality in this Court. NO IMPLICATION IS PRESENT TO ANY JURIST. The intent to mislead said jurist is present.

6. This social contract, or whatever, JENSEN as subject to Federal Law, is a monstrosity of proportions beyond human comprehension or imagination. Federal Law consists of ~95,000 pages of statutes, some large amount of Code of Federal Regulations, and according to RECAP, a tool that publishes donated PACER paperwork, the Federal Judiciary has produced 227,582,466,524 bytes of pleading, motion, opinion, and judgement text which would equate to, at 2062 characters per page, as ascii stores 1 character per byte, for a total of 110,369,770 pages. This number is staggering but is not even close to complete, the RECAP database does not contain every filing or even every case. The Recap database only contains the filings of cases that persons using RECAP access on PACER. This represents: (110,369,770 pages * 305 words per page) / (200 words per minute read * 60 minutes in an hour) = 35,905 hours to read the body of judicial output. At 2040 hours of a full time job, that is over 17.5 years of text. And that assumes the body is static while reading. Which makes the use of this Court an improbability enterprise to such degree it is so practically impossible that it **is impossible**. So, in reference to wasting this Court's time versus violence, any endeavor that seems impossible is also a waste of time. With these statements, Mr. Ford would conclude Jensen has waived his right to Court redress forever. JENSEN however, thinks it is in everyone's best interest to attempt this impossible and therefore waste time. JENSEN OBJECTS TO MR. FORD OF CITI INFERENCE THAT THIS ARGUMENT INDICATES IMPROPER USE OF THIS COURT.

7. VIOLENCE IN AMERICA RESULTANT FROM LACK OF REMEDY, LEGAL SYSTEM IMPOSSIBLE TO OPERATE. So far in 2023, there have been 281 violent acts of despair. This has resulted in 1121 victims being injured and 345 people being killed. Here are the number of mass shootings for the various years: 2014 – 272, 2015 – 336, 2016 – 383, 2017 – 348, 2018 – 336, 2019 – 415, 2020 – 610, 2021 – 690, 2022 – 646; For a total of 4,317 mass shootings in about 10 years. All data provided by gunviolencearchive.org. Not only are these numbers staggering, and if the 2023 ratio held from 2014, this data could represent over 5000 deaths and over 17,000 injuries. While many just contribute this to social media fame, lack of composure, or mental health concerns – mentally ill people do not make the majority of violent actors. Instead, it appears that anyone who outbursts in violence is retroactively considered mentally ill. JENSEN's supposition is the lack of recourse, defense of property rights, and other unreachable legal means, has created a society of hopeless despair and the result is massive suicides and outbursts of violence.

WHEREFORE:

JENSEN prays this Court take judicial notice of JENSEN's objections.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 9th of June 2023.

//s/JasonAJensen