IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| JASON ADAM JENSEN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 6:22-CV-03140-BCW |
| CITIBANK, N.A., et al., | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to Amend Service of Process on State of Missouri. (Doc. #41). The Court, being duly advised of the premises, denies said motion.

On June 9, 2023, the Court granted the State of Missouri's Motion to Dismiss on the merits. This ruling renders moot Jensen's motion for leave to amend service of process for at least two reasons: (1) even if the original service of process was deficient in some way, the State of Missouri responded to the complaint on the merits; and (2) the State of Missouri has been dismissed as a party to this case. Accordingly, it is hereby

ORDERED Plaintiff's Motion for Leave to Amend Service of Process on State of Missouri. (Doc. #41) is DENIED AS MOOT.

IT IS SO ORDERED.

Date: June 13, 2023 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT