IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JASON ADAM JENSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 6:22-CV-03140-BCW |
| | ) | |
| CITIBANK, N.A., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Plaintiff's filing entitled "Jensen's Opposed In Forma Pauperis Motion for Leave to File Counterclaim Complaint Against United States of America, Stone County, Matthew J Gist, Christopher Napolitano, and Ensz & Jester, P.C. In Response to Affirmative Defense Claims" (Doc. #29) and "Default Opposed Jensen's Motion for an Extension of Time, 30 Days, to Respond to Gamache's Constructive Blanket Denial, Motions, Responses and Affirmative Defenses, Etc. for Purposes of Possible Motion to Strike if Not Fruitlessly Meritless" (Doc. #45). The Court, being duly advised of the premises, denies said motions.

Broadly construing Plaintiff's filings, Plaintiff objects to the content of Defendants' answers to the amended complaint. The Federal Rules of Civil Procedure contemplate only the following: complaint, answer, counterclaim, crossclaim, third-party complaint, answer to third-party complaint, and "if the court orders one, a reply to an answer." Fed. R. Civ. P. 7(a)(1)-(6). The Court gleans from Plaintiffs' filings that he would like to file a pleading in response to Defendants' answers. However, the Court did not order Plaintiff to file such a reply, and no reply to the answers is needed here. To the extent Plaintiff seeks leave to reply to the answers, the motion

1

is denied. To the extent Plaintiff would otherwise seek leave to amend the amended complaint (Doc. #5), such leave is denied. Accordingly, it is hereby

ORDERED "Jensen's Opposed In Forma Pauperis Motion for Leave to File Counterclaim Complaint Against United States of America, Stone County, Matthew J Gist, Christopher Napolitano, and Ensz & Jester, P.C. In Response to Affirmative Defense Claims (Doc. #29) is DENIED. It is further

ORDERED "Default Opposed Jensen's Motion for an Extension of Time, 30 Days, to Respond to Gamche's Constructive Blanket Denial, Motions, Responses and Affirmative Defenses, Etc. for Purposes of Possible Motion to Strike if Not Fruitlessly Meritless" (Doc. #45) is DENIED.

IT IS SO ORDERED.

Date: <u>June 13, 2023</u>   /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT