# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

Jason Adam Jensen )
Plaintiff/Petitioner )
) Case No. 6:22-cv-03140-BCW
State of Missouri, Stone County Missouri )
Defendant/Respondent )

## NOTICE OF APPEAL
## TO THE US COURT OF APPEALS FOR THE EIGHTH CIRCUIT

Notice is hereby given that I **Jason Adam Jensen** the

*Name of party taking the appeal*

**Plaintiff** hereby appeal to the United States Court of Appeals for

*plaintiff, petitioner, defendant or respondent*

the **Eighth** Circuit from the final judgment _____ or an order **X**

*name of the circuit*     *check this one*     *or this one*

entered in this action on the **13** day of **June**, **2023**.

Signed **//s/JasonAJensen**
Attorney for **PRO SE - IN FORMA PAUPERIS**
Address: **2186 Jackson Keller Rd**
**Ste 1097**
**San Antonio, TX 78213**
Phone: **402-598-1285**
Fax:
E-Mail: **jasonajensen@gmail.com**