# U. S. COURT OF APPEALS - EIGHTH CIRCUIT

# NOTICE OF APPEAL SUPPLEMENT

# MISSOURI WESTERN DISTRICT - SPRINGFIELD

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| **Case Caption:** Jensen v. Citibank, N.A., et al | **Case No.:** 22-3140-CV-S-BCW |
| Appellant: **Jason Adam Jensen** | Appellee: **Citibank, N.A., et al.** |
| Appellant's Attorney(s): Pro Se | Appellee's Attorney(s): |

**Jason Adam Jensen**
2186 Jackson Keller Road
Suite 1097
San Antonio, TX 78213
402-598-1285
Email: jasonajensen@gmail.com

**Citibank, N.A. and Citigroup Inc.:**
**Benjamin Ford**
Phone No.: 314-259-2558
Email: ben.ford@bclplaw.com

**David R. Gamache:**
**Mayer S Klein**
Phone No.: 314-725-8000
Email: mklein@frankelrubin.com

**State of Missouri:**
**Anna Elizabeth Connelly**
Phone No.: 816-889-5016
Email: anna.connelly@ago.mo.gov

**Ryan Michael Murray:**
Phone No.: 314-340-7803
Email: ryan.murray@ago.mo.gov

**Stone County, Missouri:**
**Matthew Justin Gist**
Phone No.: 816 474-8010
Email: mgist@enszjester.com

**Thomas Harold Osborn:**
Phone No.: 816-474-8010
Email: tosborn@enszjester.com

**Christopher M Napolitano:**
Phone No.: 816-474-8010
Email: cnapolitano@enszjester.com

| Court Reporter(s): N/A | | Please return files and documents to: | |
| --- | --- | --- | --- |
| Phone No.: | | | |
| Email: | | United States District Court | |
| | | 222 N. John Q. Hammons Parkway; Suite 1400 | |
| | | Springfield, MO 65806 | |
| | | Contact Person for Appeal: | |
| | | spfdgen@mow.uscourts.gov | |
| Length of Trial: | Fee Paid: | IFP: | Pending IFP Motion: |
| NA | No | **Yes granted on filing Complaint (Doc. 3)** | No |
| Counsel: | Pending Motions? | Local Interest? | Simultaneous Release? |
| Pro Se Plaintiff | **Yes** | No | No |

**Special Comments:**