23-2604 Jason Jensen v. Citibank, N.A., et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 07/11/2023

**Case Name:** Jason Jensen v. Citibank, N.A., et al
**Case Number:** 23-2604

**Docket Text:**
Civil case docketed. [5294502] [23-2604]

**The following document(s) are associated with this transaction:**
Document Description: None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Ms. Anna Elizabeth Connelly: anna.connelly@ago.mo.gov
Mr. Benjamin Ford: ben.ford@bclplaw.com
Mr. Matthew J. Gist: mgist@enszjester.com, jwright@enszjester.com
Mr. Jason Adam Jensen: jasonajensen@gmail.com, jasonajensen@protonmail.com
Mr. Mayer Simcha Klein: mklein@frankelrubin.com
Mr. Ryan Michael Murray: ryan.murray@ago.mo.gov
Mr. Thomas Harold Osborn: tosborn@enszjester.com
Ms. Paige A. Wymore-Wynn: