## UNITED STATES DISTRICT COURT

Jason Adam Jensen

      Plaintiff-Appell___ant_____,

v. State of Missouri, Stone County Missouri

      Defendant-Appell___ees_____.

District Court No. 6:22-cv-03140-BCW _____

Court of Appeals No.

23-2604
_____
(if known)

**NOTE: THIS DESIGNATION FORM MUST BE COMPLETED AND FILED IN ACCORDANCE WITH THE INSTRUCTIONS ON THE REVERSE SIDE OF THE FORM.**

     Those original papers which have been designated by circling their respective docket numbers (or dates of entry) on the attached copy of the district court's docket sheets should be included in the record on appeal prepared by the clerk of the district court and transmitted to the clerk of the court of appeals. (If the district court clerk so elects, original papers may be retained in the district court and copies thereof may be included in the record on appeal.)

     The following items should also be included in the record on appeal. (Portions of transcripts should be designated by hearing dates and page numbers.)

1. STATE COURT CASE-STONE COUNTY-39th Cir. of MO: 21SN-AC00123-01 ____

2. UNDER 8CCA RULE 30A(a)(2) the ENTIRE record is available for review, ____

3. --- including state court files. ____

4. _____

5. _____

(Attach additional sheets if necessary)

Signature: //s/JasonAJensen _____

Counsel for: PRO SE - IN FORMA PAUPERIS _____

I hereby certify that a copy of this designation, with docket sheets attached, was mailed on opposing counsel and the clerk of the court of appeals on 7/17/2023 by ECF _____.

Signature: //s/JasonAJensen _____