# U.S. District Court
# Western District of Missouri (Springfield)
# CIVIL DOCKET FOR CASE #: 6:22−cv−03140−BCW

| | |
|---|---|
| Jensen v. Citibank, N.A. et al<br>Assigned to: District Judge Brian C. Wimes<br>Demand: $75,000<br>Case in other court: Eighth Circuit, 23−01570<br>Eighth Circuit, 23−02604<br>Cause: 28:1331 Fed. Question | Date Filed: 06/01/2022<br>Jury Demand: Plaintiff<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: Federal Question |

**Plaintiff**

**Jason Adam Jensen**      represented by **Jason Adam Jensen**
2186 Jackson Keller Road
Suite 1097
San Antonio, TX 78213
402−598−1285
Email: jasonajensen@gmail.com
PRO SE

V.

**Defendant**

**Citibank, N.A.**
*a Corporation*      represented by **Benjamin Ford**
Bryan Cave Leighton Paisner LLP
211 N. Broadway Ste. 3600
St. Louis, MO 63102
314−259−2558
Email: ben.ford@bclplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Citigroup Inc.**
*a Delaware Corporation*      represented by **Benjamin Ford**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JH Met Subsidiary B Liquidating Trust**
*a Legal Trust Type Corporation*

**Defendant**

**David R Gamache**
*individual capacity as an attorney*      represented by **Mayer S Klein**
Frankel, Rubin, Klein, Siegel, Payne & Pudlowski PC
231 S. Bemiston Avenue
Suite 1111
Clayton, MO 63105
314−725−8000
Email: mklein@frankelrubin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**State of Missouri**
*TERMINATED: 06/13/2023*      represented by **Anna Elizabeth Connelly**
Missouri Attorney General's Office−KC
615 East 13th Street

Suite 401
Kansas City, MO 64106
816−889−5016
Email: anna.connelly@ago.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Michael Murray**
Missouri Attorney General's Office
Old Post Office Building
St. Louis, MO 63101
314−340−7803
Email: ryan.murray@ago.mo.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chief Justice Paul C. Wilson**
*in his official capacity as Courts Administrator*
*TERMINATED: 09/23/2022*

**Defendant**

**Missouri Office of Court Administration**
*a State entity*
*TERMINATED: 09/23/2022*

**Defendant**

**Kathy S. Lloyd**
*official capacity as State Court Administrator*
*TERMINATED: 09/23/2022*

**Defendant**

**Stone County, Missouri** represented by **Matthew Justin Gist**
*a State entity* Ensz & Jester, PC
*TERMINATED: 06/13/2023* 2121 City Center Square
1100 Main Street
Kansas City, MO 64105
(816) 474−8010
Fax: (816) 471−7910
Email: mgist@enszjester.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Harold Osborn**
Ensz & Jester, P.C.
1100 Main Street
Suite 2121
Kansas City, MO 64105
816−474−8010
Fax: 816−471−7910
Email: tosborn@enszjester.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mechelle Lebow**
*official capacity as Stone County Court Clerk*
*TERMINATED: 09/23/2022*

**Defendant**

**In Re Judge Alan Mark Blankenship**
*in his Exercise of Judgement of Federal Law capacity*
*TERMINATED: 09/23/2022*

**Defendant**

**Judge David A. Cole**
*official administrative capacity as Presiding Judge of Stone County*
*TERMINATED: 09/23/2022*

**Defendant**

**Sheriff Doug Radar**
*official capacity Stone County Sheriff*
*TERMINATED: 09/23/2022*

**Defendant**

**Gamache & Myers, P.C.**

**Defendant**

**FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C.**

**Defendant**

**Esq. Mayer S. Klein**

**Counter Claimant**

**Jason Adam Jensen**

**Counter Defendant**

| | |
|---|---|
| **Stone County, Missouri** *a State entity* *TERMINATED: 06/13/2023* | represented by **Matthew Justin Gist** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | **Christopher M Napolitano** Ensz & Jester, PC 2121 City Center Square 1100 Main Street Kansas City, MO 64105 816−474−8010 Fax: 816−471−7910 Email: cnapolitano@enszjester.com *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**Jason Adam Jensen**

**Counter Defendant**

**State of Missouri**    represented by **Anna Elizabeth Connelly**
*TERMINATED: 06/13/2023*    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Stone County, Missouri**    represented by **Matthew Justin Gist**
*a State entity*    (See above for address)

| | |
|---|---|
| *TERMINATED: 06/13/2023* | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher M Napolitano**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter Claimant**

**Jason Adam Jensen**

**Counter Defendant**

| | |
|---|---|
| **Stone County, Missouri**<br>*a State entity*<br>*TERMINATED: 06/13/2023* | represented by **Matthew Justin Gist**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher M Napolitano**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Cross Claimant**

**Jason Adam Jensen**

V.

**Cross Defendant**

**DEPARTMENT OF INSURANCE AND COMMERCE**

**Cross Defendant**

**Secretary of State John R. Ashcroft**

**Cross Defendant**

| | |
|---|---|
| **State of Missouri**<br>*TERMINATED: 06/13/2023* | represented by **Anna Elizabeth Connelly**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Claimant**

**Jason Adam Jensen**

V.

**Cross Defendant**

**Secretary of State John R. Ashcroft**

**Cross Defendant**

| | |
|---|---|
| **State of Missouri**<br>*TERMINATED: 06/13/2023* | represented by **Anna Elizabeth Connelly**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Cross Defendant**

**Gamache & Myers, P.C.**

**Cross Defendant**

**FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C.**

**Cross Defendant**

**Esq. Mayer S. Klein**

**Counter Claimant**

**Jason Adam Jensen**

**Counter Defendant**

**David R Gamache** represented by **Mayer S Klein**
*individual capacity as an attorney* (See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2022 | 1 | PRO SE MOTION for leave to proceed in forma pauperis filed by Jason Adam Jensen. Suggestions in opposition/response due by 6/15/2022 unless otherwise directed by the court. (Attachments: # 1 Affidavit of Financial Status, # 2 Complaint, # 3 AO form Application to Proceed IFP)(Siegert, Karen) (Entered: 06/02/2022) |
| 06/02/2022 | 2 | **NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR IMPORTANT CHANGES, DEADLINES AND REQUIREMENTS.** **Notice of MAP assignment to an outside mediator.** (Attachments: # 1 MAP General Order)(Siegert, Karen) (Entered: 06/02/2022) |
| 06/10/2022 | 3 | ORDERED Plaintiff is granted leave to file a proposed amended complaint on or before July 1, 2022. Signed on 6/10/22 by District Judge Brian C. Wimes. (Diefenbach, Tracy) Copy of this order mailed to: Jason Adam Jensen, 2186 Jackson Keller Road, Suite 1097, San Antonio, TX 78213. (Entered: 06/10/2022) |
| 06/15/2022 | 4 | Emergency MOTION for hearing *regarding the ability of a disabled person to state a claim and objections* filed by Jason Adam Jensen. Suggestions in opposition/response due by 6/29/2022 unless otherwise directed by the court. (Jensen, Jason) (Entered: 06/15/2022) |
| 06/30/2022 | 5 | AMENDED COMPLAINT against All Defendants Jason Adam Jensen. (Attachments: # 1 Supplement)(Jensen, Jason) (Entered: 06/30/2022) |
| 09/23/2022 | 6 | ORDERED the motion for hearing filed on June 15, 2022 (Doc. #4) is DENIED WITHOUT PREJUDICE. This matter shall proceed as detailed in this order and the Court may set an initial scheduling conference after service of process is complete. It is further ORDERED the Clerk of the Court is directed to forward the appropriate process forms to Plaintiff at his address of record. Not later than October 14, 2022, Plaintiff shall return the completed summons and service forms to the Clerks Office showing the address where the remaining defendants (J.H. Met, David Gamache, Citibank, N.A., Citigroup Inc., the State of Missouri, and Stone County) may be served. Upon receipt of the completed process forms, the Clerk of the Court is directed to issue summons and process and deliver the same to the United States Marshal for service, pursuant to Fed. R. Civ. P. 4. It is further ORDERED Plaintiff's failure to return the completed summons and service forms to the Clerk's Office by the stated deadline may result in dismissal of this cause without further notice. . Signed on 9/23/22 by District Judge Brian C. Wimes. (Diefenbach, Tracy) Copy of this order, summons forms and USM285 mailed to: Jason Adam Jensen, 2186 Jackson |

| Date | Doc # | Description |
|---|---|---|
| | | Keller Road, Suite 1097, San Antonio, TX 78213. (Entered: 09/23/2022) |
| 10/12/2022 | | SUMMONS ISSUED as to Citibank, N.A., Citigroup Inc., David R Gamache, JH Met Subsidiary B Liquidating Trust, State of Missouri, Stone County, Missouri. Copies of USM−285, summonses, complaint and order doc. 6 hand delivered to US Marshal Service on 10/13/2022 for service. (Furtak, Rebecca) (Entered: 10/13/2022) |
| 10/13/2022 | 7 | ***Remark USM−285 receipt from US Marshal Service. (Furtak, Rebecca) (Entered: 10/13/2022) |
| 10/27/2022 | 8 | RETURN OF SERVICE of complaint executed Stone County, Missouri served on 10/26/2022, answer due 11/16/2022. (Furtak, Rebecca) (Entered: 10/27/2022) |
| 11/01/2022 | 9 | RETURN OF SERVICE of complaint executed David R Gamache served on 10/31/2022, answer due 11/21/2022. (Furtak, Rebecca) (Entered: 11/01/2022) |
| 11/09/2022 | 10 | RETURN OF SERVICE of complaint executed. USM−285 returned showing service to State of Missouri, Secretary of State John R. Ashcroft served on 11/4/2022, answer due 11/25/2022. (Keller, Jeanne) (Entered: 11/09/2022) |
| 11/16/2022 | 11 | ANSWER to 5 Amended Complaint on behalf of Stone County, Missouri.(Attorney Matthew Justin Gist added to party Stone County, Missouri(pty:dft))(Gist, Matthew) (Entered: 11/16/2022) |
| 11/16/2022 | 12 | Emergency MOTION for preliminary injunction *regarding STONE CO statements and the application of Chapter 632 of Rev. Mo. Stat.*, Emergency MOTION for order to show cause *regarding STONE CO statements and the application of Chapter 632 of Rev. Mo. Stat.*, Emergency MOTION for hearing re 11 Answer to Amended Complaint *regarding STONE CO statements and the application of Chapter 632 of Rev. Mo. Stat.*, Emergency MOTION to expedite *regarding STONE CO statements and the application of Chapter 632 of Rev. Mo. Stat.* filed by Jason Adam Jensen. Suggestions in opposition/response due by 11/30/2022 unless otherwise directed by the court. (Related document(s) 11 ) (Jensen, Jason) (Entered: 11/16/2022) |
| 11/21/2022 | 13 | RULE 16 NOTICE. Proposed scheduling order due by 1/11/2023. Scheduling Conference set for 1/25/2023 09:00 AM by telephone before District Judge Brian C. Wimes. Signed on 11/21/22 by District Judge Brian C. Wimes. (Diefenbach, Tracy) (Entered: 11/21/2022) |
| 11/21/2022 | 14 | First MOTION for extension of time to file response/reply filed by Mayer S Klein on behalf of David R Gamache. Suggestions in opposition/response due by 12/5/2022 unless otherwise directed by the court. (Attorney Mayer S Klein added to party David R Gamache(pty:dft))(Klein, Mayer) (Entered: 11/21/2022) |
| 11/21/2022 | 15 | **AMENDED NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR DEADLINES AND REQUIREMENTS.** <br><br> **Notice of MAP assignment to Program Director.** (Attachments: # 1 MAP General Order)(Siegert, Karen) (Entered: 11/21/2022) |
| 11/21/2022 | 16 | ORDERED Defendant David R. Gamache's Motion for Extension of Time (Doc. #14) is GRANTED. Defendant Gamache is granted leave to answer or otherwise respond to the complaint on or before December 21, 2022. Motions of this type are properly filed at least three days before the filing deadline established by rule or Court Order.Signed on 11/21/2022 by District Judge Brian C. Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Entered: 11/21/2022) |
| 11/21/2022 | 17 | First MOTION to vacate 9 Return of Service of Complaint Executed, 16 Order on Motion for Extension of Time to File Response/Reply, , First MOTION for hearing , First MOTION for default judgment *AGAINST DEFENDANT GAMACHE* filed by Jason Adam Jensen. Suggestions in opposition/response due by 12/5/2022 unless otherwise directed by the court. (Related document(s) 9 , 16 ) (Jensen, Jason) (Entered: 11/21/2022) |

| Date | Doc # | Description |
|---|---|---|
| 11/22/2022 | 18 | NOTICE of appearance by Joyce A. Johnson on behalf of State of Missouri (Johnson, Joyce) (Entered: 11/22/2022) |
| 11/22/2022 | 19 | MOTION for extension of time to file response/reply filed by Joyce A. Johnson on behalf of State of Missouri. Suggestions in opposition/response due by 12/6/2022 unless otherwise directed by the court. (Johnson, Joyce) (Entered: 11/22/2022) |
| 11/22/2022 | 20 | SUGGESTIONS in support re 19 MOTION for extension of time to file response/reply *by Miss Johnson for the State of Missouri* on behalf of Plaintiff Jason Adam Jensen. (Related document(s) 19 ) (Jensen, Jason) (Entered: 11/22/2022) |
| 11/24/2022 | 21 | First REPLY to answer *Stone County's response to JENSEN's First Amended Complaint* on behalf of Plaintiff Jason Adam Jensen. (Related document(s) 11 ) (Jensen, Jason) (Entered: 11/24/2022) |
| 11/25/2022 | 22 | PRETRIAL MEMORANDUM by Jason Adam Jensen. (Jensen, Jason) (Entered: 11/25/2022) |
| 11/27/2022 | 23 | PRETRIAL MEMORANDUM by Jason Adam Jensen. (Attachments: # 1 Exhibit JENSEN's Folder on a 2018 NHTSA complaint about the MO DMV)(Jensen, Jason) (Entered: 11/27/2022) |
| 11/29/2022 | 24 | SUGGESTIONS in opposition re 17 First MOTION to vacate 9 Return of Service of Complaint Executed, 16 Order on Motion for Extension of Time to File Response/Reply, First MOTION for hearing First MOTION for default judgment *AGAINST DEFENDANT GAMACHE* filed by Mayer S Klein on behalf of Defendant David R Gamache. Reply suggestions due by 12/13/2022 unless otherwise directed by the court. (Related document(s) 17 ) (Klein, Mayer) (Entered: 11/29/2022) |
| 11/29/2022 | 25 | First REPLY to answer *OPPOSITION TO MOTION TO VACATE, DEFAULT, HEARING* on behalf of Plaintiff Jason Adam Jensen. (Related document(s) 24 ) (Jensen, Jason) (Entered: 11/29/2022) |
| 11/30/2022 | 26 | NOTICE of filing *regarding Stone County's Opposition to Plaintiff's Replies to Defendant Stone County's Answer and Affirmative Defenses* by Stone County, Missouri (Napolitano, Christopher) (Entered: 11/30/2022) |
| 11/30/2022 | 27 | Amended REPLY to answer *TO STONE COUNTY'S MOTION TO STRIKE TITLED "OPPOSITION TO PLAINTIFFS REPLIES TO DEFENDANT STONE COUNTYS ANSWER AND AFFIRMATIVE DEFENSES"* on behalf of Plaintiff Jason Adam Jensen. (Related document(s) 11 ) (Jensen, Jason) (Entered: 11/30/2022) |
| 12/01/2022 | 28 | ORDERED Defendant the State of Missouri's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint (Doc. #19) is, with Plaintiff having indicated no objection (Doc. #20), GRANTED. Defendant the State of Missouri is granted leave to answer or otherwise respond to the amended complaint on or before December 5, 2022. Signed on 12/1/2022 by District Judge Brian C. Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Entered: 12/01/2022) |
| 12/02/2022 | 29 | MOTION for Leave to File Counterclaim (Jensen, Jason). Modified on 5/8/2023 to change to a motion per Chambers (Hanna, Jaime). (Entered: 12/02/2022) |
| 12/05/2022 | 30 | NOTICE of appearance by Anna Elizabeth Connelly on behalf of State of Missouri (Attorney Anna Elizabeth Connelly added to party State of Missouri(pty:dft))(Connelly, Anna) (Entered: 12/05/2022) |
| 12/05/2022 | 31 | MOTION to dismiss case filed by Anna Elizabeth Connelly on behalf of State of Missouri. Suggestions in opposition/response due by 12/19/2022 unless otherwise directed by the court. (Connelly, Anna) (Entered: 12/05/2022) |
| 12/05/2022 | 32 | SUGGESTIONS in support re 31 MOTION to dismiss case filed by Anna Elizabeth Connelly on behalf of Defendant State of Missouri. (Related document(s) 31 ) (Connelly, Anna) (Entered: 12/05/2022) |
| 12/06/2022 | 33 | NOTICE of appearance by Christopher M Napolitano on behalf of Stone County, Missouri (Attorney Christopher M Napolitano added to party Stone County, Missouri(pty:cd))(Napolitano, Christopher) (Entered: 12/06/2022) |

| Date | Doc # | Description |
|---|---|---|
| 12/06/2022 | 34 | SUGGESTIONS in opposition re 31 MOTION to dismiss case *based on Avery v. Midland County, 390 U.S. 474, 475 (1968) whereas the actions of a political subdivision are the actions of the Sovereign State under the Fourteenth Amendment and the Commerce Clause* on behalf of Plaintiff Jason Adam Jensen. Reply suggestions due by 12/20/2022 unless otherwise directed by the court. (Related document(s) 31 ) (Jensen, Jason) (Entered: 12/06/2022) |
| 12/06/2022 | 35 | OBJECTIONS (non motions) by Jason Adam Jensen re 33 Notice of Appearance *for possible conflict of interest*. Related document: 33 Notice of Appearance filed by Stone County, Missouri.(Jensen, Jason) (Entered: 12/06/2022) |
| 12/08/2022 | 36 | Second COUNTERCLAIM *AGAINST STONE COUNTY AS THE STATE OF MISSOURI* against State of Missouri, Stone County, Missouri(Jensen, Jason) (Entered: 12/08/2022) |
| 12/08/2022 | 37 | First MOTION to compel *withdrawal of ENSZ & JESTER, P.C. et al* filed by Jason Adam Jensen. Suggestions in opposition/response due by 12/22/2022 unless otherwise directed by the court. (Jensen, Jason) (Entered: 12/08/2022) |
| 12/09/2022 | 38 | RETURN OF SERVICE of complaint executed. USM−285 returned indicating JH Met Subsidiary B Liquidating Trust served on 12/7/2022, answer due 12/28/2022. (Keller, Jeanne) (Entered: 12/09/2022) |
| 12/16/2022 | 39 | MOTION for extension of time to file response/reply as to 29 Counterclaim, *and Docs Nos. 35 and 37* filed by Matthew Justin Gist on behalf of Stone County, Missouri. Suggestions in opposition/response due by 12/30/2022 unless otherwise directed by the court. (Related document(s) 29 ) (Gist, Matthew) (Entered: 12/16/2022) |
| 12/16/2022 | 40 | SUGGESTIONS in opposition re 39 MOTION for extension of time to file response/reply as to 29 Counterclaim, *and Docs Nos. 35 and 37 for violating the clearly established rules of decorum in this Court* on behalf of Plaintiff Jason Adam Jensen. Reply suggestions due by 12/30/2022 unless otherwise directed by the court. (Related document(s) 39 ) (Jensen, Jason) (Entered: 12/16/2022) |
| 12/17/2022 | 41 | First MOTION to amend/correct 6 Order on Motion for Leave to Proceed in forma pauperis,,,,,, Order on Motion for Hearing,,,,, Summons Issued, *Correct Service of Process from Secretary of State to Governor* filed by Jason Adam Jensen. Suggestions in opposition/response due by 1/3/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit NOTICE OF SERVICE REFUSAL, # 2 Supplement Amended UMS−285 Form − Service by Marshalls, # 3 Supplement Amended Summons)(Related document(s) 6 , []) (Jensen, Jason) (Entered: 12/17/2022) |
| 12/18/2022 | 42 | Third COUNTERCLAIM *against State of Missouri* against Stone County, Missouri(a State entity), First CROSSCLAIM *against SECRETART OF STATE JOHN ASHCROFT AND MISSOURI DEPARTMENT OF INSURANCE AND COMMERCE* against State of Missouri, DEPARTMENT OF INSURANCE AND COMMERCE, John R. Ashcroft(Jensen, Jason) (Entered: 12/18/2022) |
| 12/21/2022 | 43 | ANSWER to 5 Amended Complaint on behalf of David R Gamache.(Klein, Mayer) (Entered: 12/21/2022) |
| 12/22/2022 | 44 | Second CROSSCLAIM *DEFAULT OPPOSED JENSENS AD INFINITUM COUNTER AND CROSS CLAIMS FOR GOOD MEASURE AND FOR THE COMPULSION OF THE SECRETARY OF STATE MISSOURI TO DISSOLVE FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C., CONSTITUTIONAL NULLIFICATION OF MISSOURI STATUTE 356.171 UNDER THE 14th AMENDMENT AND DISSOLUTION OF ALL PROFESSIONAL CORPORATIONS ASSOCIATED WITH LAW PROFESSIONS, VIOLATIONS OF THE FDCPA* against John R. Ashcroft, State of Missouri, Gamache & Myers, P.C., FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C., Mayer S. Klein, First COUNTERCLAIM *DEFAULT OPPOSED JENSENS AD INFINITUM COUNTER AND CROSS CLAIMS FOR GOOD MEASURE AND FOR THE COMPULSION OF THE SECRETARY OF STATE MISSOURI TO DISSOLVE FRANKEL, RUBIN, KLEIN, PAYNE & PUDLOWSKI, P.C., CONSTITUTIONAL NULLIFICATION OF MISSOURI STATUTE 356.171 UNDER THE 14th AMENDMENT AND DISSOLUTION OF ALL PROFESSIONAL CORPORATIONS ASSOCIATED WITH LAW PROFESSIONS, VIOLATIONS OF THE FDCPA* against David R Gamache (Attachments: # 1 Exhibit GAMACHE SIMULATING RETURN OF SERVICE WITH HIS SIGNATURE AND A |

| | | STATEMENT OF HEARSAY, # 2 Exhibit GAMACHE MACHINE TYPEFACED PREPARED ORDER FOR DEFAULT JUDGEMENT)(Jensen, Jason) (Entered: 12/22/2022) |
|---|---|---|
| 12/22/2022 | 45 | First MOTION for extension of time to file response/reply as to 43 Answer to Amended Complaint *DEFAULT OPPOSED JENSENS MOTION FOR AN EXTENSION OF TIME, 30 DAYS, TO RESPOND TO GAMACHES CONSTRUCTIVE BLANKET DENIAL, MOTIONS, RESPONSES AND AFFIRMATIVE DEFENSES, ETCETERA FOR PURPOSES OF POSSIBLE MOTION TO STRIKE IF NOT FRUITLESSLY MERITLESS* filed by Jason Adam Jensen. Suggestions in opposition/response due by 1/5/2023 unless otherwise directed by the court. (Related document(s) 43 ) (Jensen, Jason) (Entered: 12/22/2022) |
| 12/27/2022 | | SUMMONS ISSUED as to State of Missouri and packet delivered to USMS for service. (Keller, Jeanne) (Entered: 12/27/2022) |
| 12/27/2022 | 46 | ***Remark. Time stamp of USMS−285 delivered to USMS, along with Summons, Order directing service by USMS, Amended Complaint, and Third Counter−Claim. (Keller, Jeanne) (Entered: 12/27/2022) |
| 12/27/2022 | 47 | MOTION to stay *Rule 26 Deadlines and Discovery* filed by Anna Elizabeth Connelly on behalf of State of Missouri. Suggestions in opposition/response due by 1/10/2023 unless otherwise directed by the court. (Connelly, Anna) (Entered: 12/27/2022) |
| 12/27/2022 | 48 | SUGGESTIONS in opposition re 47 MOTION to stay *Rule 26 Deadlines and Discovery again, based on Avery and all the precedence listing in Defendant's Own Motion to Stay Discovery* on behalf of Plaintiff Jason Adam Jensen. Reply suggestions due by 1/10/2023 unless otherwise directed by the court. (Related document(s) 47 ) (Jensen, Jason) (Entered: 12/27/2022) |
| 12/28/2022 | 49 | NOTICE of filing *NOTICE OF ATTEMPT TO COMPLY WITH ORDER DATED NOVEMBER 23rd, 2022* by Jason Adam Jensen re 13 Rule 16 Notice (Jensen, Jason) (Entered: 12/28/2022) |
| 01/10/2023 | 50 | Return of Service unexecuted as to Citibank, N.A., Citigroup Inc.. (Attachments: # 1 Unexecuted Return)(Furtak, Rebecca) (Additional attachment(s) added on 1/10/2023: # 2 Summons Citigroup Inc, # 3 Citibank, NA) (Siegert, Karen). (Entered: 01/10/2023) |
| 01/10/2023 | 51 | Emergency MOTION for order to show cause *FOR REFUSAL OF SERVICE AFTER COMPETENT SUMMONS ISSUED BY CLERK OF COURT*, Emergency MOTION for temporary restraining order *restricting the refusal of service by CITI and CITIGROUP, its representation, agents, officers, and employees from refusing service* filed by Jason Adam Jensen. Suggestions in opposition/response due by 1/24/2023 unless otherwise directed by the court. (Jensen, Jason) (Entered: 01/10/2023) |
| 01/11/2023 | 52 | NOTICE of appearance by Thomas Harold Osborn on behalf of Stone County, Missouri (Attorney Thomas Harold Osborn added to party Stone County, Missouri(pty:dft))(Osborn, Thomas) (Entered: 01/11/2023) |
| 01/11/2023 | 53 | NOTICE of filing *Defendant Stone County's Suggestions in Opposition to Plaintiff's Motion for Leave to File Counterclaim Complaint* by Stone County, Missouri re 29 Counterclaim, (Osborn, Thomas) (Entered: 01/11/2023) |
| 01/11/2023 | 54 | NOTICE of filing *Defendant Stone County's Suggestions in Opposition to Plaintiff's Objections to Appearance of Christopher Napalitano [Sic] for Stone/Missouri* by Stone County, Missouri (Osborn, Thomas) (Entered: 01/11/2023) |
| 01/11/2023 | 55 | SUGGESTIONS in opposition re 37 First MOTION to compel *withdrawal of ENSZ & JESTER, P.C. et al* filed by Thomas Harold Osborn on behalf of Defendant Stone County, Missouri. Reply suggestions due by 1/25/2023 unless otherwise directed by the court. (Related document(s) 37 ) (Osborn, Thomas) (Entered: 01/11/2023) |
| 01/11/2023 | 56 | Proposed MOTION for discovery *PLAINTIFFS OBJECTIONS AND MEMORANDUM ON TODAYS DEADLINE, MOTION FOR LEAVE TO FILE AMENDED TRIAL ORDER* filed by Jason Adam Jensen. Suggestions in opposition/response due by 1/25/2023 unless otherwise directed by the court. (Attachments: # 1 Supplement PROPOSED SCHEDULING AND JURY TRIAL ORDER)(Jensen, Jason) (Entered: 01/11/2023) |

| Date | Doc # | Description |
|---|---|---|
| 01/12/2023 | 57 | PRETRIAL MEMORANDUM by Jason Adam Jensen. (Attachments: # 1 Exhibit CALL TRANSCRIPT OF US MARSHALLS ON 01/12/2023@2:34pm)(Jensen, Jason) (Entered: 01/12/2023) |
| 01/13/2023 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 1/12/23 as Document No. 57, Memorandum in Support. The document has been deleted as the incorrect event was used when filing the document. Plaintiff has been notified by email and asked to refile the document using the correct event. This is a text entry only – no document is attached. (Siegert, Karen) (Entered: 01/13/2023) |
| 01/17/2023 | 58 | RETURN OF SERVICE of complaint executed State of Missouri served on 1/11/2023, answer due 2/1/2023. (Siegert, Karen) (Entered: 01/17/2023) |
| 01/20/2023 | 59 | ORDERED Defendant the State of Missouri's Motion to Stay Rule 26 Deadlines and Discovery (Doc. #47) is GRANTED. This case is STAYED pending ruling on the motion to dismiss. (Doc. #31). It is further<br><br>ORDERED the initial pretrial conference set on January 25, 2023 is VACATED AND CANCELED, and will be rescheduled as necessary after the Court rules on the motions to dismiss.<br><br>Signed on 1/20/23 by District Judge Brian C. Wimes. (Diefenbach, Tracy) (Entered: 01/20/2023) |
| 02/03/2023 | 60 | MOTION to join *Governor Michael Parson's Joinder of Defendant State of Missouri's Motion to Dismiss* filed by Anna Elizabeth Connelly on behalf of State of Missouri. Suggestions in opposition/response due by 2/17/2023 unless otherwise directed by the court. (Connelly, Anna) (Entered: 02/03/2023) |
| 03/08/2023 | 61 | MOTION to join *Defendant State of Missouri's Motion to Dismiss Plaintiff's Amended Complaint and Suggestions in Support* filed by Matthew Justin Gist on behalf of Stone County, Missouri. Suggestions in opposition/response due by 3/22/2023 unless otherwise directed by the court. (Gist, Matthew) (Entered: 03/08/2023) |
| 03/22/2023 | 62 | SUGGESTIONS in support re 61 MOTION to join *Defendant State of Missouri's Motion to Dismiss Plaintiff's Amended Complaint and Suggestions in Support only insofar as the Joinder, MOTION TO DISMISS REBUTTAL SUGGESTIONS, EXPRESSION OF INTENT TO APPEAL DISMISSAL AS DENIAL IS ONGOING* on behalf of Plaintiff Jason Adam Jensen. (Attachments: # 1 Exhibit STONE COUNTY RESP TO REQ ACCOM WITH STATE SEAL LETTERHEAD AND SIGNATURE OF LEBOW, # 2 Exhibit EMAIL FROM LEBOW REITERATING HANGUP IS POLICY FOR BIPOLAR BEHAVIOR, # 3 Exhibit EMAIL OF DISCLOSURE OF EVIDENCE TO STONE AND MO OF LEBOW ADA RESPONSE, # 4 Exhibit EMAIL OF MORE DISCLOSURE OF TIME AND DATE OF COMPLAINED ACTIVITY BY STATE)(Related document(s) 61 ) (Jensen, Jason) (Entered: 03/22/2023) |
| 03/23/2023 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 3/22/23 as Document No. 62, Plaintiff's Suggestions in Support of Defendant Stone County Missouri's Motion to Join.... The document has been deleted as the incorrect event was used when filing the document. Plaintiff has been notified by email and asked to refile the document using the correct event. This is a text entry only – no document is attached. (Siegert, Karen) (Entered: 03/23/2023) |
| 03/23/2023 | 63 | PRO SE RESPONSE to motion re 61 MOTION to join *Defendant State of Missouri's Motion to Dismiss Plaintiff's Amended Complaint and Suggestions in Support* on behalf of Plaintiff Jason Adam Jensen. Reply suggestions due by 4/6/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit letter to Jensen from Lebow 5/4/22, # 2 Exhibit email to Jensen from Lebow dated 5/23/22, # 3 Exhibit email to Jensen from Lebow 5/5/22, # 4 Exhibit email to Gist from Jensen 11/17/22)(Siegert, Karen) (Entered: 03/23/2023) |
| 03/23/2023 | 64 | NOTICE OF INTERLOCUTORY APPEAL by Jason Adam Jensen appealing Clerk's Office correction of docket sheet. Filing fee $ 505, receipt number not paid. (Siegert, Karen) Modified on 3/23/2023 adding text to docket entry (Siegert, Karen). (Entered: 03/23/2023) |

| Date | # | Description |
|---|---|---|
| 03/23/2023 | 65 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 64 Notice of Interlocutory Appeal. (Siegert, Karen) (Entered: 03/23/2023) |
| 03/23/2023 | 66 | Pro Se NOTICE of filing of Written Objections by Jason Adam Jensen. (Furtak, Rebecca) (Entered: 03/24/2023) |
| 03/27/2023 | 67 | USCA Case Number from Eighth Circuit is 23−1570 for 64 Notice of Interlocutory Appeal filed by Jason Adam Jensen. No Briefing schedule entered by the Court of Appeals. (Attachments: # 1 ProSe NDA)(Furtak, Rebecca) (Entered: 03/27/2023) |
| 03/28/2023 | 68 | NOTICE of appearance by Benjamin Ford on behalf of Citibank, N.A. (Attorney Benjamin Ford added to party Citibank, N.A.(pty:dft))(Ford, Benjamin) (Entered: 03/28/2023) |
| 03/28/2023 | 69 | MOTION to strike 68 Notice of Appearance *by CITIBANK, N.A.*, MOTION for default judgment *against CITIBANK, N.A. for failure to timely respond* filed by Jason Adam Jensen. Suggestions in opposition/response due by 4/11/2023 unless otherwise directed by the court. (Related document(s) 68 ) (Jensen, Jason) (Entered: 03/28/2023) |
| 03/30/2023 | 70 | USCA Judgment as to 64 Notice of Interlocutory Appeal filed by Jason Adam Jensen. JUDGMENT FILED − Case dismissed for lack of jurisdiction. **This is a preliminary judgment and/or opinion of U.S. Court of Appeals; jurisdiction is not recovered until the Mandate is issued by the U.S Court of Appeals.** (Attachments: # 1 Cover Letter)(Furtak, Rebecca) (Entered: 03/30/2023) |
| 04/11/2023 | 71 | NOTICE of appearance by Benjamin Ford on behalf of Citigroup Inc. (Attorney Benjamin Ford added to party Citigroup Inc.(pty:dft))(Ford, Benjamin) (Entered: 04/11/2023) |
| 04/11/2023 | 72 | MOTION for extension of time to file response/reply as to 69 MOTION to strike 68 Notice of Appearance *by CITIBANK, N.A.* MOTION for default judgment *against CITIBANK, N.A. for failure to timely respond* filed by Benjamin Ford on behalf of Citibank, N.A., Citigroup Inc.. Suggestions in opposition/response due by 4/25/2023 unless otherwise directed by the court. (Related document(s) 69 ) (Ford, Benjamin) (Entered: 04/11/2023) |
| 04/25/2023 | 73 | SUGGESTIONS in opposition re 72 MOTION for extension of time to file response/reply as to 69 MOTION to strike 68 Notice of Appearance *by CITIBANK, N.A.* MOTION for default judgment *against CITIBANK, N.A. for failure to timely respond* on behalf of Plaintiff Jason Adam Jensen. Reply suggestions due by 5/9/2023 unless otherwise directed by the court. (Related document(s) 72 ) (Jensen, Jason) (Entered: 04/25/2023) |
| 04/26/2023 | 74 | MANDATE of US COURT OF APPEALS as to 64 Notice of Interlocutory Appeal filed by Jason Adam Jensen with mandate issued on 4/19/2023. (Furtak, Rebecca) (Entered: 04/26/2023) |
| 05/02/2023 | 75 | MOTION to dismiss case *Defendants Citibank, N.A. and Citigroup, Inc.'s Motion to Dismiss Under Rule 12(B)(5)* filed by Benjamin Ford on behalf of Citibank, N.A., Citigroup Inc.. Suggestions in opposition/response due by 5/16/2023 unless otherwise directed by the court. (Ford, Benjamin) (Entered: 05/02/2023) |
| 05/02/2023 | 76 | MOTION to dismiss case *Memorandum in Support of Defendants Citibank, N.A. and Citigroup, Inc.'s Motion to Dismiss Under Rule 12(B)(5)* filed by Benjamin Ford on behalf of Citibank, N.A., Citigroup Inc.. Suggestions in opposition/response due by 5/16/2023 unless otherwise directed by the court. (Ford, Benjamin) Modified on 5/3/2023 terming motion (Siegert, Karen). (Entered: 05/02/2023) |
| 05/02/2023 | 77 | MOTION to strike 69 MOTION to strike 68 Notice of Appearance *by CITIBANK, N.A.* MOTION for default judgment *against CITIBANK, N.A. for failure to timely respond Defendants Citibank, N.A. and Citigroup, Inc.'s Memorandum in Opposition to Plaintiff's Motion to Strike and for Default Judment* filed by Benjamin Ford on behalf of Citibank, N.A., Citigroup Inc.. Suggestions in opposition/response due by 5/16/2023 unless otherwise directed by the court. (Related document(s) 69 ) (Ford, Benjamin) Modified on 5/3/2023 terming motion (Siegert, Karen). (Entered: 05/02/2023) |

| Date | Doc # | Description |
|---|---|---|
| 05/03/2023 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 5/2/23 as Document No. 76, Memorandum in Support of Motion to Dismiss. The document has been deleted as the incorrect event was used when filing the document (Motion). Counsel will refile the document using the correct event under Motion and Related Filings−−Responses/Replies/Suggestions−−Suggestions in Support of Motion. This is a text entry only − no document is attached. (Siegert, Karen) (Entered: 05/03/2023) |
| 05/03/2023 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 5/2/23 as Document No. 77, Memorandum in Opposition to Plaintiff's Motion to Strike. The document has been deleted as the incorrect event was used when filing the document (Motion). Counsel will refile the document using the correct event under Motion and Related Filings−Responses/Replies/Suggestions−Suggestions in Opposition of Motion. This is a text entry only − no document is attached. (Siegert, Karen) (Entered: 05/03/2023) |
| 05/03/2023 | 78 | SUGGESTIONS in support re 75 MOTION to dismiss case *Defendants Citibank, N.A. and Citigroup, Inc.'s Motion to Dismiss Under Rule 12(B)(5)* filed by Benjamin Ford on behalf of Defendants Citibank, N.A., Citigroup Inc.. (Related document(s) 75 ) (Ford, Benjamin) (Entered: 05/03/2023) |
| 05/03/2023 | 79 | SUGGESTIONS in opposition re 69 MOTION to strike 68 Notice of Appearance *by CITIBANK, N.A.* MOTION for default judgment *against CITIBANK, N.A. for failure to timely respond* filed by Benjamin Ford on behalf of Defendants Citibank, N.A., Citigroup Inc.. Reply suggestions due by 5/17/2023 unless otherwise directed by the court. (Related document(s) 69 ) (Ford, Benjamin) (Entered: 05/03/2023) |
| 05/03/2023 | 80 | ORDER of US COURT OF APPEALS as to 64 Notice of Interlocutory Appeal filed by Jason Adam Jensen. The motion to stay the mandate is denied. (Furtak, Rebecca) (Entered: 05/03/2023) |
| 05/03/2023 | 81 | MOTION to strike 75 MOTION to dismiss case *Defendants Citibank, N.A. and Citigroup, Inc.'s Motion to Dismiss Under Rule 12(B)(5) MOTION TO STRIKE AS MOOT* filed by Jason Adam Jensen. Suggestions in opposition/response due by 5/17/2023 unless otherwise directed by the court. (Related document(s) 75 ) (Jensen, Jason) (Entered: 05/03/2023) |
| 05/05/2023 | 82 | ORDERED Stone County, Missouri's Motion for Extension of Time to Respond to Plaintiff's Notice of Counterclaim, Objection to Entry of Appearance, and Motion to Compel (Doc. #39) is GRANTED. The Court considers Stone County's responses (Docs. #53, #54, and #55) timely filed on January 11, 2023. Signed on 5/5/2023 by District Judge Brian C. Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Entered: 05/05/2023) |
| 05/05/2023 | 83 | ORDERED Plaintiff's "Objections and Memorandum on Today's Deadline, Motion for Leave to File Amended Trial Order (Doc. #56) is, construed as Plaintiff's proposed Scheduling and Jury Trial Order, DENIED AS MOOT AND WITHOUT PREJUDICE to reassertion at such time that the Court resets this matter for initial scheduling conference. (Doc. #59). Signed on 5/5/2023 by District Judge Brian C. Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Entered: 05/05/2023) |
| 05/05/2023 | 84 | ORDERED Governor Michael Parson's Motion to Join the State of Missouri's Motion to Dismiss (Doc. #60) is GRANTED. It is further ORDERED Stone County, Missouri's Motion to Join the State of Missouri's Motion to Dismiss (Doc. #61) is GRANTED. Governor Parson and Stone County are granted leave to join the motion to dismiss filed by the State of Missouri (Doc. #31) and the Court construes the motion to dismiss consistent with this Order granting joinder in the motion. Signed on 5/5/2023 by District Judge Brian C. Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Entered: 05/05/2023) |
| 05/07/2023 | 85 | First MOTION for leave to file *Supplemental Third−Party Complaint* filed by Jason Adam Jensen. Suggestions in opposition/response due by 5/22/2023 unless otherwise directed by the court. (Attachments: # 1 Supplement PROPOSED SUPPLEMENTAL THIRD−PARTY COMPLAINT)(Jensen, Jason) (Entered: 05/07/2023) |
| 05/08/2023 | | ***Remark: Pursuant to a request from Chambers, doc 29 was changed to a motion. (Hanna, Jaime) (Entered: 05/08/2023) |

| | | |
|---|---|---|
| 05/10/2023 | 86 | First MOTION for order to show cause *FOR OBSTRUCTION OF ORDERS, JUSTICE BY CITI*, First MOTION for temporary restraining order *AGAINST CITI FROM FILING MOTION TO COMPEL ARBITRATION WITHOUT MOTION TO STAY* filed by Jason Adam Jensen. Suggestions in opposition/response due by 5/24/2023 unless otherwise directed by the court. (Jensen, Jason) (Entered: 05/10/2023) |
| 05/12/2023 | 87 | First MOTION for declaratory judgment *CITI Arbitration Agreement Unenforceable* filed by Jason Adam Jensen. Suggestions in opposition/response due by 5/26/2023 unless otherwise directed by the court. (Jensen, Jason) (Entered: 05/12/2023) |
| 05/17/2023 | 88 | REPLY SUGGESTIONS to motion re 69 MOTION to strike 68 Notice of Appearance *by CITIBANK, N.A.* MOTION for default judgment *against CITIBANK, N.A. for failure to timely respond* on behalf of Plaintiff Jason Adam Jensen. (Attachments: # 1 Exhibit Sunil Garg SEC FORM 4 FILING)(Related document(s) 69 ) (Jensen, Jason) (Entered: 05/17/2023) |
| 05/17/2023 | 89 | ORDERED Plaintiff's Motion for Emergency Injunctive Relief and Order to Show Cause, Hearing (Doc. #12); Plaintiff's Notice of Objections, Motion to Vacate, Motion for Default, Hearing (Doc. #17); and Plaintiff's Motion to Compel Withdrawal Appearance of Counsel (Doc. #37) are DENIED. Signed on 5/17/23 by District Judge Brian C. Wimes. (Diefenbach, Tracy) (Entered: 05/17/2023) |
| 05/17/2023 | 90 | SUGGESTIONS in opposition re 81 MOTION to strike 75 MOTION to dismiss case *Defendants Citibank, N.A. and Citigroup, Inc.'s Motion to Dismiss Under Rule 12(B)(5) MOTION TO STRIKE AS MOOT* filed by Benjamin Ford on behalf of Defendants Citibank, N.A., Citigroup Inc.. Reply suggestions due by 5/31/2023 unless otherwise directed by the court. (Related document(s) 81 ) (Ford, Benjamin) (Entered: 05/17/2023) |
| 05/22/2023 | 91 | REPLY SUGGESTIONS to motion re 81 MOTION to strike 75 MOTION to dismiss case *Defendants Citibank, N.A. and Citigroup, Inc.'s Motion to Dismiss Under Rule 12(B)(5) MOTION TO STRIKE AS MOOT* on behalf of Plaintiff Jason Adam Jensen. (Attachments: # 1 Exhibit JENSEN COMPLAINT TO US MARSHALL SERVICE)(Related document(s) 81 ) (Jensen, Jason) (Entered: 05/22/2023) |
| 05/23/2023 | 92 | PRO SE MOTION to withdraw document 69 MOTION to strike 68 Notice of Appearance by CITIBANK, N.A. and for Judicial Notice of the Presented Arguments as Objections or as Moot filed by Jason Adam Jensen. Suggestions in opposition/response due by 6/6/2023 unless otherwise directed by the court. (Related document(s) 69 ) (Hanna, Jaime) (Entered: 05/23/2023) |
| 05/24/2023 | 93 | MOTION for leave to file *Response Out of Time* filed by Anna Elizabeth Connelly on behalf of State of Missouri. Suggestions in opposition/response due by 6/7/2023 unless otherwise directed by the court. (Connelly, Anna) (Entered: 05/24/2023) |
| 05/24/2023 | 94 | SUGGESTIONS in opposition re 85 First MOTION for leave to file *Supplemental Third−Party Complaint* filed by Anna Elizabeth Connelly on behalf of Defendant State of Missouri. Reply suggestions due by 6/7/2023 unless otherwise directed by the court. (Related document(s) 85 ) (Connelly, Anna) (Entered: 05/24/2023) |
| 05/24/2023 | 95 | SUGGESTIONS in opposition re 93 MOTION for leave to file *Response Out of Time AS LUDACRIS* on behalf of Plaintiff Jason Adam Jensen. Reply suggestions due by 6/7/2023 unless otherwise directed by the court. (Related document(s) 93 ) (Jensen, Jason) (Entered: 05/24/2023) |
| 05/24/2023 | 96 | SUGGESTIONS in opposition re 86 First MOTION for order to show cause *FOR OBSTRUCTION OF ORDERS, JUSTICE BY CITI*First MOTION for temporary restraining order *AGAINST CITI FROM FILING MOTION TO COMPEL ARBITRATION WITHOUT MOTION TO STAY* filed by Benjamin Ford on behalf of Defendants Citibank, N.A., Citigroup Inc.. Reply suggestions due by 6/7/2023 unless otherwise directed by the court. (Related document(s) 86 ) (Ford, Benjamin) (Entered: 05/24/2023) |
| 05/24/2023 | 97 | First MOTION for separate mental exam *of Michael Parson* filed by Jason Adam Jensen. Suggestions in opposition/response due by 6/7/2023 unless otherwise directed by the court. (Jensen, Jason) (Entered: 05/24/2023) |

| 05/25/2023 | 98 | First MOTION for sanctions *BASED ON DECEIT WHILE OBTAINING CONSENT TO FILE "UNOPPOSED" MOTION FOR LEAVE* filed by Jason Adam Jensen. Suggestions in opposition/response due by 6/8/2023 unless otherwise directed by the court. (Jensen, Jason) (Entered: 05/25/2023) |
| --- | --- | --- |
| 05/25/2023 | 99 | REPLY SUGGESTIONS to motion re 86 First MOTION for order to show cause *FOR OBSTRUCTION OF ORDERS, JUSTICE BY CITI*First MOTION for temporary restraining order *AGAINST CITI FROM FILING MOTION TO COMPEL ARBITRATION WITHOUT MOTION TO STAY CITI DID NOT READ THE MOTION* on behalf of Plaintiff Jason Adam Jensen. (Related document(s) 86 ) (Jensen, Jason) (Entered: 05/25/2023) |
| 05/25/2023 | 100 | NOTICE of filing *SUBPOENA THAT IS A DEAD ARTICLE* by Jason Adam Jensen re 96 Suggestions in Opposition to Motion, 86 First MOTION for order to show cause *FOR OBSTRUCTION OF ORDERS, JUSTICE BY CITI*First MOTION for temporary restraining order *AGAINST CITI FROM FILING MOTION TO COMPEL ARBITRATION WITHOUT MOTION TO STAY* (Attachments: # 1 Exhibit SUBPOENA THAT CANNOT BE NOTICED TO ALL PARTIES)(Jensen, Jason) (Entered: 05/25/2023) |
| 05/26/2023 | 101 | SUGGESTIONS in opposition re 87 First MOTION for declaratory judgment *CITI Arbitration Agreement Unenforceable* filed by Benjamin Ford on behalf of Defendants Citibank, N.A., Citigroup Inc.. Reply suggestions due by 6/9/2023 unless otherwise directed by the court. (Related document(s) 87 ) (Ford, Benjamin) (Entered: 05/26/2023) |
| 05/26/2023 | 102 | REPLY SUGGESTIONS to motion re 87 First MOTION for declaratory judgment *CITI Arbitration Agreement Unenforceable COURT CAN SIGN WRIT OF DECLARATORY JUDGEMENT UNDER ALL WRITS ACT* on behalf of Plaintiff Jason Adam Jensen. (Attachments: # 1 Exhibit Filing in STONE COUNTY, MISSOURI CASE #21SN−AC00123 FILED June 1st 2021, # 2 Exhibit CITI Credit Card Agreement with Arbitration Agreement)(Related document(s) 87 ) (Jensen, Jason) (Entered: 05/26/2023) |
| 05/28/2023 | 103 | NOTICE of filing *NOTICE OF WRITTEN OBJECTIONS* by Jason Adam Jensen re 89 Order on Motion to Compel,, Order on Motion for Preliminary Injunction,, Order on Motion for Order to Show Cause,, Order on Motion for Hearing,, Order on Motion to Expedite,, Order on Motion to Vacate,,,, Order on Motion for Default Judgment, (Attachments: # 1 Exhibit PAGE 1 of SUSPENDED WRIT OF HABEAS CORPUS, # 2 Exhibit PAGE 2 of SUSPENDED WRIT OF HABEAS CORPUS, # 3 Exhibit CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION − BAKER V ALLSTATE − CV 19−08024−ODW TRANSCRIPT DEC 16, 2019, # 4 Exhibit JENSEN'S MOTION TO INTERVENE)(Jensen, Jason) (Entered: 05/28/2023) |
| 05/30/2023 | 104 | SUGGESTIONS in opposition re 98 First MOTION for sanctions *BASED ON DECEIT WHILE OBTAINING CONSENT TO FILE "UNOPPOSED" MOTION FOR LEAVE* filed by Anna Elizabeth Connelly on behalf of Defendant State of Missouri. Reply suggestions due by 6/13/2023 unless otherwise directed by the court. (Related document(s) 98 ) (Connelly, Anna) (Entered: 05/30/2023) |
| 05/30/2023 | 105 | REPLY SUGGESTIONS to motion re 98 First MOTION for sanctions *BASED ON DECEIT WHILE OBTAINING CONSENT TO FILE "UNOPPOSED" MOTION FOR LEAVE* on behalf of Plaintiff Jason Adam Jensen. (Related document(s) 98 ) (Jensen, Jason) (Entered: 05/30/2023) |
| 05/30/2023 | 106 | NOTICE of appearance by Ryan Michael Murray on behalf of State of Missouri (Attorney Ryan Michael Murray added to party State of Missouri(pty:dft))(Murray, Ryan) (Entered: 05/30/2023) |
| 05/30/2023 | 107 | NOTICE of filing *WRITTEN OBJECTIONS TO MODIFICATION OF CASE WHILE PROPOUNDING STAY* by Jason Adam Jensen re 106 Notice of Appearance (Jensen, Jason) (Entered: 05/30/2023) |
| 06/06/2023 | 108 | MOTION for leave to file *Sur−reply* filed by Benjamin Ford on behalf of Citibank, N.A., Citigroup Inc.. Suggestions in opposition/response due by 6/20/2023 unless otherwise directed by the court. (Attachments: # 1 Proposed Sur−Reply)(Ford, Benjamin) (Entered: 06/06/2023) |

| Date | Doc # | Description |
|---|---|---|
| 06/06/2023 | 109 | MOTION to stay filed by Benjamin Ford on behalf of Citibank, N.A., Citigroup Inc.. Suggestions in opposition/response due by 6/20/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit A Emails)(Ford, Benjamin) (Entered: 06/06/2023) |
| 06/06/2023 | 110 | SUGGESTIONS in opposition re 109 MOTION to stay *AS A VIOLATION OF THE RULES OF EVIDENCE BY INTRODUCING SETTLEMENT EMAILS* on behalf of Plaintiff Jason Adam Jensen. Reply suggestions due by 6/20/2023 unless otherwise directed by the court. (Related document(s) 109 ) (Jensen, Jason) (Entered: 06/06/2023) |
| 06/07/2023 | 111 | SUGGESTIONS in opposition re 108 MOTION for leave to file *Sur−reply AS A REHASH THAT JENSEN IS RESPONSIBLE FOR SERVICE IN CONTRAVENTION TO 28 U.S. Code § 1915 (d)* on behalf of Plaintiff Jason Adam Jensen. Reply suggestions due by 6/21/2023 unless otherwise directed by the court. (Related document(s) 108 ) (Jensen, Jason) (Entered: 06/07/2023) |
| 06/09/2023 | 112 | OBJECTIONS (non motions) by Jason Adam Jensen *to this Courts Service of Process upon JENSENs matters, Mr. Ford Presentation of JENSENs Motives in concurrence with the introduction of certain emails to this Court, the overall standing of this Court in this case*. (Jensen, Jason) (Entered: 06/09/2023) |
| 06/13/2023 | 113 | ORDERED: Defendants' Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) (Doc. # 31 ) is GRANTED. Count V of the amended complaint alleging violation of the ADA is DISMISSED and the State of Missouri, Governor Parson, and Stone County are DISMISSED as parties to this case. It is further ORDERED the stay of this matter, pending ruling on the motion to dismiss (Doc. # 31 ) is LIFTED. Jensen's Count I alleging violation of the FDCPA against JH Met and Gamache and Count III alleging breach of contract against Citibank, N.A. and Citigroup Inc. remain pending. Signed on 6/13/2023 by District Judge Brian C. Wimes. (Ellis, Lindsey) (Entered: 06/13/2023) |
| 06/13/2023 | 114 | ORDERED Plaintiff's Motion for Leave to Amend Service of Process on State of Missouri. (Doc. # 41 ) is DENIED AS MOOT.. Signed on 6/13/2023 by District Judge Brian C. Wimes. (Ellis, Lindsey) (Entered: 06/13/2023) |
| 06/13/2023 | 115 | ORDERED "Jensen's Opposed In Forma Pauperis Motion for Leave to File Counterclaim Complaint Against United States of America, Stone County, Matthew J Gist, Christopher Napolitano, and Ensz & Jester, P.C. In Response to Affirmative Defense Claims (Doc. # 29 ) is DENIED. It is further ORDERED Default Opposed Jensen's Motion for an Extension of Time, 30 Days, to Respond to Gamche's Constructive Blanket Denial, Motions, Responses and Affirmative Defenses, Etc. for Purposes of Possible Motion to Strike if Not Fruitlessly Meritless (Doc. # 45 ) is DENIED. Signed on 6/13/2023 by District Judge Brian C. Wimes. (Ellis, Lindsey) (Entered: 06/13/2023) |
| 06/13/2023 | 116 | ORDERED Jensen's Motion to Withdraw Motion to Strike Appearance (Doc. # 92 ) is GRANTED. Plaintiff's motion to strike set forth in Doc. # 69 is deemed withdrawn. It is further ORDERED Defendants Citibank and Citigroup's Motion for Extension of Time to Respond to Plaintiff's Motion to Strike and Motion for Default Judgment (Doc. # 72 ) is GRANTED and the Court considers Defendants' May 3, 2023 filing as set forth herein. It is further ORDERED Plaintiff Jensen's Motion to Strike Appearance and Motion for Default Judgment (Doc. # 69 ) is DENIED. The motion to strike appearance is denied as moot as withdrawn and the motion for default judgment is denied.. Signed on 6/13/2023 by District Judge Brian C. Wimes. (Ellis, Lindsey) (Entered: 06/13/2023) |
| 06/13/2023 | 117 | ORDERED Plaintiff's Motion for Temporary Restraining Order, Show Cause Order for Citibank and Citigroup (Doc. # 51 ) is DENIED. Signed on 6/13/2023 by District Judge Brian C. Wimes. (Ellis, Lindsey) (Entered: 06/13/2023) |
| 06/20/2023 | 118 | REPLY SUGGESTIONS to motion re 109 MOTION to stay filed by Benjamin Ford on behalf of Defendants Citibank, N.A., Citigroup Inc.. (Related document(s) 109 ) (Ford, Benjamin) (Entered: 06/20/2023) |
| 07/10/2023 | 119 | NOTICE OF INTERLOCUTORY APPEAL as to 113 Order on Motion to Dismiss Case by Jason Adam Jensen. (Attachments: # 1 order doc. 113)(Siegert, Karen) (Entered: 07/10/2023) |

| 07/10/2023 | 120 | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document 119 Notice of Interlocutory Appeal. (Siegert, Karen) (Entered: 07/10/2023) |
| --- | --- | --- |
| 07/11/2023 | 121 | USCA Case Number from Eighth Circuit is 23−2604 for 119 Notice of Interlocutory Appeal filed by Jason Adam Jensen. No Briefing schedule entered. (Furtak, Rebecca) (Entered: 07/11/2023) |