Jason Adam Jensen

Plaintiff - Appellant

v.

Citibank, N.A., a Corporation; Citigroup Inc., A Delaware Corporation; JH Met Subsidiary B. Liquidating Trust, A Legal Trust Type Corporation; David R. Gamache, individual capacity as an attorney; State of Missouri

Defendants - Appellees

Chief Justice Paul C. Wilson, in his official capacity as Courts Administrator; Missouri Office of Court Administration, a State entity; Kathy Lloyd, official capacity as State Court Administrator

Defendants

Stone County, Missouri, a State entity

Defendant - Appellee

Mechelle Lebow, official capacity as Stone County Court Clerk; In Re Judge Alan Mark Blankenship, in his Exercise of Judgment of Federal Law capacity; Judge David A. Cole, official administrative capacity as Presiding Judge of Stone County; Sheriff Doug Radar, official capacity Stone County Sheriff

Defendants

Gamache & Myers, P.C.; Frankel, Rubin, Klein, Payne, Pudlowski, P.C.; Esq. Mayer Simcha Klein

Defendants - Appellees

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:22-cv-03140-BCW)
_____

# JUDGMENT

Before SHEPHERD, Circuit Judge, , and GRASZ, District Judges.

The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

July 21, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans