# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 21, 2023

Mr. Jason Adam Jensen
Suite 1097
2186 Jackson Keller Road
San Antonio, TX 78213

      RE: 23-2604 Jason Jensen v. Citibank, N.A., et al

Dear Mr. Jensen:

      Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14-day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14-day period.

      Michael E. Gans
      Clerk of Court

RMD

Enclosure(s)

cc:    Ms. Anna Elizabeth Connelly
       Mr. Benjamin Ford
       Mr. Matthew J. Gist
       Mr. Mayer Simcha Klein
       Mr. Ryan Michael Murray
       Mr. Thomas Harold Osborn
       Ms. Paige A. Wymore-Wynn

    District Court/Agency Case Number(s): 6:22-cv-03140-BCW