UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br> Plaintiff,<br> v.<br>CITIBANK, N.A., et al.,<br> Defendants. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding<br><br>**JURY TRIAL DEMANDED BY RIGHT AND PRIVILEGE**<br><br><br>**JENSEN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), and VOLUNTARILY DISMISSES CITIBANK, NA, and CITIGROUP, INC, collectively "CITI", without prejudice. As CITI has not filed any responsive pleadings, this DISMISSAL is by right.

In retrospect, the wisdom of serving a COMPLAINT on CITI that has so many dismissed overlays to the point JENSEN cannot understand the COMPLAINT he, himself, wrote – is lacking in the extreme. MOREOVER, if a Pro Se litigant has a fool for a client, then that is exponentially multiplied by a Client that seeks waiver of fees under In Forma Papuris in a limited, not Article III, Court. (See ORDER ECF 123) JENSEN regrets being poor due to disability less than he regrets waiving fees to enter an Admiralty Maritime Court, or whatever this Court is, over a real one. It isn't a real Court if waiving the fees alters other Rules, Right, Privileges, Motions, and otherwise at random or convenience of the Jurist.

Upon separation from the JH MET and GAMACHE CLAIMS, no Court in Missouri is appropriate. The appropriate venue appears to be South Dakota, perhaps, or Washington DC if linked to claims against the Comptroller of Currency/United States for violating the State Laws surrounding Registered Agents. Clearly more research is needed. Plus, JENSEN wants to take another stab at bringing Trademark Naked Licensing claims against CITI. IT IS NOTED, while those claims were dismissed, they weren't normally dismissed, they were actually denied In Forma Pauperis Status Dismissed – whatever that is but seemingly without Prejudice as it was before Jeopardy to CITI had attached. It is also noted, Jeopardy has not yet attached to any claims against CITI as they await Service of Process, still.

JENSEN does appreciate being given status and STANDING for claims against 28 USC 1915 and the Constitutionality thereof, notwithstanding the principles of DUE PROCESS.

It is quite concerning that it seems this process was only allowed to proceed to hinder JENSEN's future with an exorbitant amount of fees.

WHEREFORE:

JENSEN voluntarily DISMISSES all claims (Count III) against CITI, defined as CITIBANK, NA and CITIGROUP, INC.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 22nd of August 2023.

//s/JasonAJensen