UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| | |
|---|---|
| JASON ADAM JENSEN,<br> Plaintiff,<br> v.<br>CITIBANK, N.A., et al.,<br> Defendants. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding<br><br>**JURY TRIAL DEMANDED BY RIGHT AND PRIVILEGE**<br><br><br>**JENSEN'S MOTION FOR DEFAULT** |

COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), and Motions for Default, under FRCP 55(a), against JH MET. On December 9th, 2022 the Court entered Service Returned Established with the following Docket Entry "RETURN OF SERVICE of complaint executed. USM-285 returned indicating

JH Met Subsidiary B Liquidating Trust served on 12/7/2022, answer due 12/28/2022. (Keller, Jeanne) (Entered: 12/09/2022)"

As of August 22nd, 2023, which is more than 7 months beyond and past the time available to JH MET to respond, no response, by pleading or motion, or even appearance, has been made by JH MET.

WHEREFORE:

JENSEN request DEFAULT be entered against JH MET regarding Count I.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 22nd of August 2023.

//s/JasonAJensen