UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

| JASON ADAM JENSEN,<br> Plaintiff,<br> v.<br>CITIBANK, N.A., et al.,<br> Defendants. | Case No. 6:22-CV-03140-BCW<br><br>Honorable Judge Wimes Presiding<br><br>**JURY TRIAL DEMANDED BY RIGHT AND PRIVILEGE**<br><br><br>**JENSEN'S NOTICE OF VOLUNTARY DISMISSAL** |
|---|---|

      COMESNOW, Plaintiff, Jason A Jensen ("JENSEN"), is tired of being adversary to not only the defendants, which is proper, but his Judge under In Forma Pauperis, and then his Court Clerk.

Rule 55(a) is a simple rule it would seem, if a party can demonstrate that a defendant has failed to plead or otherwise respond within the allotted time, as the summons says, "judgment by default will be entered against you for the relief demanded in the complaint."

Rule 55(a) states: Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, **the clerk must enter the party's default**.

Steve Burch <Steve_Burch@mow.uscourts.gov>  Wed, Aug 23, 2023 at 10:38 AM
To: Jason Jensen <jasonajensen@gmail.com>, MOW DCHELP <dchelp@mow.uscourts.gov>, Terri Moore <Terri_Moore@mow.uscourts.gov>, MOW SP District General <spfdgen@mow.uscourts.gov>

Mr. Jensen,

Your filing was inadvertently filed twice by two different offices. The second filing has been deleted as a duplicate filing, so only one document remains. See the highlighted docket text below.

| 08/22/2023 | 131 | PRO SE MOTION for default judgment filed by Jason Adam Jensen. Suggestions in opposition/response due by 9/5/2023 unless otherwise directed by the court. (Submitted via EDSS) (Hanna, Jaime) Modified on 8/23/2023 to delete this entry as it is a duplicate of 130 . (Hanna, Jaime). (Entered: 08/23/2023) |
|---|---|---|

It appears you are now asking for a Clerk's Entry of Default. Your filing is titled "Jensen's Motion for Default" and does not request a "Motion for Clerk's Entry of Default." As a result, it was docketed as a Motion for Default Judgment. Please clarify as to whether you are seeking a Clerk's Entry of Default with this filing.

Thank you.

Since "must" isn't a must for JENSEN's interests. JENSEN will just abandon the claim against JH MET. Amazingly, 55(a) didn't add any clarity to the Motion either. JENSEN cannot get from this Court the most basic of considerations – even things that are so routine and set. There are only two

defaults in this Court, DEFAULT and DEFAULT JUDGMENT. JENSEN was quite clear on the "DEFAULT" part, yet not even that, basic, relief was GRANTED.

WHEREFORE:

JENSEN VOLUNTARILY DISMISSES WITH PREJUDICE, as the statute of limitations have expired, on Count I against JH MET.

Sincerely and Respectfully Submitted,

//s/JasonAJensen

Jason A Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 23nd of August 2023.

//s/JasonAJensen