# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

JASON ADAM JENSEN,          )
                              )
            Plaintiff,      )
                              )
v.                         )     Case No. 6:22-CV-03140-BCW
                              )
DAVID R. GAMACHE,        )
                              )
            Defendant.     )

## ORDER

Pursuant to Fed. R. Civ. P. Rule 16 and Local Rule 16.2, this case is set for a pretrial scheduling teleconference on **September 6, 2023 at 1:00 p.m.** The parties are asked to call the Court's conference line at 1-877-336-1839; Access code: 6328169. The Courtroom Deputy, Tracy Diefenbach, will arrange participation. Counsel who appears for each party must have authority to agree upon the proposals submitted in the joint proposed scheduling order/discovery plan.

The parties shall file a joint proposed scheduling order/discovery plan by **September 5, 2023 at 5:00 p.m CST.** Defendant's counsel, after consultation with Plaintiff, shall take the lead in preparing the proposed plan. The proposed plan shall comply with Local Rules 16.1(d), 16.1(f), 26.1(c) and 26.1(d). The proposed plan shall state the anticipated length of the trial and whether the case will be tried to the Court or to a jury. The proposed trial date shall not be sooner than **150 days** after the deadline proposed for filing of dispositive motions. It is expected that the deadline for completing discovery will not exceed 180 days from when the last defendant was served, unless extended by the Court for good cause.

Pursuant to Fed. R. Civ. P. Rule 26(f)(3)(C), the proposed plan should address any concerns or issues relating to electronically stored information (ESI). If applicable, the plan should address

1

(1) what ESI is available and where it resides; (2) preservation of information; (3) the ease/difficulty and cost of producing such information; (4) the schedule and format of production; and (5) agreements about privilege or work-product protection.

With respect to discovery, the parties are reminded that:

1.   The number and form of interrogatories and depositions are governed by Fed. R. Civ. P. Rules 30, 31, and 33.

2.   The time permitted for depositions is governed by Fed. R. Civ. P. Rule 30.

3.   The procedure for resolving discovery disputes is governed by Local Rule 37.1.

4.   The form of answers to certain discovery requests and the disclosures required by Fed. R. Civ. P. Rule 26 are provided in Local Rule 26.2.

5.   The filing of motions does not postpone discovery. See Local Rule 26.1(b).

IT IS SO ORDERED.


DATED: August 29, 2023

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT