UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

SOUTHERN DIVISION

JASON ADAM JENSEN,
    Plaintiff,
v.
CITIBANK, N.A. et al,
  Defendants.

Case No. 6:22-CV-03140-BCW

Honorable Judge Wimes Presiding

## NOTICE OF APPEAL

**ALL TAKE NOTICE:** COMES NOW Plaintiff Jason A Jensen, with Notice of Appeal to the Eighth Circuit Court of Appeals, located at the Thomas F. Eagleton Courthouse, 111 South 10th Street, St. Louis, Missouri, of and for the following Orders:

| Order Date | District Court ECF File# | Description |
| --- | --- | --- |
| Jun 10, 2022 | 3 | ORDER Granting Leave to Amend |
| Sep 23, 2022 | 6 | ORDER Granting In Forma Pauperis while shedding claims |
| Nov 16, 2022 | 12 | ORDER denying injunctive relief |
| Jan 20, 2023 | 59 | ORDER staying discovery |
| May 5, 2023 | 84 | ORDER granting joiner and dismissal of ADA Claims |

Respectfully Submitted,

//s/JasonAJensen

Jason Adam Jensen

CERTIFICATE OF SERVICE

I, Jason A Jensen, did cause all defendants currently present and in appearance of this Court to be served electronically by the ECF/CM of the Federal Court, on this day the 20th of March 2024.

//s/JasonAJensen